# 1 AuraNest






AuraNest

## Gentle And Non Irritating Plant Based Bubble Hair Dye For Lazy Household Hair Available In Four Colors 150ml Makeup Organizers

(No ratings yet)

### About this item

- [Natural Ingredients] - The new natural plant hair dye uses a natural plant formula to ensure no irritation to the scalp, a natural , and no harm to the hair.
- Fast black hair dye - a new type of natural plant hair dye that is easy to use and allows you to dye your hair at home. Just wear gloves and use it like regular shampoo, just wait 15-30 minutes to achieve the desired hair color.
- [Suitable for all hair types] - The new natural plant hair dye is suitable for all hair types, providing effective coverage for dense, sparse, straight or wavy hair textures. Use with confidence.
- 【User friendly】 - No need for a bowl or brush, just wear plastic gloves, apply instant hair color shampoo to your hair, massage for 5-10 minutes, and rinse thoroughly with water after 15 minutes.
- Plant Bubble Hair Color Shampoo - Unlike traditional hair dye shampoos, the new natural plant hair dye will produce sufficient bubbles and will not cause discoloration of your skin.

View more

### At a glance

| | | |
|---|---|---|
| **Brand**<br>AuraNest | **Color**<br>Coffee | **Length**<br>6.05 in |
| **Rec. use**<br>Daily Use, Birthday Gift, Valentine's Day Gift, Daily Makeup Routine, Holiday Gifts, Travel-Friendly, Skin Emergency, Affordable Beauty, Party, Christmas, Thanksgiving, New Year'... | **Pieces**<br>1 | **Weight**<br>0.9 lb |

View all specifications

### Shop Confidently

Free 30-day returns

**$13.28**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

### How you'll get this item:

| | | |
|---|---|---|
| **Shipping**<br>Arrives Oct 4<br>$8.99 | Pickup<br>Not available | Delivery<br>Not available |

**261 Fulton St SW** Change

Arrives by **Sat, Oct 4** | More options

**Infringing Evi. 00002**

Shipping fee $8.99

Sold and shipped by AuraNest

**Free 30-day returns** Details

Add to list | Add to registry

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## About this item

Product details

Specifications

Indications

Warranty

Warnings


Best seller



Options

Sponsored

**Now $18.99** ~~$40.95~~

Vtopmart 4 Tier Clear Makeup Organizer with Drawer, Plastic Cosmetic Storage, Beauty Holder

102

Save with W+

Shipping, arrives **in 2 days**

Best seller



Options

Sponsored

**Now $20.99** ~~$49.22~~

More options from $19.99

Vtopmart Stackable Storage Drawers Set of 4,Clear Plastic Organizer Bins for Makeup, Cosmetics, Beauty Supplies

139

Save with W+

Shipping, arrives **in 2 days**



+ Add

**$9.98**

mDesign Plastic Makeup Storage Organizer Divided Basket

37

Save with W+

Shipping, arrives **in 2 days**


Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**




**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases Learn More



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash


**Infringing Evi. 00003**




$8.99 +$2.00 shipping

Taosunzt Faux Leather Repair Cream Paste Shine Polish Care for Car Seat Couches Shoes

Shipping, arrives **in 3+ days**




$11.83 +$3.99 shipping

MyBeauty Faux Leather Repair Cream Paste Shine Polish Care for Car Seat Couches Shoes

Shipping, arrives **in 3+ days**




$8.69 +$2.00 shipping

Anvazise Faux Leather Repair Cream Paste Shine Polish Car

Shipping, arrives **in 3+ days**

Home / Bath / Bathroom Storage

**Infringing Evi. 00004**

## 1. Shipping, arrives by Fri, Oct 3

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Fri, Oct 3**

1 item

Sold and shipped by AuraNest
$8.99 seller shipping fee



Gentle And Non Irritating Plant Based Bubble Hair Dye For Lazy Household Hair Available In Four...

**$13.28**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $13.28 |
| Seller shipping | $8.99 |
| **Estimated taxes** | $1.98 |
| **Estimated total** | **$24.25** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Card Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases

Learn more

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00005**

OnePay Later
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00006**

# AuraNest

tianhequyanchenglu8hao05puB105-144
guangzhoushi, GD 510650, CN
Contact business | (+86) 13728618468

## Seller Reviews

No reviews yet

## About the seller

View more

AuraNest combines ambiance and comfort. Our brand offers home decor and essentials that elevate your space and spirit. Each product is crafted to help you build a nest filled with warmth and identity.

Business Name: guangzhoushiruiyiyuedianzishangwuyouxiangongsi

Featured

Shop all

## Seller reviews

This seller doesn't have any reviews yet.

Infringing Evi. 00007

# 2 SDJMa Fashion




HYLLai

**SDJMa Hair Color,Bubble Plant Hair Dye Natural Plant Hair Dye, New Botanical Bubble Hair Dye Hair Dye Shampoo 20ml 10Packs/Box (C)**

(No ratings yet)

**Actual Color:** C

$3.50 $3.50 **$3.50** $3.50

**About this item**

- 【Plant Bubble Hair Dye Shampoo】 Unlike the traditional hair color shampoo, this hair dye shampoo creates rich bubbles that won't stain your skin.
- 【Plant Bubble Hair Dye】 Protect your hair, improve your hair quality, nourishing to the scalp, locks in moisture and shine, and controls frizz, and make your hair smoother and more shiny.
- 【Easy To Use】 When begin do the hair dye, please make sure the hair is Dry. when do the hair dye , DO NOT add water. wear gloves and apply it to your hair, and wait for 10-25 min to wash it clean.
- 【Suitable for All Types of Hair】 Our hair dye shampoo covers all hair types, ensuring effective coverage for thick, fine, straight, or curly hair textures.

View more

**At a glance**

**Brand**
HYLLai

View all specifications

**$3.50**

Price when purchased online

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 9 $4.99 | Not available | Not available |

**261 Fulton St SW** Change

**Infringing Evi. 00009**

Arrives by **Tue, Sep 9** | More options

Shipping fee $4.99

Sold and shipped by SDJMa Fashion

(3.4) 1265 seller reviews

**Free 30-day returns** Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Warnings

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



+ Add

$19.99

MEIDU Coffee Hair Dye Shampoo for Women Instant Hair Color Shampoo for Gray Hair For Men- 100% Gray Coverage - Herbal Ingredients 3 in 1 C-4 Coffee Hair Dye shampoo con tinte 500ml

1

Shipping, arrives **in 3+ days**



+ Add

$21.99

Meidu Dark Brown Hair Dye Shampoo 3 in 1 for Grey Hair Shampoo Para Canas Mujer Hair Color Shampoo for Women & Men - Herbal Ingredients Natural Plant Hair Dye in Minutes 500ML

13

Shipping, arrives **in 3+ days**

Clearance



+ Add

+2 options

**Now $17.99** $29.97

Options from $17.99 – $33.10

Natural Brown Hair Color Shampoo 500ml, Herbal Hair Dye Hair Color Shampoo for Gray Hair Coverage for All Hair Typ

27

**Save with W+**

Shipping, arrives **in 2 days**

**Infringing Evi. 00010**



Options

$8.19 +$2.97 shipping

Naierhg 30Pcs Disposable Portable Compression Face Towel Cotton Washcloth for Travel, Home,Camping and Other Outdoor Activities

Shipping, arrives **in 3+ days**




+ Add

$19.90

Bubble hair styling agent mild plant bubble hair styling agent lazy home convenient hair styling hair care

Shipping, arrives **in 3+ days**



Options

Now $11.65 ~~$16.24~~ +$0.26 shipping

Natural Hair e Bubble Kit - Plant-Based Extra Dermatologist

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- MADAM by Madam CJ Walker
- Global Imports Wholesale
- Eden BodyWorks
- Design Essentials
- Sullivan Supply
- Taraji P Henson Hair Products
- Gk&co. Kukri House, Inc
- Anthony
- It's Just!
- Uncle Funky's Daughter
- Ayurvedic Powder Hair
- Chia Pets Politics

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00011**

## 1. Shipping, arrives by Mon, Sep 8

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Mon, Sep 8** 1 item

Sold and shipped by SDJMa Fashion
$4.99 seller shipping fee



SDJMa Hair Color,Bubble Plant Hair Dye Natural Plant Hair Dye, New Botanical Bubble Hair Dye Hair...
Actual Color: C

**$3.50**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $3.50 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.76 |
| **Estimated total** | **$9.25** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00012**

**OnePay Later**
Powered by Klarna
No credit impact to apply
Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out

**Get 3 months of Walmart+ for the price of 1!**

Limited time. Terms apply.

Claim offer now




3. Text updates for this order

## SDJMa Fashion

TianHeQuHuangPuDaDaoZhong195HaoZhiErShiEr108Pu
GuangZhouShi, GD 510630, CN

Contact seller | (+86) 18025384584

### Seller Reviews

View all

3.4 out of 5

1,265 ratings | 191 reviews

### About the Store

View more

We have our own ERP. Our products are cheap and cost-effective. Let customers have the lowest price to buy the most cost-effective products.

Business Name: Guangzhou Huayuan E-commerce Co Ltd

Featured Shop all



+ Add

**Now $8.49** ~~$9.99~~

Clearance! EQWLJWE Lawn Sprinkler Automatic Garden Water Sprinklers Lawn Irrigation System 3000 Square Feet Coverage Rotation 360 Degree,rollbacks

43



+ Add

**$7.47**

SDJMa 360° Rotation Auto Irrigation System Garden Lawn Sprinkler Patio, 360° Scattering Sprinkler, 3 Gears Adjustable, for Outdoor Grass Garden Yard Lawns

4



+ Add

**$7.37**

SDJMa Hot Tub/Spa/Pool Chlorine Floater Chlorinator/Bromine Floater, Chemical Floating Dispenser for Pools, Premium Automatic Chlorine Tablets Floaters

29

### Seller reviews

**3.4 out of 5**

1,265 ratings | 191 reviews

| | |
|---|---|
| 5 stars | 48% (606) |
| 4 stars | 10% (125) |
| 3 stars | 7% (93) |
| 2 stars | 6% (72) |
| 1 star | 29% (369) |

How seller rating is calculated

**Showing 1 - 5 of 191 reviews**

Aug 1, 2025

**Walmart customer**

took a little while to get here, but I blame that on the postal office.

**Item bought:**
SDJMa Fairy Garden Miniature Tree House for Gnome, 3.9 Inch Outdoor Fairies Figurines Decoration, DIY Mini Wooden House for Yard Garden Trees Decor

Jul 19, 2025

**Walmart customer**

Very disappointed with the representation of item by the seller.

**Item bought:**
Clearance! EQWLJWE Garden Squirrel Statue Decor, Animal Garden Statue with Solar Led Lights, Resin Squirrel Water Fountain Statue for Outdoor Patio Decor

Jun 29, 2025

**Walmart customer**

I placed the order for two dumbbells thermo 25 days earlier ONLY to be billed close to the end of month which triggered an overdraft fee of $35.00. The items were $7.47 each and I was charged $23.59! Apparently their accounting methodology create overcharges and prolonged delays.

**Infringing Evi. 00014**

**Item bought:**
SDJMa Dumbbell Water Bottle, Workout Water Bottle For Women and Men, Portable Weight Water Bottles 2.2L Large Capacity Sport Fitness Water Dumbells

Jun 2, 2025

**Walmart customer**

I emailed the seller and they never sent to my package. Told me what happened to it and I kept saying it been delivered never have been delivered.

**Item bought:**
Herrnalise Angel Wings Necklace 925 Sterling Silver Guardian Angel Wings Pendant Necklace Birthstone Necklace for Women Christmas Jewelry Gifts Green

May 26, 2025

**Walmart customer**

Horrible seller!took almost a MONTH to get these cheap things! the threading doesnt even fasten the bottle tightly...!



**Item bought:**
SDJMa Hanging Bottle Bird Feeder Kits, 2 Pcs Twist on Feeding Trays for DIY Outdoors Patio Porch Garden Yard Tree Wild Bird Feeders (Bottle Exclude)

View all reviews (1265)

**Infringing Evi. 00015**

# 3 XiYing






Xiying

**Xiying Natural Plant Hair Color Change Shampoo | 3-In-1 Hair Dye, Conditioner & Shampoo | Easy To Use | Safe For Men & Women | 10 Bags X 200Ml | Pack Of 10**

☆ (No ratings yet)

**Actual Color:** Multicolor

**$5.89** $8.22 $8.65 $8.03

**About this item**

- All-in-One Hair Solution: This 3-in-1 plant-based hair color shampoo combines hair dye, shampoo, and conditioner, simplifying your hair care routine while saving time and money.
- Easy Application: No mixing required—simply apply the shampoo to dry hair, wait 10-25 minutes, and rinse for instant, vibrant color results at home.
- Gentle and Nourishing: Formulated with plant extracts, this hair color shampoo nourishes the scalp and provides essential nutrients for healthier-looking hair.
- Safe for All Users: Designed to be safe and effective for both men and women, offering a reliable hair coloring option for everyone.
- Convenient Packaging: Comes in a box of 10 individual 200ml bags, ensuring easy use and storage for multiple applications.
- 【24h Customer Support】 We're here to help! If you have any questions or need assistance, our customer support team is available 24h to ensure your shopping experience is smooth and satisfactory. Feel free to contact us anytime!

View more

**At a glance**

| Brand | Count | Condition |
|---|---|---|
| Xiying | 1 | New |

View all specifications

**$5.89**

Price when purchased online

Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 31 $4.99 | Not available | Not available |

**Infringing Evi. 00017**

**261 Fulton St SW** Change

Arrives by **Thu, Jul 31** | More options

Shipping fee $4.99

**Only 7 left**

Sold and shipped by XiYing

(3.0) 3 seller reviews

**Free 30-day returns** Details

Add to list

Add to registry

**About this item**

Product details

Specifications

Warranty




+ Add

Sponsored

$29.39 $41.98

(2 pack) Herbishh Black Hair Color Shampoo for Gray Hair, Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 400 ml

10

Save with W+

Shipping, arrives **in 2 days**




+ Add

$12.89 +$1.99 shipping

10Pcs/Box DEXE Black Hair Shampoo Hair Dye Shampoo Instant for Men Women, Black Hair Dye-Mild Plant Formula

Shipping, arrives **in 3+ days**



Options

$17.99

More options from $14.79

Natural Brown Hair Color Shampoo 500ml, Herbal Hair Dye Hair Color Shampoo for Gray 100% Hair Coverage for All Ha

18

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00018**



Options

**$14.99**

Pure plant extract bubble hair dye, 30ml x 10 packs/box (black), suitable for gray hair, easy to use, nourishes the scalp, natural effect, color protection, argan oil, aloe vera




Options

**$8.79** +$0.99 shipping

Options from $8.79 – $10.67

Summer Savings Clearance! Natural Plant Hair Color Change Box Of 10 Bags Of Hair Dyes Each Containing




Options

**$8.03** +$3.99 shipping

More options from $5.89

Xiying Natural Plant Hair Color Change Shampoo | 3-In-1 Ha

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00019**

## 1. Shipping, arrives by Wed, Jul 30

Jesse Finn Edit

261 Fulton St SW, Atlanta, GA 30312

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Wed, Jul 30** 1 item

Sold and shipped by XiYing

$4.99 seller shipping fee



Xiying Natural Plant Hair Color Change Shampoo | 3-In-1 Hair Dye, Conditioner & Shampoo | Easy To Use ...

Actual Color: Multicolor

**$5.89**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $5.89 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.97 |
| **Estimated total** | **$11.85** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00020**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for free delivery & more!**

Restrictions apply.

Claim offer now




3. Text updates for this order

**Infringing Evi. 00021**

# XiYing

TianHeQuZhongShanDaDaoZhong288HaoSiCengZiBian4036ShiA02
GuangZhouShi, GD 510623, CN

Contact seller | (+86) 17503014196

## Seller Reviews

View all

**3 out of 5**

3 ratings | 0 reviews

## About the Store

View more

Business Name: GuangZhouShiDingRenZhenMaoYiYouXianGongSi

**Featured** Shop all



+ Add

**Now $7.54** ~~$13.99~~ +$6.99 shipping

mtvxesu Thin Blanket for Summer, Skin-friendly Plain Printed Washed Cotton Summer Quilt Ventilation Quilt Thin Blanket for Kids Twin Blankets for Beds

1



+ Add

**$11.40** +$9.99 shipping

mtvxesu Dog Bed, for Large Sized Dog, Orthopedic Crate Foam, Waterproof Dog Mattress Nonskid Bottom, Comfy Anxiety Pet Bed Mat, Large Dog Bed

77

## Seller reviews

**3 out of 5**

3 ratings | 0 review

| | |
|---|---|
| 5 stars | 33% (1) |
| 4 stars | 0% (0) |
| 3 stars | 33% (1) |
| 2 stars | 0% (0) |

Infringing Evi. 00022

1 star 33% (1)

**How seller rating is calculated**

View all reviews (3)

**Infringing Evi. 00023**

# 4 Knmdsfd







JDMEOPD

**Pure plant extract bubble hair dye, 30ml x 10 packs/box (black), suitable for gray hair, easy to use, nourishes the scalp, natural effect, color protection, argan oil, aloe vera**

☆ (No ratings yet)

**Count:** 1

1
$14.99

**About this item**

- Natural plant bubble hair dye, hair shampoo with plant extracts for non-damaging hair coloring.
- It is convenient to use. Use it just like ordinary shampoo. Just wait for 10 minutes, and you can get the hair color effect you want.
- Natural herbal essence formula nourishes the scalp, protects and repairs it.
- Natural effect, no scalp pollution, covering all hair types.
- Natural foam plant hair dye, improving hair quality, making your hair smoother, shinier and shinier.

View full item details

**At a glance**

| | | |
|---|---|---|
| **Brand**<br>JDMEOPD | **Hair color shade**<br>1 | **Hair color type**<br>Henna Hair Colors |
| **Hair color cat**<br>Black | **Condition**<br>New | |

View all specifications

**$14.99**

Price when purchased online ⓘ

Free shipping  Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping**<br>Arrives Jul 29<br>Free | Pickup<br>Not available | Delivery<br>Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 29** | More options

**Infringing Evi. 00025**

Sold and shipped by Knmdsfd

**Free 30-day returns** Details

Add to list | Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients



Options

Sponsored

**$11.99**

30-Minute Henna Hair Dye Soft Shiny Hair Henna Hair Color Dye, 100% Gray Coverage, Semi-Permanent hair Dye 1.05 oz Pack of 1 (Dark Brown) by Reshma Beauty

21

Shipping, arrives **in 3+ days**



Options

**$8.24**

Bigen Easy Color Permanent Hair Dye with Aloe and Olive Oil, Natural Black, 2.82 oz., Unisex, Adult

26

**Save with W+**

Shipping, arrives **in 2 days**

Clearance



+ Add

+2 options

Black Hair Dye Shampoo 3 in 1 for Gray Hair, Herbal Hair Dye for Women Men Grey Hair Coverage 500ml

23

**Save with W+**

Shipping, arrives **in 2 days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00026**




Options




Options




Options

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00027**

## 1. Free shipping, arrives by Mon, Jul 28

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Mon, Jul 28** 1 item

Sold and shipped by Knmdsfd
Free shipping



Pure plant extract bubble hair dye, 30ml x 10 packs/box (black), suitable for gray hair, easy to us...
Count: 1

**$14.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $14.99 |
| Shipping | Free |
| **Estimated taxes** | $1.33 |
| **Estimated total** | **$16.32** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00028**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for free delivery & more!**

Restrictions apply.

Claim offer now




T&C apply.

3. Text updates for this order

**Infringing Evi. 00029**

# Knmdsfd

guangdongshengdongguanshiwanjiangjiedaoguxijie71hao301fang
Dongguan, GD 523000, CN

Contact seller | (+86) 13797286643

## Seller Reviews

☆☆☆☆☆

No reviews yet

## About the Store

View more

Business Name: dongwanliuyudianzishangwuyouxiangongsi

Featured

Shop all

## Seller reviews

This seller doesn't have any reviews yet.

Infringing Evi. 00030

# 5 Mareep




Tuscom

**Tuscom 2Pcs Plant-Based Hair Color Shampoo 3-in-1 - Ammonia Free Gray Coverage with Henna & Botanicals, 10 Pack Easy Application No-Mix Kits for Men & Women**

(No ratings yet)

**Count:** 2

2 $21.62 | 5

**Actual Color:** B 2Pcs

A 2Pcs | B 2Pcs | C 2Pcs | D 2Pcs

**About this item**

- 2Pcs Plant-Based Hair Color Shampoo 3-in-1 - Ammonia Free Gray Coverage with Henna & Botanicals, 10 Pack Easy Application No-Mix Kits for Men & Women
- Material:Plastic
- Premium Quality for Trusted Results： Crafted with top - tier ingredients and rigorous quality control, our beauty products deliver consistent, reliable performance. Every formula is designed to meet high standards of efficacy—whether it's enhancing natural radiance, providing essential care, or offering long - lasting wear—so you can trust them to deliver results that exceed expectations. This commitment to quality ensures each use feels like a premium experience.
- Perfect for Gifting or Self - Indulgence: Enjoy the luxury of premium beauty that's equally ideal for treating yourself or surprising someone special. Our products blend thoughtful design with proven efficacy, making every use a moment of self - care—and every gift a memorable gesture of care.
- After Sale Service:30 days easy return and exchange. If there are any problems with purchase, We will solve your problem within 24 hours.

View more

**At a glance**

| Brand | Count |
|---|---|
| Tuscom | 2 |

View all specifications

**$21.62**

Price when purchased online

Free shipping · Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

Shipping | Pickup | Delivery

**Infringing Evi. 00032**

Arrives Aug 6 | Not available | Not available

**261 Fulton St SW** Change

Arrives by **Wed, Aug 6** | More options

Sold and shipped by Mareep

(3.0) 8 seller reviews

**Free 30-day returns** Details

Add to list | Add to registry

## About this item

Product details

Warranty

Warnings

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash




Options

**$10.99**
Options from $10.99 – $11.99
Summer Savings Clearance! Natural Plant Hair Color Change Box Of 10 Bags Of Hair Dyes Each Containing 300ml - Clearance Items!
Shipping, arrives **in 3+ days**



Options

**$8.99** +$1.99 shipping
Qihua Bubble Plantt Hair Dye Natural Plantt Hair Dye Plantt Bubble Hair Dye Shampoo Pure Extract for Hair Color Bubble Dye Natural Black Chestnut Brown Coffee Black Teal Hair Color 200ml
Shipping, arrives **in 3+ days**

Clearance




Options

**Now $6.99** ~~$7.99~~ +$5.99 shipping
Vrorvz Natural Plant Hair Color Shampoo Kit 10 Pack 300m Safe and Easy to Use Nourishes Scalp and Hair Quick Applic
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 00033**

**Infringing Evi. 00034**

## 1. Free shipping, arrives by Mon, Aug 4

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Mon, Aug 4**

1 item

Sold and shipped by Mareep

Free shipping



Tuscom 2Pcs Plant-Based Hair Color Shampoo 3-in-1 - Ammonia Free Gray Coverage with Henna &...

Count: 2, Actual Color: B 2Pcs

**$21.62**

Remove − 1 +

**Subtotal** (1 item) $21.62

Shipping Free

**Estimated taxes** $1.92

**Estimated total $23.54**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00035**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

- [x] **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for free delivery & more!**

Restrictions apply.

Claim offer now




T&C apply.

3. Text updates for this order

Infringing Evi. 00036

# Mareep

guangzhoushitianhequtangdongdonglu13hao2ceng225fangB302
guangzhoushi, GD 510630, CN

Contact seller | (+86) 13173632341

## Seller Reviews

View all

**3.2 out of 5**

9 ratings | 3 reviews

## About the Store

View more

Over the years, our heart has never changed - to keep changing the world, Our goal is to make every shopping just that an experience, not just "shopping".

Business Name: GuangZhouHuangYiFuZhuangYouXianGongSi

**Featured** Shop all

## Seller reviews

**3.2 out of 5**

9 ratings | 3 reviews

| | |
|---|---|
| 5 stars | 56% (5) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 44% (4) |

**How seller rating is calculated**

### Showing 1 - 3 of 3 reviews

May 27, 2025

**Walmart customer**

its a trap... carful... arrogant and fishy seller... estimate delivery time was around 10 days... they charged for delivery as well.. but delivery happened after a month... and seller claimed as its normal and tou need to pay for delivery either on time or not.... scammers...



**Item bought:**
Mareep 100ml Vegetable Glycerin, Versatile Skin Care, Moisturizing Lotion,Liquid Glycerin,Vegetable Glycerin for Skin, Face, Hands, Hair, Soaps, Body Washes， Beauty and Skin Care Products

Jan 14, 2025

**Walmart customer**

This item never arrived. They said it was delivered but it was not.

**Infringing Evi. 00037**



**Item bought:**
Complete Suture Practice Kit for Suture Training, Including Large Silicone Suture Pad with pre-Cut Wounds and Suture Tool kit. Latest Generation Model.

★☆☆☆☆ Nov 18, 2024

**Walmart customer**

This razor came damaged. The box was squashed the razor in pieces, and black wire detached



**Item bought:**
Mareep Men's Electric Shaver Rotary Modern Portable Mini Razors, Rechargeable, Wet and Dry, Lightweight Razors for Travel office Business Trip

**View all reviews (9)**

# Infringing Evi. 00038

# 6 Auto Parts Electronics. Shop






AYFFDIYI

**AYFFDIYI 10PCS Natural Plant Hair Dye Bubble Botanical Based for Women MEN Grey Hai`· N6M0**

(No ratings yet)

**Actual Color:** black

$9.36

**About this item**

- Natural and Safe Hair Dye: Our plant-based hair dye is made from natural extracts, ensuring a safe and gentle coloring experience without harmful chemicals or synthetic ingredients.
- Long-Lasting Color: Achieve vibrant and fade-resistant hair color that lasts for weeks, thanks to the natural ingredients that deeply penetrate the hair shaft.
- Wide Range of Shades: Choose from a variety of shades to suit your preferences, including classic black, trendy black teal, warm chestnut brown, and subtle coffee.
- Convenient Packaging: Each pack contains ample product for multiple applications, and the compact size makes it easy to store for touch-ups on the go.
- Usage Guide Included: Follow the dosage reference and instructions provided for different hair lengths to achieve optimal results when applying and rinsing the hair dye.

View more

**At a glance**

| | | |
|---|---|---|
| **Brand** AYFFDIYI | **Hair color shade** Natural Black | **Hair color cat** Black |
| **Features** Fade Resistant | **Hair length** Short | |

View all specifications

**$9.36**

Price when purchased online

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping** Arrives Aug 2 $2.97 | Pickup Not available | Delivery Not available |

**261 Fulton St SW** Change

Arrives by **Sat, Aug 2** | More options

**Infringing Evi. 00040**

Shipping fee $2.97

Sold and shipped by Auto Parts Electronics. Shop

(3.6) 59 seller reviews

Add to list

Add to registry

**About this item**

Product details

Specifications

Directions

Warranty




Options

Sponsored

**$9.47**

Garnier Olia Oil Powered Permanent Hair Color, 3.11 Darkest Platinum Brown

23595

Save with W+

Shipping, arrives **in 2 days**



Options

**$7.28** +$5.97 shipping

Options from $7.28 – $17.80

COCEQUC Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml x 10 packs Shampoo ✨ Q2K1

Shipping, arrives **in 3+ days**



Options

**$10.32** +$2.26 shipping

More options from $10.11

COCOTINA Natural Plant Hair Dye Bubble New Botanical Ba

Shipping, arrives **in 3+ days**

Report incorrect product information

Reduced price



Options

**Now $2.18** ~~$6.02~~ +$3.97 shipping

Options from $2.18 – $2.25

Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30ml X 10Packs V5L8

Shipping, arrives **in 3+ days**



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**




Options

+2 options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair I

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00041**



Options

**$15.58** +$0.99 shipping
More options from $15.20
Baorden Plant Bubble Hair Dye 20Ml*10 Bags
Shipping, arrives **in 3+ days**




Options

**$8.99**
Natural Plant Hair Dye | New Botanical Bubble Hair Dye | Pure Plant Extract for Grey Hair Color Bubble Dye | New Botanical Bubble Hair Shampoo (30ml x 10 Packs/Box: Dark Brown)
Shipping, arrives **in 3+ days**



Options

**$19.90**
Natural Plant Hair Dye,pure Plant Extract For Grey Hair Colc
Ml 10 Packs/box
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Flash Repair
- Treluxe
- Schwarzkopf
- Duke Hair Kit
- Murray & Lanman Florida Water Cologne Fl Bottle
- Amika
- Bosley
- Hair Art Men
- Dr Bells Pomade
- All Textured Hair
- Native Haircare
- Travel Size Styling Products

Personal Care / Men's Essentials / Mens Hair Care

**Infringing Evi. 00042**

### 1. Shipping, arrives by Fri, Aug 1

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)**
Edit

House

### Items details
Hide details

**Arrives by Fri, Aug 1** 1 item

Sold and shipped by Auto Parts Electronics. Shop
$2.97 seller shipping fee



AYFFDIYI 10PCS Natural Plant Hair Dye Bubble Botanical Based for Women MEN Grey Hai`· N6MO
Actual Color: black

**$9.36**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $9.36 |
| Seller shipping | $2.97 |
| **Estimated taxes** | $1.10 |
| **Estimated total** | **$13.43** |

Have a promo code?

### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00043**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for free delivery & more!**

Restrictions apply.

Claim offer now




T&C apply.

3. Text updates for this order

# Auto Parts Electronics. Shop

JingJiJiShuKaiFaQuLianHuaSheQuFanHuaDaDaoYuJinZhaiLuJiaoKouWenFengZhongXin1002-21Shi
HeFeiShi, AH 230022, CN

Contact seller | (+86) 19355920825

## Seller Reviews

View all

3.6 out of 5

59 ratings | 12 reviews

## About the Store

View more

Business Name: HeFeiWangHuiDianZiShangWuYouXianGongSi

Featured

Shop all

## Seller reviews

3.6 out of 5

59 ratings | 12 reviews

| | | |
|---|---|---|
| 5 stars | | 53% (31) |
| 4 stars | | 15% (9) |
| 3 stars | | 2% (1) |
| 2 stars | | 3% (2) |
| 1 star | | 27% (16) |

How seller rating is calculated

### Showing 1 - 5 of 12 reviews

Jun 3, 2025

**Walmart customer**

this works great that way when I think it's hot in the house I just walk around with that and I know it's just me. very accurate easy to use



**Item bought:**
Infrared Thermometer, Helect Non-contact Digital Laser Infrared Thermometer Gun -58掳F to 1022掳F (-50掳C to 550掳C) with LCD Display

Mar 27, 2025

**Walmart customer**

they refunded instead of reshipping. i still need the item so....

Infringing Evi. 00045

**Item bought:**
New Diamond Leather Steering Wheel Cover with Bling Bling Crystal Rhinestones, Universal Fit 15 Inch Car Wheel Protector for Women Girls,Black

Mar 25, 2025

**Walmart customer**

seller misrepresentation of who they were. would not allow cancelation. claimed shipped , took money . when I insisted on cancelation then item was shipped. returned item to store and was not refunded full amount.

**Item bought:**
3 Prong Light Socket to Plug Adapter - E26 E27 Light Socket to Plug Adapter - Polarized Light Bulb Plug Adapter, 2/3 Prong Outlet Socket Splitter Convert for Garage Porch Camera (2, White)

Mar 12, 2025

**Walmart customer**

it came?? idk what I'm supposed to say here. 😂 shipping took a while but it made it here?

**Item bought:**
Universal Projector Wall Ceiling Mount Hanger 360°Rotatable Head with Length 7.0inch/11lbs Load Mounting Bracket Fits for Most Home Office

Mar 10, 2025

**Walmart customer**

I have not submitted my return yet. But hopefully it will Be a normal transaction because they're Sold me some trash

**Item bought:**
Thinsont USB Charging Cable Base Cord Wire For Solar LS05/LS02/LS01 Smart Watch Charger

View all reviews (59)

**Infringing Evi. 00046**

# 7 Gainlucky--LJ







XEOVHV

**XEOVHV Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml 10Packs/Box, Pure Plant Extract for Grey Hair Color Bubble Dye, New Botanical Bubble Hair Shampoo**

(No ratings yet)

**Actual Color:** C

$4.99 **$9.99** $4.99

**About this item**

- Natural Plant Hair Dye
- Bubble Hair Dye
- New Botanical Bubble Hair Dye
- Promotional Products
- Easter Decoration,Body Juice Oil,Foundation Makeup,Keratin Hair Mask,Cream Eyeshadow Stick

View full item details

**At a glance**

| Brand | Rec. use |
|---|---|
| XEOVHV | Daily use, Gift |

View all specifications

**$9.99**

Price when purchased online

Free shipping Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 30 Free | Not available | Not available |

**261 Fulton St SW** Change

**Infringing Evi. 00048**

Arrives by **Wed, Jul 30** | More options

Sold and shipped by Gainlucky--LJ

(3.0) 92 seller reviews

**Free 30-day returns** Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Warnings

Deal




Options

Sponsored

**Now $4.99** ~~$9.99~~

Options from $4.99 – $13.96

Garnier Fructis Hair Filler Vitamin Cg Strength Repair Shampoo, Adults, Damaged Hair, 10.1 fl oz

661

**Save with** W+

Shipping, arrives **in 2 days**

Deal



Add

Sponsored

**Now $33.99** ~~$98.99~~

NEXPURE New Upgrade Professional Ionic Hair Dryer, 2000W Powerful Blow Dryer with Diffuser and Concentrator Attachments, Suitable for Home and Travel, Purple

328

**Save an extra $4.00**

**Save with** W+

Shipping, arrives **in 2 days**

Deal




Add

**Now $9.97** $1.25/fl oz

Cloud Weightless Nourishing Leave-in Detangler, 8 oz

10

**Save with** W+

Shipping, arrives **in 2 days**

Report incorrect product information




Options

+2 options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**



Options

+4 options

**$3.05** +$2.97 shipping

Options from $3.05 – $3.09

Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00049**

Reduced price



Options

**Now $2.18** ~~$6.02~~ +$3.97 shipping
Options from $2.18 – $2.25
Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30ml X 10Packs V5L8
Shipping, arrives **in 3+ days**

Best seller




Add

Sponsored
**$8.92** ~~$12.00~~
Splat Original Complete Kit, Unisex Semi-Permanent Hair Dye with Bleach, Lusty Lavender
5178
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

Clearance



Options

**Now $4.00** ~~$4.48~~ +$1.97 shipping
Options from $4.00 – $4.07
Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30m
Shipping, arrives **in 3+ days**



Options

**$15.58** +$0.99 shipping
More options from $15.20
Baorden Plant Bubble Hair Dye 20Ml*10 Bags
Shipping, arrives **in 3+ days**




Options

**$8.99**
Natural Plant Hair Dye | New Botanical Bubble Hair Dye | Pure Plant Extract for Grey Hair Color Bubble Dye | New Botanical Bubble Hair Shampoo (30ml x 10 Packs/Box: Dark Brown)
Shipping, arrives **in 3+ days**



Options

**$19.90**
Natural Plant Hair Dye,pure Plant Extract For Grey Hair Colc Ml 10 Packs/box
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Daeng Gi Meo Ri Korea
- Amika
- Surface Trinity Protein Cream
- Chemical Make Hair Fallout
- MADAM by Madam CJ Walker
- Brahmi Powder Hair
- All It's a 10
- Premium Hair Masks
- Uncle Funky's Daughter
- Design Essentials
- Excelsior Define
- Ayurvedic Powder Hair

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00050**

## 1. Free shipping, arrives by Tue, Jul 29

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details
Hide details

**Arrives by Tue, Jul 29** 1 item

Sold and shipped by Gainlucky--LJ
Free shipping



XEOVHV Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml 10Packs/Box, Pure Plant...
Actual Color: C

**$9.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $9.99 |
| Shipping | Free |
| **Estimated taxes** | $0.89 |
| **Estimated total** | **$10.88** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00051**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for free delivery & more!**

Restrictions apply.

Claim offer now




T&C apply.

3. Text updates for this order

**Infringing Evi. 00052**

## Gainlucky--LJ

ShenZhenShiLongGangQuBanTianJieDaoWuHeSheQuChuangHuiDaSha1904
ShenZhenShi, GD 518100, CN

Contact seller | (+86) 13048832346

### Seller Reviews

View all

3 out of 5

93 ratings | 32 reviews

### About the Store

View more

Business Name: ShenZhenShiTeRenWoDianZiShangWuYouXianGongSi

Featured

Shop all



+ Add

**$5.94** +$4.99 shipping

Clearance!Cute Gorilla Plush Toys, Monkey Stuffed Animal Plush Toys, can be Given as Gifts to Girls and Boys(Multicolor,1PC)

13



+ Add

**Now $10.49** ~~$18.00~~ +$4.99 shipping

Clearance!2025 New Robot Dog for Adults, AI Robotic Dog, Nicoo - My Realistic Robot Puppy That Acts Like a Real Puppy - Walking, Barking, Tail Wagging

3



+ Add

**Now $1.99** ~~$2.99~~ +$3.91 shipping

Ant Moat for Hummingbird Feeder, 3.85 inches Red Umbrella Ant Guard with Large Capacity, Hummingbird Feeder Accessory Hooks with Brushes

8

### Seller reviews

**3 out of 5**

93 ratings | 32 reviews

| | |
|---|---|
| 5 stars | 37% (34) |
| 4 stars | 12% (11) |
| 3 stars | 6% (6) |
| 2 stars | 4% (4) |
| 1 star | 41% (38) |

How seller rating is calculated

**Showing 1 - 5 of 32 reviews**

Jun 28, 2025

**Walmart customer**

Product shipped on time. Shipping was delayed somehow. The product stayed in LA for about a week. Doesn't seem to be a problem with the seller, though.

**Item bought:**
Ant Moat for Hummingbird Feeder, 3.85 inches Red Umbrella Ant Guard with Large Capacity, Hummingbird Feeder Accessory Hooks with Brushes

May 18, 2025

**Walmart customer**

I only received 2 sets of solar lights. I ordered and paid for 5 sets. I contacted the seller and got no reply.

**Item bought:**

May 1, 2025

**Walmart customer**

was a week late, was offered a refund and never received it

**Item bought:**
Clearance!A Beautiful Year in the Bible: The 52-Week Bible Study for Women(Spiral-bound)-52 Week Women in the Bible Study Guide Women in the Bible Study Guide Year in the Bible

**Infringing Evi. 00053**

Apr 29, 2025

Walmart customer

Not communicated that it is shipped from China. Poor quality.Seller did ship quickly.

**Item bought:**

Apr 24, 2025

Walmart customer

Box was smashed. But they do actually answer questions.

**Item bought:**
Begzeat Clearance!3-in-1 Pro Robot Vacuum Cleaner,Intelligent Sweeping Robot with Schedule Wi-Fi/App, Household Self-Charging Robotic Vacuum, Mopping Robot Vacuum Cleaner for Pet Hair, All Floors(Pink

View all reviews (93)

**Infringing Evi. 00054**

# 8 Newbeste




LISADE

**Lisade Plant Bubble Hair Dye 20ml 10Packs/Box, Plant Extract Shampoo for Grey Hair Color Dye for Women Men-Chestnut Brown**

(No ratings yet)

**About this item**

Natural Plant Bubble Hair Dye Shampoo, Pure Plant Extract for Grey Hair Coverage Bubble Dye Hair Coloring Shampoo

View full item details

**At a glance**

| | |
|---|---|
| **Brand** LISADE | **Hair color shade** Chestnut Brown |
| **Hair type** All Hair Types | **Hair color cat** Brown |

View all specifications

See more seller options

Add to list

Add to regist

**More seller options (1)**

Starting from $15.99 Compare all sellers

## About this item

Product details

Specifications

Directions

Warranty

Clearance

**More seller options**

Currently viewing

Lisade Plant Bubble Hair Dye 20ml 10Packs/Box, Plant Extract Shampoo for Grey Hair Color Dye for Women Men-Chestnut Brown

Shipping to Atlanta, 30312

$15.99

Free shipping

Shipping, **arrives by Mon, Aug 4** to 261 Fulton St SW

Sold and shipped by Newbeste

(2.3) 9

**Free 30-day returns** Details

Add to cart

# Infringing Evi. 00056



+ Add

Sponsored

$15.99 ~~$21.99~~

Herbishh Black PPD-Free Shampoo for Gray Hair, Travel-friendly Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 30 ml



Options

+4 options

$7.45 +$3.26 shipping

More options from $3.99

Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble Natural Plant Hair Dye for Women Men 200ml

Report incorrect product information



Options

+1

$12.99 +$5.99 shipping

More options from $7.10

Nova Hair Dye Shampoo, Nova Hair Instant Dye Shampoo, Plant Herbs Instant Dye Shampoo for Men & Women, Hair Color Solution with Gray Coverag

14

Shipping, arrives **in 3+ days**



+ Add

Sponsored

$11.98

AUGEAS Black Hair Magic Hair color shampoo (20ml x10Sachets) | Ammonia Free Hair Color Shampoo for men| Natural Black Permanent Hair Dye Shampoo for women

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



+ Add

Sponsored

$21.90 ~~$43.80~~

Herbishh Chestnut Brown PPD-Free Shampoo for Gray Hair, Travel-friendly Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 30 ml

3

Save with W+

Shipping, arrives **in 2 days**

100+ bought since yesterday




+ Add

Just For Men Shampoo-in Hair Dye for Men, H-55 Real Black

348

Save with W+

Pickup **today**

Delivery **today**

Clearance

**More seller options**



Currently viewing

Lisade Plant Bubble Hair Dye 20ml 10Packs/Box, Plant Extract Shampoo for Grey Hair Color Dye for Women Men-Chestnut Brown

Shipping to Atlanta, 30312

$15.99

Free shipping

Shipping, **arrives by Mon, Aug 4** to 261 Fulton St SW

Sold and shipped by Newbeste

(2.3) 9

**Free 30-day returns**

**Infringing Evi. 00057**



Options

+3 options

$17.55




Options

Now $5.99 $7.98 +$4.99 shipping

Report: Report seller | Report suspected stolen goods (to CA Attorney General)

Personal Care / Men's Essentials / Mens Hair Care

**More seller options**



**Currently viewing**
Lisade Plant Bubble Hair Dye 20ml 10Packs/Box, Plant Extract Shampoo for Grey Hair Color Dye for Women Men-Chestnut Brown

Shipping to Atlanta, 30312

$15.99
Free shipping

Shipping, **arrives by Mon, Aug 4** to 261 Fulton St SW

Sold and shipped by Newbeste
(2.3) 9

**Free 30-day returns**

**Infringing Evi. 00058**

**1. Free shipping, arrives by Mon, Aug 4**

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)**
Edit

House

**Items details**
Hide details

**Arrives by Mon, Aug 4**
1 item

Sold and shipped by Newbeste
Free shipping



Lisade Plant Bubble Hair Dye 20ml 10Packs/Box, Plant Extract Shampoo for Grey Hair Color Dye for...

**$15.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $15.99 |
| Shipping | Free |
| **Estimated taxes** | $1.42 |
| **Estimated total** | **$17.41** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00059**

OnePay Later
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

- [x] **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




3. Text updates for this order

**Infringing Evi. 00060**

## Newbeste

shanxishengxianshifengdongxinchengfengdongdadao(dongduan)
xian, SN 710000, CN

Contact seller | (+86) 18502752099

**Seller Reviews** View all

2.3 out of 5

9 ratings | 3 reviews

**About the Store** View more

Business Name: xianxinbeisitemaoyiyouxiangongsi

Featured

Shop all



+ Add

$12.99

Lisade for iPhone 16 Pro Max/16 Pro Camera Lens Protector, Metal Aluminum Alloy Tempered Glass Camera Cover Anti-Scratch

4



+ Add

$18.99

Lisade for Samsung Galaxy Z Flip 6 Cute Case with Lovely Beads Strap, Wave Frame Phone Cover for Girls



+ Add

$14.99

Lisade Case for Google Pixel 8A,Dual Layer Shockproof Magnetic Kickstand Phone Cover with Rotatable Ring Holder

1

### Seller reviews

2.3 out of 5

9 ratings | 3 reviews

| | | |
|---|---|---|
| 5 stars | | 33% (3) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 67% (6) |

How seller rating is calculated

**Showing 1 - 3 of 3 reviews**

Feb 24, 2025

**Walmart customer**

I was extremely disappointed with the quality control of this item.

**Item bought:**
Lisade Denture Silicone Reline Kit, Soft Denture Reline Kit, Upper and Lower Veneers Teeth for Women Men

Jan 6, 2025

**Walmart customer**

Ordered a gold case and got a silver one. Takes too long to receive and cracks easy.

**Item bought:**
Lisade for iPhone 16 Pro Max/16 Pro Camera Lens Protector, Metal Aluminum Alloy Tempered Glass Camera Cover Anti-Scratch

Aug 26, 2024

**Walmart customer**

Seller should not marked this as it is it does not color the grays false advertising

**Item bought:**
Lisade Hair Dye shampoo, Instant 3 in 1 Hair Color Shampoo Long Lasting for Men and Women, Gray Hair Coverage Shampoo

**Infringing Evi. 00061**

# 9 honghongwangluo / LashWhisper







unbranded

**Pure Plant Extract Bubble Hair Dye, 30 ml x 10Packs/Box for Grey Hair, Convenient to Use, Nourish Scalp, Natural Effect, Color Protection, Argan Oil, Aloevera**

(No ratings yet)

**Hair Color Shade:** Black

Black $17.55 | Black Tea $17.55 | Chestnut Brown $17.55 | Coffee $17.55

**About this item**

- Natural plant bubble hair dye,plant extract non-damage hair dye shampoo.
  - Convenient to use,and use it the same as normal shampoo, wait for only 10 minutes, you will get the hair color you want.
- Natural herbal essence formula, nourish the scalp , protects and repairs scalp.
- Natural effect, no contamination of scalp, covers all hair types.
- Natural bubble plant hair dye, Improve your hair quality and make your hair smoother, smoother and more shiny.

View more

**At a glance**

| Brand | Hair color shade | Hair color cat |
|---|---|---|
| unbranded | Black | Brown |

| Condition |
|---|
| New |

View all specifications

**$17.55**

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 18 Free | Not available | Not available |

**261 Fulton St SW** Change

**Infringing Evi. 00063**

Arrives by **Fri, Jul 18**. Order within | More options

Sold and shipped by honghongwangluo

Add to list | Add to registry

**About this item**

Product details

Specifications

Warranty

Ingredients


Deal




Options

Sponsored

**Now $6.97** ~~$9.99~~

Options from $6.97 – $15.94

Garnier Fructis Hair Filler Vitamin Cg Strength Repair Shampoo, Adults, Damaged Hair, 10.1 fl oz

★★★★½ 659

Save with W+

Shipping, arrives **in 2 days**

Deal



+ Add

Sponsored

**Now $33.99** ~~$98.99~~

NEXPURE New Upgrade Professional Ionic Hair Dryer, 2000W Powerful Blow Dryer with Diffuser and Concentrator Attachments, Suitable for Home and Travel, Purple

★★★★☆ 325

**Save an extra $4.00**

Save with W+

Shipping, arrives **in 2 days**

Deal



Options

+2 options

**Now $6.97** ~~$17.86~~

Extra Strength Argan Oil of Morocco Conditioner

★★★★½ 1200

Save with W+

Shipping, arrives **in 2 days**


Report incorrect product information


Best seller



Options

**Now $2.42** ~~$4.30~~ +$3.18 shipping

Options from $2.42 – $6.56

2-in-1 Natural Food Extract Silver Hair Dye, Silver Grey Natural Hair Dye Cream, Fashionable Silver Grey Hair Dye Permanent

★★☆☆☆ 14

Shipping, arrives **in 3+ days**



Options

**Now $3.49** ~~$11.20~~ +$3.18 shipping

Grey Hair Dye For Long Lasting Color Locking And Nourishing Plant Extracts Hair Care Trend Hair Color Dye

★★★½☆ 3

Shipping, arrives **in 3+ days**

Clearance



+ Add

+2 options

**$15.99** ~~$25.00~~

Black Hair Dye Shampoo 3 in 1 for Gray Hair, Herbal Hair Dye for Women Men Grey Hair Coverage 500ml

★★★★½ 23

Save with W+

Shipping, arrives **in 2 days**


**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**




**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash


**Infringing Evi. 00064**

Clearance




Options

**Now $5.99** ~~$7.98~~ +$4.99 shipping

Sales Today Clearance! Natural Plant Hair Color Change Kit – Box of 10 Natural Plant-Based Hair Dyes, 300ml per Bag, Hair Color Change Solution, Herbal Hair Dye for All Hair Types Deal of the Day!

Shipping, arrives **in 3+ days**



Options

+4 options

**$23.99**

Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure Plant Extract for Grey Hair Color Bubble Dye wuhaoyueshangmao

Shipping, arrives **in 3+ days**



Options

+4 options

**$15.99**

More options from $15.87

Natural Plant Hair Dye, Huang Yi Bubble Plant Hair Dye, Pur New Botanical Hair Shampoo, Easy Hair Dyeing in 10 Minut

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Summer Deals
- Kosher Rose
- Super Blossom
- Natural Plant Dye
- Virtual try-on hair color
- All Ouidad
- Try Bloom Beauty
- Root Lifter For Cowlicks Hair Care
- Ors Hair Fertilizer
- Ouidad value sized litres
- Festival Hair Color
- Ouidad

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00065**

## 1. Free shipping, arrives by Thu, Jul 17

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)**
Edit

House

### Items details
Hide details

**Arrives by Thu, Jul 17** 1 item

Sold and shipped by honghongwangluo
Free shipping



Pure Plant Extract Bubble Hair Dye, 30 ml x 10Packs/Box for Grey Hair, Convenient to Use,...
Hair Color Shade: Black

**$17.55**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $17.55 |
| Shipping | Free |
| **Estimated taxes** | $1.56 |
| **Estimated total** | **$19.11** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00066**

**OnePay Later**
Powered by Klarna
No credit impact to apply
Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

- [x] **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




3. Text updates for this order

Infringing Evi. 00067



## LashWhisper

liuyehulvyoudujiaqubaihezhen
changdeshi, HN 415000, CN
Contact business | (+86) 15675650085

### Seller Reviews

☆☆☆☆☆
No reviews yet

### About the seller

View more

Business Name: changdehonghongwangluokejiyouxiangongsi

Featured

Shop all



+ Add

**$10.54**
Mink Lashes Wispy Cat Eye Lashes Full 6D Volume False Eyelashes that Look Like Extensions 16MM Thick Soft D-Curly Fake Lashes 7 Pairs Pack



+ Add

**$9.99**
Half Eyelashes Natural False Lashes Wispy Cat Eye Strips Eyelash 14 Pairs Faux Mink Strip Eye Lashes Pack for Daily Makeup (8-15 mm)
★★★★★ 1



+ Add

**$13.75**
640pcs Mixed Lash Clusters Kit – Stunning 30D 40D 50D 9-16mm Length Individual Lashes Cluster Eyelash Kit Extension DIY Lash Extension D Curl Wispy False Eyelashes Clusters

### Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00068**

# 10 Dxssxc




Dxssxc

**Natural Plant Hair Color Shampoo - 3-in-1 Coloring, Conditioning & Cleansing - 10 Pack (300ml Each) - Easy Application, Immediate Results - Safe for Men & Women**

(No ratings yet)

**Actual Color:** D#28

A#25 $9.99 | B#26 $9.99 | C#27 $9.99 | **D#28 $9.99**

**About this item**

- Hair Color and conditioning 3 in 1: Our 3-in-1 Plant Extract For Hair Color as , hair shampoo, and hair conditioner, saving you and money your hair routine.
- Mild Plant Hair Shampoo: Just keep your hair dry, and apply the shampoo evenly, the coloring hair effect will show immediately.
- Easy to Use: Plant Hair Shampoo No need to mix in advance and hassle- to hair at home, super easy and to apply. wear gloves and apply it to your hair, and wait for 10-25 min to wash it clean.
- Plant Extract for Hair Color : Hair Color Shampoo, nourishes the scalp and supplements the nutrients needed by the hair.
- Safe for Men and Women: Our Plant Extract For Hair Color is safe and effective for both men and women.

View more

**At a glance**

| Brand | Count |
|---|---|
| Dxssxc | 1 |

View all specifications

**$9.99**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 30 $3.99 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Wed, Jul 30**. Order within | More options

**Infringing Evi. 00070**

Shipping fee $3.99

Sold and shipped by Dxssxc

(3.0) 2 seller reviews

Free 30-day returns Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Deal




Options

Sponsored

**Now $6.97** ~~$9.99~~

Options from $6.97 – $15.94

Garnier Fructis Hair Filler Vitamin Cg Strength Repair Shampoo, Adults, Damaged Hair, 10.1 fl oz

659

Save with W+

Shipping, arrives **in 2 days**

Deal



Add

Sponsored

**Now $33.99** ~~$98.99~~

NEXPURE New Upgrade Professional Ionic Hair Dryer, 2000W Powerful Blow Dryer with Diffuser and Concentrator Attachments, Suitable for Home and Travel, Purple

325

**Save an extra $4.00**

Save with W+

Shipping, arrives **in 2 days**

Deal




Add

**Now $9.97** $1.25/fl oz

Cloud Weightless Nourishing Leave-in Detangler, 8 oz

10

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information




Add

Sponsored

**$22.50**

Bigen Speedy Conditioning Color Refill: 8 Natural Black - 3 Pack

3

Shipping, arrives **in 3+ days**

Best seller




Options

+4 options

**$16.05**

Options from $16.05 – $17.30

Instant 500ML Permanent Brown Hair Shampoo Organic Natural Fast Hair Dye, for Women and Men, Herbal, 3 in 1 100% Grey Cover

21

Shipping, arrives **in 3+ days**




Add

**$12.89** +$1.99 shipping

10Pcs/Box DEXE Black Hair Shampoo Hair Dye Shampoo In Formula

Shipping, arrives **in 3+ days**

### Customer ratings & reviews

0 ratings | 0 reviews

### This item does not have any reviews yet



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00071**

Clearance




Options

**Now $5.99** ~~$7.98~~ +$4.99 shipping

Sales Today Clearance! Natural Plant Hair Color Change Kit – Box of 10 Natural Plant-Based Hair Dyes, 300ml per Bag, Hair Color Change Solution, Herbal Hair Dye for All Hair Types Deal of the Day!

Shipping, arrives **in 3+ days**



Options

+4 options

**$23.99**

Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure Plant Extract for Grey Hair Color Bubble Dye wuhaoyueshangmao

Shipping, arrives **in 3+ days**



Options

+4 options

**$15.99**

More options from $15.87

Natural Plant Hair Dye, Huang Yi Bubble Plant Hair Dye, Pur New Botanical Hair Shampoo, Easy Hair Dyeing in 10 Minute

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00072**

## 1. Shipping, arrives by Tue, Jul 29

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312 Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Tue, Jul 29** 1 item

Sold and shipped by Dxssxc
$3.99 seller shipping fee



Natural Plant Hair Color Shampoo - 3-in-1 Coloring, Conditioning & Cleansing - 10 Pack (300ml Each) -...
Actual Color: D#28

**$9.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $9.99 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $1.24 |
| **Estimated total** | **$15.22** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00073**

**OnePay Later**
Powered by Klarna
No credit impact to apply
Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

# Dxssxc

TianHeQuYuShaTanLiZhiYuanJie39Hao2Dong101Fang
GuangZhouShi, GD 510665, CN

Contact seller | (+86) 19926544354

## Seller Reviews

View all

**3 out of 5**

2 ratings | 0 reviews

## About the Store

View more

Dxssxc: Redefining American Apparel Introduction: Dxssxc is a dynamic and forward-thinking American apparel company committed to revolutionizing the fashion industry. With a focus on quality, style, and sustainability, our brand aims to provide customers with innovative clothing options that not on...

Business Name: GuangZhouShiKaiJinZhongBiaoYouXianGongSi

**Featured** Shop all



+ Add

**$8.79** +$4.99 shipping

Dxssxc Women's Plus Size V-Neck T-Shirt Solid Color Summer Short Sleeve Tops Loose Basic Versatile Tunics(LX-5LX)

2



+ Add

**$12.69** +$4.99 shipping

Dxssxc 3 Pack Bras for Women Breathable Cool Liftup Bras 2025 New Mesh Bra Comfort Wireless Sports Bras for WoWomen Value Pack

2



+ Add

**$14.99** +$3.99 shipping

Foot Massage Pad for Neuropathy Pain Relief and Circulation, USB Rechargeable with 8 Modes for Standing Workers, 29x32cm Size for Home or Office

## Seller reviews

**3 out of 5**

2 ratings | 0 review

| | | |
|---|---|---|
| 5 stars | | 50% (1) |
| 4 stars | | 0% (0) |

**Infringing Evi. 00075**

| | | |
|---|---|---|
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 50% (1) |

**How seller rating is calculated**

View all reviews (2)

Infringing Evi. 00076

# 11 plchilay








Clearance

CZESTPYAKE

**CzestPyake Bubble Plant Hair Natural New Botanical Bubble Hair 20ml 10Packs/Box Hair For Gray Hair Coverage Fruitcolor Hair Dyeing Cream Natural Plant Hair ,hair care products**

(No ratings yet)

**Actual Color:** A

| A | B | C | D |
|---|---|---|---|
| $4.61 | $4.61 | $6.73 | $4.61 |

**About this item**

- hair care products set
- hair care products for women&man
- Black Hair
- Hair Growth
- hair care products for dry damaged hair

View full item details

**At a glance**

| Brand | Count | Hair product form |
|---|---|---|
| CZESTPYAKE | 1 | Creams |

| Applicator type |
|---|
| Brush |

View all specifications

**Now $4.61** ~~$14.36~~

You save $9.75

Price when purchased online

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 31 $3.99 | Not available | Not available |

261 Fulton St SW Change

Arrives by **Thu, Jul 31**, Order within | More options

**Infringing Evi. 00078**

Shipping fee $3.99

Sold and shipped by plchilay

(2.8) 6 seller reviews

Add to list

Add to registry

## About this item

Product details

Specifications

Directions

Warranty

Clearance




Options

+4 options

Now $6.89 $9.99

More options from $5.89

Beauty Clearance Under $10 Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Dyes Each Containing 300Ml B

Shipping, arrives **in 3+ days**



Options

+3 options

$17.79 +$6.50 shipping

New Year Savings Under $10 Black Dong Ethnic Bubble Hair Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Each Containing30Ml C

Shipping, arrives **in 3+ days**



+ Add

Sponsored

$3.99 $5.99

Herbishh Black Hair Color Shampoo for Gray Hair, 3-in-1 Dye Lasting Coverage, Easy to Use, Travel Pack, 30ml Each Sach

3

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information



Options

Now $1.89 $2.92 +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**




Options

+2 options

Now $1.89 $2.92 +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**



Options

+6 options

$7.88 +$4.99 shipping

Ashosteey Natural Plant Bubble Hair Dye,Plant Extract For Dye,Hair Coloring and conditioning 3 in 1, Dyeing Foam Sha

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00079**



Options

+2 options

**Now $4.00** ~~$5.59~~ +$1.99 shipping
Options from $4.00 – $7.76

Light Grey Silver Hair Color Dye,100ml Natural Permanent Hair Dye Cream,100 percent Coverage Natural Plant Hair Dye Fashion Permanent Color Cream for All Hair Types(1 Pcs)

11

Shipping, arrives **in 3+ days**



Options

**Now $3.49** ~~$11.20~~ +$3.18 shipping

Grey Hair Dye For Long Lasting Color Locking And Nourishing Plant Extracts Hair Care Trend Hair Color Dye

3

Shipping, arrives **in 3+ days**



Options

**$9.36**

Grey Hair Dye For Long Lasting Color Locking And Nourishi

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00080**

## 1. Shipping, arrives by Wed, Jul 30

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details
Hide details

**Arrives by Wed, Jul 30** 1 item

Sold and shipped by plchilay
$3.99 seller shipping fee



CzestPyake Bubble Plant Hair Natural New Botanical Bubble Hair 20ml 10Packs/Box Hair For Gray Hair...
Actual Color: A

$9.75 from savings

**$4.61**
~~$14.36~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$14.36~~ |
| **Savings** | **-$9.75** |
| | $4.61 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.77 |
| **Estimated total** | **$9.37** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00081**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

Infringing Evi. 00082

# plchilay

TianHeQuYingLongLu203HaoZhiShiYi302Shi533
GuangZhouShi, GD 510630, CN

Contact seller | (+86) 17688924723

## Seller Reviews

View all

2.8 out of 5

6 ratings | 2 reviews

## About the Store

View more

Business Name: GuangZhouRouKeFuShiYouXianGongSi

**Featured** Shop all



+ Add

**Now $69.99** ~~$112.48~~

Interactive Educational Drawing Robot for Kids Learning Toy with 100 Word Cards Voice Interaction



+ Add

**$24.54** +$3.99 shipping

2024 Amigopen Multipurpose Translation Device, Multipurpose Translation Pen, 112 Languages Translation Pen Traductor Inteligente, Real Time Translator Pen with...



+ Add

**$9.49** +$1.99 shipping

DIY Bear Lamp Kit Painting Adventure - Engaging Arts & Crafts Kits for Kids 6-12 - Perfect for Birthdays and Holidays!

## Seller reviews

**2.8 out of 5**

6 ratings | 2 reviews

| | |
|---|---|
| 5 stars | 33% (2) |
| 4 stars | 17% (1) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 50% (3) |

**Infringing Evi. 00083**

How seller rating is calculated ⓘ

**Showing 1 - 2 of 2 reviews**

Jun 24, 2025

**Walmart customer**

This is not a night light. It's a piece of plastic



**Item bought:**
Pretty Cute Angel Moon Night Light, Multicolor Glow Angel Night Light Decoration Table Ornament Statues Night Light Angel Moon Light Lamp Sculpture for Bookshelf Bedroom Home Office

Mar 4, 2025

**Walmart customer**

Item received was not the item pictured. Had missing parts and no box, as pictured. Dishonest seller.



**Item bought:**
Yeeps Hide and Seek Plush, 9" PlushToy for Fans Gift, Stuffed Doll for Kids and Adults, Christmas Birthday Choice for Boys Girls

View all reviews (6)

**Infringing Evi. 00084**

# 12 fairtales






+2
View all

XEOVHV

**Clearance!EARSTMAKEUP Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml 10Packs/Box, Pure Plant Extract for Grey Hair Color Bubble Dye, New Botanical Bubble Hair Shampoo**

☆ (No ratings yet)

**Actual Color:** B



$9.99 **$9.99** $9.99 $9.99

**About this item**

- Natural Plant Hair Dye
- Bubble Hair Dye
- New Botanical Bubble Hair Dye
- Promotional Products
- Easter Decoration,Body Juice Oil,Foundation Makeup,Keratin Hair Mask,Cream Eyeshadow Stick

View full item details

**At a glance**

| Brand | Rec. use | Body part |
|---|---|---|
| XEOVHV | Party; Decorative, Daily use, Gifts | Natural Plant Hair Dye |

View all specifications

**$9.99**

Price when purchased online ⓘ

Free shipping Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 30<br>Free | Not available | Not available |

**261 Fulton St SW** Change

**Infringing Evi. 00086**

Arrives by **Wed, Jul 30**. Order within | More options

Sold and shipped by fairtales

**Free 30-day returns** Details

Add to list

Add to registry

**Other sellers**

Compare all 1 sellers

**$5.49** + $6 shipping

Shipping, arrives by **Mon, Aug 4** to 261 Fulton St SW

Sold and shipped by Opehuo Toy Store

(2.6)

Free 30-day returns Details

Add to cart

## About this item

Product details

Specifications

Warranty




Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**



Options

**$9.93** +$1.99 shipping

More options from $5.72

Plant Bubble Hair Dye Shampoo Bubble Plant Hair Dry 30 ml 10 Packs/Box Natural Plant Hair Dye New Botanical Bubble Hair Dye, Dyeing Foam Shampoo in a Variety of Colors

3

Shipping, arrives **in 3+ days**

Best seller




Add

Sponsored

**$4.48**

Clairol Textures & Tones Hair Dye Ammonia-Free Permaner Application

548

**Save with W+**

Pickup **today**

Delivery **today**

Report incorrect product information

Reduced price



Options

**Now $2.18** ~~$6.02~~ +$3.97 shipping

Options from $2.18 – $2.25

Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30ml X 10Packs V5L8

Shipping, arrives **in 3+ days**




Options

**$9.89**

XEOVHV Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml 10Packs/Box, Pure Plant Extract for Grey Hair Color Bubble Dye, New Botanical Bubble Hair Shampoo

Shipping, arrives **in 3+ days**



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair I

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Infringing Evi. 00087**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



+ Add

Sponsored

$37.99 $227.94

Herbishh Dark Brown PPD-Free Hair Color Shampoo for Gray Hair, Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 400 ml

257

Shipping, arrives **in 3+ days**



Options

+2 options

$15.00

Options from $15.00 – $17.59

Meidu Dark Brown Hair Dye Shampoo 3 in 1 for Grey Hair Shampoo Para Canas Mujer Hair Color Shampoo for Women & Men - Herbal Ingredients Natural Plant Hair Dye in Minutes 500ML

13

Shipping, arrives **in 3+ days**



Options

$12.99 +$5.99 shipping

More options from $7.10

Nova Hair Dye Shampoo, Nova Hair Instant Dye Shampoo, F Women, Hair Color Solution with Gray Coverag

14

Shipping, arrives **in 3+ days**



Options

$10.99

Options from $10.99 – $11.99

Summer Savings Clearance! Natural Plant Hair Color Change Box Of 10 Bags Of Hair Dyes Each Containing 300ml - Clearance Items!

Shipping, arrives **in 3+ days**

Clearance



Options

Now $5.99 $7.98 +$4.99 shipping

Sales Today Clearance! Natural Plant Hair Color Change Kit – Box of 10 Natural Plant-Based Hair Dyes, 300ml per Bag, Hair Color Change Solution, Herbal Hair Dye for All Hair Types Deal of the Day!

Shipping, arrives **in 3+ days**



+ Add

$29.99

Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy To-Wash Hair Washing Color Cream (Natural Black)2pcs

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

**Related pages**

- Blacklight Violet Shampoo
- Lumina Hair Products
- Mimosa Hair Honey Conditioning Mist
- Scalp Masks
- Festival Hair Accessories
- Evolve
- Blue Lavender Hair
- Herb White Hair Cover Pen
- Brocato Cloud
- Haircare Exclusives
- Wavy Hair
- Schwarzkopf

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00088**

**Infringing Evi. 00089**

## 1. Free shipping, arrives by Tue, Jul 29

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

## Items details

Hide details

**Arrives by Tue, Jul 29** 1 item

Sold and shipped by fairtales
Free shipping



Clearance!EARSTMAKEUP Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml 10Packs/Box,...
Actual Color: B

**$9.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $9.99 |
| Shipping | Free |
| **Estimated taxes** | $0.89 |
| **Estimated total** | **$10.88** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00090**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal


Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




T&C apply.


3. Text updates for this order

Infringing Evi. 00091

## fairtales

guangzhoushibaiyunquhelongyilu2haozibian1dong3cengH193fang
guangzhoushi, GD 510080, CN

Contact seller | (+86) 18680652386

### Seller Reviews

View all

1 out of 5

1 ratings | 1 reviews

### About the Store

View more

Business Name: GuangZhouTongHuaFuShiYouXianGongSi

Featured

Shop all



+ Add

**$14.99** +$4.00 shipping

Clearance!RICHMJ Garden Rock Band Windmill, Handmade Metal Rock Band Windmill, Percussionist Music Figurines and Statues, Wind Spinners for Yard Lawn Garden Patio Decor, Guitar Decor, Drummer Decor



+ Add

**$7.99**

Ebk Trading New Hot Fitness Exercise Equipment Sit-up Exercise Device Training Abdominal [weight less than 300 Lbs.]

31



+ Add

**$9.99**

RICHMJ Cat Stuffed Robot Interactive Electronic Plush Animals Walking Barking and Wagging Tail Toys for Classroom Kids Birthday Gifts 7"

### Seller reviews

**1 out of 5**

1 rating | 1 review

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 100% (1) |

How seller rating is calculated

**Showing 1 - 1 of 1 review**

Jul 7, 2025

Walmart customer

I'm happy I got the product but I blame the seller for the description being wrong as well as the wrong size being sent. and yes reading through the reviews I did see that most people got a medium even though that size wasn't even listed.

**Item bought:**
Cooling Mat For Dogs - Pressure Activated Gel Dog Cooling Mat - No Need to Freeze Or Refrigerate This Cool Pet Pad - Keep Your Pet Cool, Use Indoors, Outdoors or in the Car

View all review (1)

Infringing Evi. 00092

# 13 How is life




VSONTOR

**Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble Natural Plant Hair Dye for Women Men 200ml**

(4.7) | 10 ratings

**Actual Color:** Natural Black

Black Teal $3.99 | Chestnut Brown $6.99 | Coffee $5.99 | **Natural Black $7.49**

**About this item**

- Our products are made of environmentally friendly materials, safe and non-toxic, and will not cause harm to the human body.
- Please read the product manual carefully before purchasing, and use it correctly according to the operation steps.
- If you encounter any difficulties or problems during use, please contact us in time, we will solve them for you as soon as possible.
- Your support is the driving force for us to move forward, and we look forward to sharing your experience and experiences with us.
- For the quality problems or defects of the product itself, we will provide unconditional return or repair service.

View more

**At a glance**

| | | |
|---|---|---|
| **Brand** VSONTOR | **Hair color shade** Natural Black | **Count** 1 |
| **Hair color type** Permanent Hair Colors | **Hair product form** Foams | **Hair color cat** Black |

View all specifications

**$7.49**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping** Arrives Jul 30 $3.97 | Pickup Not available | Delivery Not available |

**261 Fulton St SW** Change

Arrives by **Wed, Jul 30**. Order within | More options

Shipping fee $3.97

**Infringing Evi. 00094**

Sold and shipped by How is life

(4.0) 68 seller reviews

**Free 30-day returns** Details

Add to list | Add to registry

**Other sellers** Compare all 1 sellers

**$8.70** + $3.26 shipping

Shipping, arrives by **Mon, Jul 28** to 261 Fulton St SW

Sold and shipped by HomeGoods. Plus

(3.9)

Free 30-day returns Details

Add to cart

## About this item

Product details

Specifications

Directions

Warranty

Compare with similar items

| | Viewing this item<br><br>+ Add<br>**$7.49**<br>Bubble Plant Hair Dye, New Botanical Bubb...<br>10 | <br>+ Add<br>**Now $3.43** ~~$7.77~~<br>Bubble Hair Dye Natural Hair Dye, Ne...<br>6 | <br>+ Add<br>**$10.95**<br>Bubble Plant Hair Dye Natural Plant Hair Dy...<br>2 | <br>+ Add<br>**$9.97**<br>Clairol Root Touch-Up Refreshing Hair Dye...<br>714 | <br>+ Add<br>**$9.77**<br>Splat Original Complete Kit, Unise...<br>5167 | <br>+ Add<br>**Now $8.68** ~~$11.31~~<br>Hair Dye Shampoo with Comb, Hair...<br> |
|---|---|---|---|---|---|---|
| **Hair color shade** | Natural Black | Natural Black | Natural Black | Black | BLONDES | - |
| **Count** | 1 | 10 | 10 | 1 | 1 | 1 |
| **Hair color type** | Permanent Hair Colors | Permanent Hair Colors | Permanent Hair Colors | Temporary Hair Colors | Semi-Permanent Hair Colors | Permanent Hair Colors |
| **Hair product form** | Foams | Gels | Gels | - | Liquids | Liquids |

See More



Options

+4 options

**$7.11** +$2.26 shipping

Options from $7.11 – $8.70

Permanent Hair Color Natural Hair Dye 20ml 10Packs/Box, New Botanical Bubble Hair Dye Pure Extract For Grey Hair Color Bubble Dye Bubble Hair Color Shampoo

5

Shipping, arrives **in 3+ days**

Best seller




+ Add

Sponsored

**$8.92** ~~$12.00~~

Splat Original Complete Kit, Unisex Semi-Permanent Hair Dye with Bleach, Lusty Lavender

5167

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **today**



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair I

Shipping, arrives **in 3+ days**

Report incorrect product information

Infringing Evi. 00095



Options

+3 options



+ Add

Sponsored



Options

+3 options

**Customer ratings & reviews**

**4.7 out of 5**

10 ratings | 3 reviews

**How item rating is calculated**

View all reviews

| | | |
|---|---|---|
| 5 stars | | 70% (7) |
| 4 stars | | 30% (3) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 0% (0) |

All filters | Star rating | Verified purchases only

**Sort by** | Most relevant

**Showing 1-3 of 3 reviews**

**Verified Purchase** Nov 18, 2024

**Fantastic product for hair.**

**Mhaye** | Walmart Associate

The box has multiple sachet that u can customize how much u need for your hair. There was herbal smell but as soon as u wash your hair it disappeared. No more white hair and my hair was healthy not dry and no chemical smell. I recommend this product to all.

**Color**: Natural Black | **Sold and shipped by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

**Verified Purchase** Dec 30, 2024

**happy customer**

**GINA**

I love this hair dye because it's all natural. I also noticed it lasts longer than the other hair dyes.

**Color**: Natural Black | **Sold and shipped by:** Menrkoo Decoration Shop

Helpful? (0) (0) | Report

**Verified Purchase** Mar 8, 2024

**It works**

**WENDY**

I like that it was less messy than the hair dye, it did not smell bad. It left my hair looking shiny I did not like instructions are not in english. Wear gloves when using, it will stain your nails. Put on before showering for 20 min. Then rinse off. If u have long hair use 3 of the packages. I put 4 stars because i dont know how long cokor will last.

**Color**: Natural Black | **Sold by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

View all reviews (3)



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00096**




+ Add

**$18.00**

Healthy Look Creme Rich Black #1

471

Shipping, arrives **in 3+ days**




+ Add

**$36.51**

L'Oreal Root Rescue 10 Minute Root Coloring Kit, 6 Light Brown 1 ea (Pack of 4)

799

Shipping, arrives **in 3+ days**




+ Add

**$55.55**

L'Oreal Paris Root Rescue 10 Minute Root Coloring Kit, Dark

837

Shipping, arrives **in 3+ days**




Options

**$10.99**

Options from $10.99 – $11.99

Summer Savings Clearance! Natural Plant Hair Color Change Box Of 10 Bags Of Hair Dyes Each Containing 300ml - Clearance Items!

Shipping, arrives **in 3+ days**

Clearance




Options

**Now $5.99** ~~$7.98~~ +$4.99 shipping

Sales Today Clearance! Natural Plant Hair Color Change Kit – Box of 10 Natural Plant-Based Hair Dyes, 300ml per Bag, Hair Color Change Solution, Herbal Hair Dye for All Hair Types Deal of the Day!

Shipping, arrives **in 3+ days**



+ Add

**$29.99**

Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy To-Wash Hair Washing Color Cream (Natural Black)2pcs

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Summer Deals
- Bed Head Colour Goddess Oil Infused Shampoo
- Hair Trader
- Luxurious Hair
- Curly Hair
- Jane Carter Solution
- Herbal Essences Mousse Body Envy
- Eco Friendly Deep Conditioner
- Mill Creek Jojoba Shampoo
- Bosley
- Amika
- V&Co.

Personal Care / Men's Essentials / Mens Hair Care

**Infringing Evi. 00097**

## 1. Shipping, arrives by Tue, Jul 29

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Tue, Jul 29** 1 item

Sold and shipped by How is life
$3.97 seller shipping fee



Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble...
Actual Color: Natural Black

**$7.49**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $7.49 |
| Seller shipping | $3.97 |
| **Estimated taxes** | $1.02 |
| **Estimated total** | **$12.48** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00098**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

Infringing Evi. 00099

# How is life

changningqulinhonglu365hao6zuo501-5shi
shanghaishi, SH 200335, CN

Contact seller | (+86) 17321004527

## Seller Reviews

View all

4.1 out of 5

72 ratings | 8 reviews

## About the Store

View more

Business Name: shanghaiyaochengxindianzishangwuyouxiangongsi

**Featured** Shop all



+ Add

**Now $9.45** ~~$31.23~~ +$3.97 shipping

InnotechSc Red Light Therapy for Face, 7 Color LED Face Skin Rejuvenation for Face & Neck Beauty Device, Deplux Neck Device

182




+ Add

**Now $2.20** ~~$9.40~~ +$3.97 shipping

Motion Sickness Patches -Dizziness Vertigo & Nausea Relief For Cruise Car And Boat Rides And Airplane Trips, Behind Ear Patches Motion Sickness For Adults And Kids,(36 Count(1pcs)

8



+ Add

**$5.23** +$3.97 shipping

Gotyou Hair Identifier Spray for Face Shaving, 1PC 4 oz Skin Body Hair Identifier Dermaplaning Spray

14

## Seller reviews

**4.1 out of 5**

72 ratings | 8 reviews

| | | |
|---|---|---|
| 5 stars | | 63% (45) |
| 4 stars | | 15% (11) |
| 3 stars | | 6% (4) |
| 2 stars | | 0% (0) |

**Infringing Evi. 00100**

1 star 17% (12)

How seller rating is calculated

**Showing 1 - 5 of 8 reviews**

May 8, 2025

**Walmart customer**

Great communication and on time no mishaps with these folks and quality product I look forward to doing business with them again



**Item bought:**
Gunyslmo Bamboo Charcoal Blackhead Remover Mask, Peel off Face Mask Pore Blackhead Cleanser Purifying Deep Cleansing Nose Patch for All Skin Types

Apr 28, 2025

**Walmart customer**

Seller kept me in the loop the whole entire way. Took for ever to receive item but that was expected. Great seller for Walmart marketplace.



**Item bought:**
Garage Door Opener Remote Control 3 Button For Chamberlain LiftMaster 893MAX

Apr 22, 2025

**Walmart customer**

was kept informed on delivery and was well packaged



**Item bought:**
BAILANku Easter Bunny Carrot Garland, Wooden Beads Rabbit Easter Banner Decorations, Easter Bunny Carrot Beaded Garland Pendant, Easter Banner Decoration for Farmhouse Home Decor Hanging

Apr 4, 2025

**Walmart customer**

I received my product quickly so that I could enjoy my cruise activities without having any issues.



**Item bought:**
Motion Sickness Patches -Dizziness Vertigo & Nausea Relief For Cruise Car And Boat Rides And Airplane Trips, Behind Ear Patches Motion Sickness For Adults And Kids,(36 Count(1pcs)

Mar 30, 2025

**Walmart customer**

i never received the drops I reach out to the seller but never responded



**Item bought:**
30ML Pet Eye Drops,Pet Eye Infection Treatment,Pet Eye Wash for Cleaning Tear Streaks, Relieve Red Eyes & Allergy Symptoms, Removing Eye Stains & Relieving Dryness,3PCS

View all reviews (72)

**Infringing Evi. 00101**

# 14 rouxinSA






Unbranded

**Bubble hair styling agent mild plant bubble hair styling agent lazy home convenient hair styling hair care**

☆ (No ratings yet)

**About this item**

- View detailed description
- View detailed description
- View detailed description

View full item details

**$19.90**

Price when purchased online ⓘ

Free shipping Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 25<br>Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 25**, Order within | More options

Sold and shipped by rouxinSA

**Free 30-day returns** Details

Add to list Add to registry

**Infringing Evi. 00103**

Rollback




+ Add

Sponsored

**Now $16.80** ~~$21.00~~ $3.36/fl oz

Nioxin Density Defend Styling Root Lifting Spray 5.1 oz

★★★★½ 6

Save with W+

Shipping, arrives **in 2 days**



Options

Sponsored

**$38.00**

More options from $22.00

KEVIN.MURPHY BODY.BUILDER, Volumising Hair Mousse for All Hair Types, 350 mL

★★★★½ 342

Save with W+

Shipping, arrives **in 2 days**

Best seller



Options

**$22.00**

KEVIN.MURPHY BEDROOM.HAIR, Flexible Texturising Hair S

★★★★★ 393

Save with W+

Shipping, arrives **in 2 days**

## About this item

Product details

Indications

Warranty

Ingredients

Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash




Options

+4 options

**$12.98**

Options from $12.98 – $45.64

Bubble Hair Conditioner Gentle Plant Bubble Hair Conditioner Easy Hair Care At Home

Shipping, arrives **in 3+ days**



Options

**$19.90**

Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair Dye 20 Ml 10 Packs/box

Shipping, arrives **in 3+ days**



+ Add

**$29.99**

Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy To-Wash Hair Washing Color Cream (Natural Black)2pcs

Shipping, arrives **in 3+ days**

**Infringing Evi. 00104**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 00105**

## 1. Free shipping, arrives by Thu, Jul 24

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details
Hide details

**Arrives by Thu, Jul 24** 1 item

Sold and shipped by rouxinSA
Free shipping



Bubble hair styling agent mild plant bubble hair styling agent lazy home convenient hair styling hai...

**$19.90**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $19.90 |
| Shipping | Free |
| **Estimated taxes** | $1.77 |
| **Estimated total** | **$21.67** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00106**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

**Infringing Evi. 00107**

# rouxinSA

guangzhoushihuaduquxinhuajiedaohengtandajie52hao201fang
guangzhoushi, GD 510899, CN

Contact seller | (+86) 17639365059

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: guangzhourouxinkejiyouxiangongsi

**Featured** Shop all

## Seller reviews

This seller doesn't have any reviews yet.

Infringing Evi. 00108

# 15 Henan Haoyucheng Electronic






Unbranded

**Bubble Hair Conditioner Gentle Plant Bubble Hair Conditioner Easy Hair Care At Home**

☆ (No ratings yet)

**About this item**

Bubble Hair Conditioner Gentle Plant Bubble Hair Conditioner Easy Hair Care At Home

View full item details

**At a glance**

**Brand**
Unbranded

View all specifications

**$13.73**

Price when purchased online ⓘ

Free shipping   Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 30<br>Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Wed, Jul 30**, Order within | More options

Sold and shipped by Henan Haoyucheng Electronic

(3.0) 4 seller reviews

**Free 30-day returns** Details

Add to list   Add to registry

**Infringing Evi. 00110**

## About this item

Product details

Specifications

Warranty

Warnings



Add

Sponsored

Now $14.49 $19.99 $1.21/fl oz

Conditioner Gentle Therape by Theraneem Naturals - 12 Fluid Ounces

26

Save with W+

Shipping, arrives **in 2 days**



Add

$34.00 $55.74/lb

R Co BEL AIR Smoothing Hair Conditioner Anti-Oxidant Complex, 8.5 oz

9

Shipping, arrives **in 3+ days**




Add

$34.99 $3.46/fl oz

Hair Food Smooth Moisturizing Conditioner, Avocado Arga

388

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Options

$19.90

Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair Dye 20 Ml 10 Packs/box

Shipping, arrives **in 3+ days**



Add

$29.99

Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs

Shipping, arrives **in 3+ days**




Add

$50.45

Natural Plant Hair Dye" New_Botanical Bubble Hair Dye 30M

Shipping, arrives **in 3+ days**

Infringing Evi. 00111

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Conditioner / All Conditioner

**Infringing Evi. 00112**

## 1. Free shipping, arrives by Tue, Jul 29

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Tue, Jul 29** 1 item

Sold and shipped by Henan Haoyucheng Electronic
Free shipping



Bubble Hair Conditioner Gentle Plant Bubble Hair Conditioner Easy Hair Care At Home

**$13.73**

Remove − 1 +

**Subtotal** (1 item) $13.73
Shipping Free
**Estimated taxes** $1.22

**Estimated total** **$14.95**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00113**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

Infringing Evi. 00114

# Henan Haoyucheng Electronic

335 East Street, Ruzhou City, Pingdingshan City, Henan Province
ruzhou, HA 467500, CN

Contact seller | (+86) 15093897790

## Seller Reviews

View all

**3 out of 5**

4 ratings | 0 reviews

## About the Store

View more

Business Name: henanhaoyuchengdianzikejiyouxiangongsi

**Featured** Shop all

## Seller reviews

**3 out of 5**

4 ratings | 0 review

| | |
|---|---|
| 5 stars | 25% (1) |
| 4 stars | 25% (1) |
| 3 stars | 0% (0) |
| 2 stars | 25% (1) |
| 1 star | 25% (1) |

**How seller rating is calculated**

View all reviews (4)

Infringing Evi. 00115

# 16 WAITLOVER




Yatlte

**Yatlte Clearance Natural Plant Hair Color Change，A Box Of 10 Bags Of Bubble Hair Dye, Each Containing 200ml**

(3.8) | 5 ratings

**Actual Color:** ZA-C

$3.44 $3.44 $3.44 $3.44 $3.44 $5.38
$3.44

### About this item

- [Instant Black Hair Dye] This Plant Bubble Hair Dye Shampoo is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 10 minutes, you will get the hair color you want.
- [Color Conditioner Shampoo] Gentle and nourishing to the scalp, also protects your scalp from drying out, locks in moisture and shine, and controls frizz.Unlike the traditional hair color shampoo, natural plant hair dye shampoo creates rich bubbles that won't stain your skin.
- [Gentle & Safe] Different from traditional hair dye. Herbal essence formula, mild and non-irritating, nourish the scalp and supplement the nutrients needed by the hair.
- [Gray Hair Coverage] Bubble Hair Dye is Suitable for all types of hair, including thick, fine and normal-density hair, as well as straight or curly hair textures. Effectively cover gray hair, you will no longer be affected by gray hair.
- Safe for Men and Women: Our Plant Extract For Hair Color Bubble is safe and effective for both men and women.

View more

### At a glance

| | | |
|---|---|---|
| **Brand** Yatlte | **Hair color shade** Black | **Count** 1 |
| **Hair product form** Shampoo | **Hair type** All Hair Types | **Hair color cat** Black |

View all specifications

**Now $5.38** ~~$10.00~~

You save $4.62

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

Infringing Evi. 00117

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 25 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 25**, Order within | More options

Shipping fee $3.18

Sold and shipped by WAITLOVER

(3.6) 118 seller reviews

**Free 30-day returns** Details

Add to list Add to registry

**Other sellers** Compare all 2 sellers

**$6.92** + $3.97 shipping

Shipping, arrives by **Mon, Jul 21** to 261 Fulton St SW

Sold and shipped by UrbanNestGoods

(3.8)

Free 30-day returns Details

**Add to cart**

## About this item

Product details

Specifications

Directions

Warranty

Warnings

Compare with similar items

Viewing this item







| | Yatlte Clearance Natural Plant Hair Col... | Revlon Colorsilk Permanent Hair Color,... | Revlon ColorSilk Hair Color, 51 Light Brown 1... | Revlon Colorsilk Beautiful Color... | Revlon® Colorsilk Beautiful Color™... |
|---|---|---|---|---|---|
| Price | Now $5.38 $10.00 | Now $6.21 $7.44 | $8.30 | $8.00 | Now $8.49 $14.00 |
| Rating | 5 | 8132 | 7878 | 7773 | 8145 |
| **Hair color shade** | Black | Blacks | 51 Light Brown | Dark Brown | Light Blonde |
| **Count** | 1 | 1 | 1 | 1 | 1 |
| **Hair product form** | Shampoo | Creams | Liquids | Gels | Gels |
| **Hair type** | All Hair Types | All Hair Types | All Hair Types | Straight | All Hair Types |

See More

Reduced price



Options

**Now $2.18** $6.02 +$3.97 shipping

Options from $2.18 – $2.25

Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30ml X 10Packs V5L8

Shipping, arrives **in 3+ days**



Options

**$8.94** +$1.26 shipping

Options from $8.94 – $9.35

10bag/box Natural Plant Bubble Hair Dye Hair Dye Shampoo Long-lasting GXJ T9C8

Shipping, arrives **in 3+ days**



Options

**Now $8.02** $9.97 +$3.26 shipping

More options from $5.72

Plant Bubble Hair Dye Shampoo Bubble Plant Hair Dry 30 n Botanical Bubble Hair Dye, Dyeing Foam Shampoo in a Vari

3

Shipping, arrives **in 3+ days**

Report incorrect product information

**Infringing Evi. 00118**

Best seller




Options

Sponsored

Now $11.00 ~~$12.99~~
More options from $9.24

Splat Midnight Jade Hair Color, Semi-Permanent Bleach Free Green Dye
★★★★☆ 3995

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **today**

Clearance




Options

+4 options

Now $4.89 ~~$9.99~~
More options from $3.89

Beauty Clearance Under $10 Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Dyes Each Containing 300Ml B

Shipping, arrives **in 3+ days**



Options

+3 options

Now $3.43 ~~$7.77~~ +$3.26 shipping
Options from $3.43 – $9.99

Bubble Hair Dye Natural Hair Dye, New Botanical Bubble Ha (Natural Black)
★★★★☆ 6

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

**3.8 out of 5** ★★★★☆
5 ratings | 4 reviews

**How item rating is calculated** ⓘ

View all reviews

| | | |
|---|---|---|
| 5 stars | | 60% (3) |
| 4 stars | | 0% (0) |
| 3 stars | | 20% (1) |
| 2 stars | | 0% (0) |
| 1 star | | 20% (1) |

**Customer images**



All filters | Star rating | Verified purchases only

**Sort by** | Most relevant

**Showing 1-3 of 4 reviews**

★★★★★ **Verified Purchase** ⓘ Jun 14, 2024

**This works**

**Carr**

Have been using on my hair, both me and my husband and see good results with one use.

**Color:** C | **Sold by:** YSheng

Helpful? (0) (0) | Report

★★★★★ **Verified Purchase** ⓘ Jun 11, 2024

**Love it**

**Madge**

I like this hair dye, it was easy to use and did a good job covering my grays

**Color:** C | **Sold by:** YSheng

Helpful? (0) (0) | Report

★★★☆☆ **Verified Purchase** ⓘ Jul 25, 2024

**Tahir**

Result is not too good

**Color:** D | **Sold by:** YSheng

Helpful? (0) (0) | Report

View all reviews (4)



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00119**




+ Add

**$15.00**

Clairol Nice 'n Easy Born Red Permanent Hair Color, 5RB/119B Natural Medium Reddish Brown, 1 Kit

460

Save with W+

Shipping, arrives **in 2 days**




+ Add

**$140.66**

Clairol Nice 'N Easy Medium Brown

Shipping, arrives **in 3+ days**




+ Add

**$98.44**

Clairol Nice 'N Easy Medium Brown

Shipping, arrives **in 3+ days**



Options

**$19.90**

Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair Dye 20 Ml 10 Packs/box

Shipping, arrives **in 3+ days**



+ Add

**$29.99**

Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs

Shipping, arrives **in 3+ days**




+ Add

**$50.45**

Natural Plant Hair Dye" New_Botanical Bubble Hair Dye 30M

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

Blacklight Violet Shampoo

Trinity Hair Products

Herb White Hair Cover Pen

Design Essentials

Festival Hair Accessories

Made Beautiful

Nova Colors

Rock Volumize Powder

Brilliantine Hair

Just For Me

Haircare Exclusives

Schwarzkopf

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00120**

## 1. Shipping, arrives by Thu, Jul 24

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details

Hide details

**Arrives by Thu, Jul 24** 1 item

Sold and shipped by WAITLOVER
$3.18 seller shipping fee



Yatlte Clearance Natural Plant Hair Color Change， A Box Of 10 Bags Of Bubble Hair Dye, Each Containin...
Actual Color: ZA-C

$4.62 from savings

**$5.38**
~~$10.00~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$10.00~~ |
| **Savings** | -$4.62 |
| | $5.38 |
| Seller shipping | $3.18 |
| **Estimated taxes** | $0.76 |
| **Estimated total** | **$9.32** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00121**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

**Infringing Evi. 00122**

# WAITLOVER

Shang Hai Shi Song Jiang Qu Che Dun Zhen Xin Xin Lu 32 Hao 5697
Shang Hai, SH 201611, CN

Contact seller | (+86) 17605650159

## Seller Reviews

View all

3.6 out of 5

121 ratings | 23 reviews

## About the Store

View more

We are committed to providing the highest standard customer service for each customer and providing reasonable prices, but there is no quality sacrifice.

Business Name: Shang Hai Zhui Lian Dian Zi Shang Wu You Xian Gong Si

**Featured** Shop all



+ Add

**Now $1.32** ~~$3.29~~ +$3.18 shipping

Bamboo Wood Backscratcher Back Scratcher Rake Itching Relief Body Relaxation Massager Extra Long 17 inches

79



+ Add

**Now $2.81** ~~$7.74~~ +$3.18 shipping

Hot Tub/Spa/Pool Chlorine Floater Chlorinator/Bromine Floater, Chemical Floating Dispenser for Pools, Premium Automatic Chlorine Tablets Floaters

28



+ Add

**Now $2.20** ~~$3.99~~ +$3.18 shipping

Powiller pH Test Strips, 5 Packs of 400 Strips pH 1-14 Test Paper for Urine, Saliva, Drinking Water, Pool, Spa, Soap, Fish Tank and Liquids

37

## Seller reviews

**3.6 out of 5**

121 ratings | 23 reviews

| | | |
|---|---|---|
| 5 stars | | 55% (67) |
| 4 stars | | 7% (9) |
| 3 stars | | 7% (8) |
| 2 stars | | 5% (6) |
| 1 star | | 26% (31) |

**How seller rating is calculated**

**Showing 1 - 5 of 23 reviews**

Jul 10, 2025

**Walmart customer**

Seller gave a good description of product and product exceeded expectations.

**Item bought:**
2 pairs Fuzzy Socks for Women Fluffy Cozy Winter Warm Soft Fleece Comfy Thick Socks

Apr 1, 2025

**Walmart customer**

Customer service is very good. I love my new item for my baby.

**Item bought:**
Stretchy Newborn Infant Nursing Cover Multi-Use Baby Car Seat Canopy Cart Cover

Mar 3, 2025

**Walmart customer**

Nice service, they let me know when order was delayed and when it arrived.

**Item bought:**
Unisex Men Women Russian Hat Trapper Bomber Warm Ear Flaps Winter Ski Hat Cap Headwear

**Infringing Evi. 00123**

Feb 28, 2025

Walmart customer

I only received one part ordered 10 still haven't gotten anything. I'm not too happy with the way to handle their business.

**Item bought:**
10pcs 1/4" In-Line Straight Fuel Gas Cut-Off/Shut-Off Valves For Small Engines

Feb 26, 2025

Walmart customer

Ordered washing machine cleaner. RECEIVED HATS. BEANIE STYLE HATS. How is that even possible?

**Item bought:**
Washing Machine Cleaner Tablets 20 Pack Descaler & Deep Cleaning Solution for HE, Top load & Front Loader Washers, Septic Safe, Removes Residue, Build-ups & grimes 1-Year Supply

View all reviews (121)

**Infringing Evi. 00124**

# 17 qXinXuShop






unbranded

# Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair Dye 20 Ml 10 Packs/box

(No ratings yet)

**Size:** Natural Black

Black Teal $19.90 | Chestnut Brown $19.90 | Coffee $19.90 | **Natural Black $19.90**

## About this item

- View detailed description
- View detailed description
- View detailed description

View full item details

## At a glance

| | | |
|---|---|---|
| **Brand** unbranded | **Count** 1 | **Hair product form** Cloths & Towelettes |
| **Rec. use** Night Use | **Body part** Body | **Applicator type** Cloths & Towelettes |

View all specifications

**$19.90**

Price when purchased online

Free shipping · Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping** Arrives Jul 15 Free | Pickup Not available | Delivery Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 15**, Order within | More options

**Infringing Evi. 00126**

Sold and shipped by qXinXuShop

**Free 30-day returns** Details

Add to list | Add to registry

## About this item

Product details

Specifications

Indications

Warranty

Ingredients



Options

**Now $3.49** ~~$11.20~~ +$3.18 shipping

Grey Hair Dye For Long Lasting Color Locking And Nourishing Plant Extracts Hair Care Trend Hair Color Dye

3

Shipping, arrives **in 3+ days**

Clearance



Options

**Now $3.21** ~~$4.30~~ +$1.99 shipping

Options from $3.21 – $6.62

2-in-1 Natural Food Extract Silver Hair Dye, Silver Grey Natural Hair Dye Cream, Fashionable Silver Grey Hair Dye Permanent

14

Shipping, arrives **in 3+ days**



Options

+2 options

**Now $4.00** ~~$5.59~~ +$1.99 shipping

Options from $4.00 – $7.76

Light Grey Silver Hair Color Dye,100ml Natural Permanent H Plant Hair Dye Fashion Permanent Color Cream for All Hair

11

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00127**



+ Add




+ Add




+ Add

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00128**

## 1. Free shipping, arrives by Mon, Jul 14

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312 Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Mon, Jul 14** 1 item

Sold and shipped by qXinXuShop
Free shipping



Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair...
Size: Natural Black

**$19.90**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $19.90 |
| Shipping | Free |
| **Estimated taxes** | $1.77 |
| **Estimated total** | **$21.67** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00129**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

Infringing Evi. 00130

# qXinXuShop

guangdongshengshenzhenshilonggangqubantianjiedao
shenzhenshi, GD 518116, CN

Contact seller | (+86) 18785213974

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: shenzhenshiqianxuzhilianwangluokejiyouxiangongsi

**Featured** Shop all

## Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00131**

# 18 TianTianshop







Wang Lin

## Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs

(No ratings yet)

### About this item

- 【New Botanical Bubble Hair Dye】 This HUANG YI Bubble Plant Hair Dye is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 40 minutes, you will get the hair color.
- 【Effective Gray Hair Coverage】 Say goodbye to gray hair troubles! Our hair color shampoo works wonders on all hair types, providing comprehensive coverage for thick, fine, straight, or curly hair, ensuring a consistent and vibrant result.
- 【Natural】 Our plant-based hair dye is derived from natural sources, ensuring that you avoid damage your hair. Say goodbye to grey hair with our plant-based hair dye.
- 【Easy to Use】 No need to mix in advance and hassle-free to dye hair at home, super easy and quick to apply. Wear the gloves an evenly application to your hair. Wait for 40 min to wash it clean. Save time and effort, very convenient to use. [Warm Tip] -- Our products are made with natural ingredients. Please test on your arm before use and wait for a allergic reaction.

View more

### At a glance

| Brand | Hair color shade | Hair color type |
|---|---|---|
| Wang Lin | Dark color | Hair Color Toners |

| Hair color cat | Condition |
|---|---|
| Black | New |

View all specifications

**$29.99**

Price when purchased online

Free shipping | Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 29 Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 29**. Order within | More options

Sold and shipped by TianTianshop

**Free 30-day returns** Details

**Infringing Evi. 00133**

Add to list | Add to registry

**More seller options (1)**

Starting from $29.80 Compare all sellers

## About this item

Product details

Specifications

Warranty

Ingredients

Best seller




+ Add

Sponsored

**$13.22**

Zenia 100% Pure Indigo Powder and Henna Powder Hair Color Combo Kit | for Coloring Hair and Beard Black | 100 Grams Each | All Natural, Chemical Free, PPD-free, Ammonia-free

★★★★☆ 18

Shipping, arrives **in 3+ days**




+ Add

**$14.49**

Chemical Free Herbal Hair Color for Brown-Black l Natural l Gray Coverage |Hair Dye

★★★★★ 1

Shipping, arrives **in 3+ days**



+ Add

**Now $36.58** ~~$50.43~~

Siso Fruit Vinegar Hair Color, Natural Black Color Dye for Ha x 2)

★★★★☆ 10

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Options




+ Add




+ Add

Infringing Evi. 00134

**$19.90**
Natural Plant Hair Dye,pure Plant Extract For Grey Hair Color Bubble Dye, New Botanical Bubble Hair Dye 20 Ml 10 Packs/box
Shipping, arrives **in 3+ days**

**$50.45**
Natural Plant Hair Dye" New_Botanical Bubble Hair Dye 30Ml X10 Packs Shampoo Usa
Shipping, arrives **in 3+ days**

**$19.90**
Bubble hair styling agent mild plant bubble hair styling age
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00135**

**1. Free shipping, arrives by Mon, Jul 28**

Jesse Finn Edit
261 Fulton St SW, Atlanta, GA 30312

**Delivery instructions (optional)** Edit

House

**Items details** Hide details
**Arrives by Mon, Jul 28** 1 item

Sold and shipped by TianTianshop
Free shipping



Wang Lin Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Househol...

**$29.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $29.99 |
| Shipping | Free |
| **Estimated taxes** | $2.67 |
| **Estimated total** | **$32.66** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00136**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




3. Text updates for this order

Infringing Evi. 00137

# TianTianshop

chongqingshibananqulongzhouwanjiedaoshenglonglu
Chongqingshi, CQ 401320, CN

Contact seller | (+86) 13136116575

## Seller Reviews

☆☆☆☆☆
No reviews yet

## About the Store

View more

Business Name: chongqingyitiantianshangmaoyouxiangongsi

Featured Shop all

## Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00138**

# 19 Fit & Glow Corner




TIFZHADIAO

**Bubble Hair Dye Shampoo Bubble Hair Dry 30 ml 10 Packs/Box Natural Hair Dye New Botanical Bubble Hair Dye, Dyeing Foam Shampoo in a Variety of Colors**

(2.3) | 3 ratings

**Actual Color:** Chestnut Brown

See more seller options | $5.72 | $8.02 | $9.98

**About this item**

Plant Bubble Hair Dye Shampoo Bubble Plant Hair Dry 30 ml 10 Packs/Box Natural Plant Hair Dye New Botanical Bubble Hair Dye, Dyeing Foam Shampoo in a Variety of Colors

View full item details

**At a glance**

| Brand | Count | Hair product form |
|---|---|---|
| TIFZHADIAO | 1 | Shampoo |

| Condition |
|---|
| New |

View all specifications

**Now $5.72** ~~$14.57~~

You save $8.85

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 25 $2.26 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 25**, Order within | More options

Shipping fee $2.26

**Infringing Evi. 00140**

Sold and shipped by Fit & Glow Corner

**Free 30-day returns** Details

Add to list

Add to registry

**Other sellers**

Compare all 3 sellers

**$6.13** + $4.44 shipping

Shipping, arrives by **Fri, Jul 18** to 261 Fulton St SW

Sold and shipped by JIANG ZHUOLIN

Free 30-day returns Details

Add to cart

**$10.57** + Free shipping

Shipping, arrives by **Fri, Jul 18** to 261 Fulton St SW

Sold and shipped by ZHANG ZHANCHUN

Free 30-day returns Details

Add to cart

## About this item

Product details

Specifications

Warranty

Reduced price



Options

**Now $2.03** ~~$6.00~~ +$4.99 shipping

More options from $1.32

EARKITY Natural Plant Hair Dye, New Botanical Bubble Hair Dye Box, Pure Plant Extract for Grey Hair Color Bubble Dye, New Botanical Bubble Hair Shampoo (Coffee)

Shipping, arrives **in 3+ days**




Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair [

Shipping, arrives **in 3+ days**

Report incorrect product information

Clearance



Options

+4 options

**$6.49** +$6.00 shipping

Clearance!Plant Based Hair Dye Shampoo, Plant Extract Non-damage Hair Dye Cream, Hair Dye Korean, Bubble Plant Hair Dye Shampoo 30ml 10packs(Natural Black)

7

Shipping, arrives **in 3+ days**

Reduced price



Options

**Now $2.18** ~~$6.02~~ +$3.97 shipping

Options from $2.18 – $2.25

Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30ml X 10Packs V5L8

Shipping, arrives **in 3+ days**



Options

+3 options

**Now $3.43** ~~$7.77~~ +$3.26 shipping

Options from $3.43 – $9.99

Bubble Hair Dye Natural Hair Dye, New Botanical Bubble Ha (Natural Black)

6

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

**2.3 out of 5**

3 ratings | 2 reviews

**How item rating is calculated**

5 stars 33% (1)

4 stars 0% (0)

3 stars 0% (0)

**Infringing Evi. 00141**

View all reviews

2 stars 0% (0)
1 star 67% (2)

All filters | Star rating | Verified purchases only

Sort by | Most relevant

**Showing 1-2 of 2 reviews**

Verified Purchase Mar 12, 2025

Jimmy

these products are really working good.

**Color**: Chestnut Brown | **Sold and shipped by:** kuweot

Helpful? (0) (0) Report

Apr 26, 2025

Rana

No lasting no color is wasted of money

**Color**: Chestnut Brown

Helpful? (0) (0) Report

View all reviews (2)

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



+ Add

Sponsored

$37.99

Herbishh Dark Brown PPD-Free Hair Color Shampoo for Gray Hair, Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 400 ml

257

Shipping, arrives **in 3+ days**



+ Add

Sponsored

$21.99 $43.98

Herbishh Black PPD-Free Shampoo for Gray Hair, Travel-friendly Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 30 ml

268

Save with W+

Shipping, arrives **in 2 days**

Best seller



Options

$14.99

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo B Shampoo,Hair Color for Gray Hair Coverage,Long Lasting H

63

Shipping, arrives **in 3+ days**

# Infringing Evi. 00142




Add

$50.45

Natural Plant Hair Dye" New_Botanical Bubble Hair Dye 30Ml X10 Packs Shampoo Usa

Shipping, arrives **in 3+ days**




Add

$19.90

Bubble hair styling agent mild plant bubble hair styling agent lazy home convenient hair styling hair care

Shipping, arrives **in 3+ days**




Options

+4 options

$12.98

Options from $12.98 – $45.64

Bubble Hair Conditioner Gentle Plant Bubble Hair Conditio

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

Scalp Masks

Styling

Camille Rose

Design Essentials

Styling

Uncle Funky's Daughter

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00143**

## 1. Shipping, arrives by Thu, Jul 24

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Thu, Jul 24** 1 item

Sold and shipped by Fit & Glow Corner
$2.26 seller shipping fee



Bubble Hair Dye Shampoo Bubble Hair Dry 30 ml 10 Packs/Box Natural Hair Dye New Botanical Bubble...
Actual Color: Chestnut Brown

$8.85 from savings

$5.72
~~$14.57~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$14.57~~ |
| **Savings** | -$8.85 |
| | $5.72 |
| Seller shipping | $2.26 |
| **Estimated taxes** | $0.71 |
| **Estimated total** | **$8.69** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00144**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

Infringing Evi. 00145

# Fit & Glow Corner

tianfuxinquhuayanghuafudadaoyiduan1hao2dong1danyuan13ceng11hao zibianhao292
sichuanshengchengdushi, SC 610213, CN

Contact seller | (+86) 19934518580

## Seller Reviews

☆☆☆☆☆

No reviews yet

## About the Store

View more

Business Name: chengdoubingxushangmaoyouxiangongsi



Featured



Shop all

## Seller reviews

This seller doesn't have any reviews yet.

Infringing Evi. 00146

# 20 Pink mao








Yiinxianng

# Natural Plant Hair Dye New Botanical Bubble Hair Dye Colo r Shampoo T5U5

(No ratings yet)

## About this item

- 【High-Quality Materials】 Crafted from premium, durable materials to ensure longevity and superior performance. Each product is meticulously tested to meet high standards of quality and safety.
- 【User-Friendly Design】 Ergonomically designed for ease of use, this product offers intuitive controls and a comfortable grip, making it perfect for both beginners and experienced users.
- 【Exceptional Performance】 Engineered for high efficiency and effectiveness, this product delivers outstanding results every time. Its advanced features ensure consistent performance, making it a reliable choice for your needs
- 【Versatile Functionality】 This product is multifunctional and can be used for a variety of tasks, providing you with the flexibility and convenience needed to handle multiple uses with a single tool.
- 【Eco-Friendly and Sustainable】 Made with environmentally conscious practices, this product is eco-friendly and contributes to sustainability efforts. It is designed to minimize waste and reduce environmental impact.

View more

## At a glance

| Brand | Condition |
|---|---|
| Yiinxianng | New |

View all specifications

**Now $11.10** ~~$12.95~~

You save $1.85

Price when purchased online

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 26<br>$1.26 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Sat, Jul 26**. Order within | More options

Shipping fee $1.26

Sold and shipped by Pink mao

(3.4) 33 seller reviews

**Infringing Evi. 00148**

Add to list | Add to registry

## About this item

Product details

Specifications

Warranty

Best seller



Options

$14.99

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo Black Hair Dye Shampoo,Natural Plant Hair Dye Shampoo,Hair Color for Gray Hair Coverage,Long Lasting Hair Color Shampoo for Men & Women

63

Shipping, arrives **in 3+ days**



Options

+1

$12.99 +$5.99 shipping

More options from $7.89

Nova Hair Dye Shampoo, Nova Hair Instant Dye Shampoo, Plant Herbs Instant Dye Shampoo for Men & Women, Hair Color Solution with Gray Coverag

14

Shipping, arrives **in 3+ days**




Options

+2 options

$15.00

Options from $15.00 – $17.59

Meidu Dark Brown Hair Dye Shampoo 3 in 1 for Grey Hair Sh Women & Men - Herbal Ingredients Natural Plant Hair Dye i

13

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash




+ Add

$19.90

Bubble hair styling agent mild plant bubble hair styling agent lazy home convenient hair styling hair care

Shipping, arrives **in 3+ days**




Options

+4 options

$12.98

Options from $12.98 – $45.64

Bubble Hair Conditioner Gentle Plant Bubble Hair Conditioner Easy Hair Care At Home



Options

$19.90

Natural Plant Hair Dye,pure Plant Extract For Grey Hair Colc Ml 10 Packs/box

Shipping, arrives **in 3+ days**

Infringing Evi. 00149

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Temporary Hair Color

**Infringing Evi. 00150**

## 1. Shipping, arrives by Fri, Jul 25

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details
Hide details

**Arrives by Fri, Jul 25** 1 item

Sold and shipped by Pink mao
$1.26 seller shipping fee



Natural Plant Hair Dye New Botanical Bubble Hair Dye Colo r Shampoo T5U5

$1.85 from savings

$11.10
~~$12.95~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$12.95~~ |
| **Savings** | -$1.85 |
| | $11.10 |
| Seller shipping | $1.26 |
| **Estimated taxes** | $1.10 |
| **Estimated total** | **$13.46** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00151**

OnePay Later
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

- [x] **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




3. Text updates for this order

**Infringing Evi. 00152**

# Pink mao

gaoxinqunanhualu1616hao1dong2danyuan2ceng216hao
chengdu, SC 610041, CN

Contact seller | (+86) 13438921894

## Seller Reviews

View all

3.5 out of 5

35 ratings | 6 reviews

## About the Store

View more

The customer reigns supreme

Business Name: chengdupingkemaoshengdianzikejiyouxiangongsi

Featured Shop all

## Seller reviews

**3.5 out of 5**

35 ratings | 6 reviews

| | | |
|---|---|---|
| 5 stars | | 46% (16) |
| 4 stars | | 20% (7) |
| 3 stars | | 3% (1) |
| 2 stars | | 0% (0) |
| 1 star | | 31% (11) |

How seller rating is calculated

**Showing 1 - 5 of 6 reviews**

Jun 9, 2025

**Walmart customer**

I ordered this fountain as a gift. I gave it and it only worked for 2 days. I know it was after the 30 days, but I contacted the seller and they NEVER even replied after an entire month! DO NOT BUY FROM PINK MAO! They don't care about their customers!

**Item bought:**
UOYOTT Small Tabletop Water Fountain Desktop Waterfall Fountain Room Office For W9H9

Mar 23, 2025

**Walmart customer**

The product was listed as "out for delivery", and then delivered at a specific time, when I was home. There was no photo of the delivery and I did not receive the item. This seller or delivery company are scammers.

Infringing Evi. 00153

**Item bought:**

Nov 30, 2024

**Walmart customer**

description if false. it is a regular baby pacifier.

**Item bought:**
Bite Resistant Pet Calming Pacifier Silicone Clean Teeth Puppy Toys Cleaning W1 J2F0

Oct 20, 2024

**Walmart customer**

False advertisement! Product was advertised as being magnetic and it was not; instead it came with two adhesive strips.

**Item bought:**
Magnetic Hanger Organizer Stacker F4C9

Oct 4, 2024

**Walmart customer**

Shipping was pretty fast. Thought the product worked pretty good thought the product worked pretty good.

**Item bought:**
Garden Grass Fertilizer Lawn Nutrient Solution Liquid Lawn

View all reviews (35)

**Infringing Evi. 00154**

# 21 CaiMuse Decoration Shop




Clearance

VSONTOR

**Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble Natural Plant Hair Dye for Women Men 200ml**

(4.7) | 10 ratings

**Actual Color:** Black Teal

| Black Teal $3.99 | Chestnut Brown $5.99 | Coffee $7.21 | Natural Black $5.99 |
|---|---|---|---|

**About this item**

- Our products are made of environmentally friendly materials, safe and non-toxic, and will not cause harm to the human body.
- Please read the product manual carefully before purchasing, and use it correctly according to the operation steps.
- If you encounter any difficulties or problems during use, please contact us in time, we will solve them for you as soon as possible.
- Your support is the driving force for us to move forward, and we look forward to sharing your experience and experiences with us.
- For the quality problems or defects of the product itself, we will provide unconditional return or repair service.

View more

**At a glance**

| Brand | Hair color shade | Count |
|---|---|---|
| VSONTOR | Black Teal | 1 |
| **Hair color type** | **Hair product form** | **Hair color cat** |
| Permanent Hair Colors | Shampoo | Black |

View all specifications

**Now $3.99** ~~$7.29~~

You save $3.30

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 29 $3.99 | Not available | Not available |

261 Fulton St SW Change

**Infringing Evi. 00156**

Arrives by **Tue, Jul 29**. Order within | More options

Shipping fee $3.99

Sold and shipped by CaiMuse Decoration Shop

(3.2) 26 seller reviews

**Free 30-day returns** Details

Add to list

Add to registry

**Other sellers**

Compare all 3 sellers

**$7.83** + $3.26 shipping

Shipping, arrives by **Thu, Jul 24** to 261 Fulton St SW

Sold and shipped by HomeGoods. Plus

(3.9)

Not returnable Details

Add to cart

## About this item

Product details

Specifications

Directions

Warranty

Compare with similar items

Viewing this item
















| | Add Now $3.99 ~~$7.29~~ Bubble Plant Hair Dye, New Botanical Bubb... 10 | Add $6.49 Clearance!Plant Based Hair Dye... 7 | Add Now $3.43 ~~$7.77~~ Bubble Hair Dye Natural Hair Dye, Ne... 6 | Add $10.95 Bubble Plant Hair Dye Natural Plant Hair Dy... 2 | Add $9.97 Clairol Root Touch-Up Refreshing Hair Dye... 711 | Add $9.77 Splat Original Complete Kit, Unise... 5145 | Add Now $8.68 ~~$11.31~~ Hair Dye Shampoo with Comb, Hair... |
|---|---|---|---|---|---|---|---|
| **Hair color shade** | Black Teal | Natural Black | Natural Black | Natural Black | Black | BLONDES | - |
| **Count** | 1 | 10 | 10 | 10 | 1 | 1 | 1 |
| **Hair color type** | Permanent Hair Colors | Permanent Hair Colors | Permanent Hair Colors | Permanent Hair Colors | Temporary Hair Colors | Semi-Permanent Hair Colors | Permanent Hair Colors |
| **Hair product form** | Shampoo | Creams | Gels | Gels | - | Liquids | Liquids |

See More



Options

+4 options

**$7.11** +$2.26 shipping

More options from $6.21

Permanent Hair Color Natural Hair Dye 20ml 10Packs/Box, New Botanical Bubble Hair Dye Pure Extract For Grey Hair Color Bubble Dye Bubble Hair Color Shampoo

5

Shipping, arrives **in 3+ days**



Options

+4 options

**$6.49** +$6.00 shipping

Clearance!Plant Based Hair Dye Shampoo, Plant Extract Non-damage Hair Dye Cream, Hair Dye Korean, Bubble Plant Hair Dye Shampoo 30ml 10packs(Natural Black)

7

Shipping, arrives **in 3+ days**




Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair I

Shipping, arrives **in 3+ days**

Report incorrect product information

**Infringing Evi. 00157**



Options

+3 options

Now $3.43 ~~$7.77~~ +$3.26 shipping

Options from $3.43 – $9.99

Bubble Hair Dye Natural Hair Dye, New Botanical Bubble Hair Dye Hair Dye Shampoo 20ml 10Packs/Box



Add

Sponsored

$9.97

Clairol Root Touch-Up Refreshing Hair Dye Spray, Temporary Hair Color, Light Brown, 3.7 oz



Options

+3 options

$10.95 +$0.26 shipping

More options from $9.99

Bubble Plant Hair Dye Natural Plant Hair Dye, New Botanica

## Customer ratings & reviews

**4.7 out of 5**

10 ratings | 3 reviews

How item rating is calculated

View all reviews

| | | |
|---|---|---|
| 5 stars | | 70% (7) |
| 4 stars | | 30% (3) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 0% (0) |

All filters | Star rating | Verified purchases only

**Sort by** | Most relevant

**Showing 1-3 of 3 reviews**

**Verified Purchase** Nov 18, 2024

**Fantastic product for hair.**

**Mhaye** | Walmart Associate

The box has multiple sachet that u can customize how much u need for your hair. There was herbal smell but as soon as u wash your hair it disappeared. No more white hair and my hair was healthy not dry and no chemical smell. I recommend this product to all.

**Color**: Natural Black | **Sold and shipped by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

**Verified Purchase** Dec 30, 2024

**happy customer**

**GINA**

I love this hair dye because it's all natural. I also noticed it lasts longer than the other hair dyes.

**Color**: Natural Black | **Sold and shipped by:** Menrkoo Decoration Shop

Helpful? (0) (0) | Report

**Verified Purchase** Mar 8, 2024

**It works**

**WENDY**

I like that it was less messy than the hair dye, it did not smell bad. It left my hair looking shiny I did not like instructions are not in english. Wear gloves when using, it will stain your nails. Put on before showering for 20 min. Then rinse off. If u have long hair use 3 of the packages. I put 4 stars because i dont know how long cokor will last.

**Color**: Natural Black | **Sold by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

View all reviews (3)



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00158**



+ Add

**$18.00**

Healthy Look Creme Rich Black #1

471

Shipping, arrives **in 3+ days**



+ Add

**$36.51**

L'Oreal Root Rescue 10 Minute Root Coloring Kit, 6 Light Brown 1 ea (Pack of 4)

799

Shipping, arrives **in 3+ days**



+ Add

**$55.55**

L'Oreal Paris Root Rescue 10 Minute Root Coloring Kit, Dark

837

Shipping, arrives **in 3+ days**



Options

Now $15.57 ~~$17.06~~ +$0.26 shipping

Avocado Hair Dye Bubble Hair Dye Shampoo Natural Plant Color. 10pcs*30ml H6M7

Shipping, arrives **in 3+ days**



Options

+4 options

**$24.90**

Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure Plant Extract for Grey Hair Color Bubble Dye(30ml 10Packs/Box)

Shipping, arrives **in 3+ days**



Options

+4 options

**$23.99**

Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure wuhaoyueshangmao

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

Eleven Australia

Hair Rituals

Bed Head Colour Goddess Oil Infused Shampoo

Bosley

Amika

V&Co.

Blue Magic Super Gro

Shus Journey

Bosley Revive Starter Pack Non Color Treated Hair

Curly Hair

Jane Carter Solution

Design Essentials Hair Care

Personal Care / Men's Essentials / Mens Hair Care

**Infringing Evi. 00159**

## 1. Shipping, arrives by Mon, Jul 28

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312 Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Mon, Jul 28** 1 item

Sold and shipped by CaiMuse Decoration Shop
$3.99 seller shipping fee



Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble...
Actual Color: Black Teal

$3.30 from savings

**$3.99**
~~$7.29~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$7.29~~ |
| **Savings** | -$3.30 |
| | $3.99 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.71 |
| **Estimated total** | **$8.69** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00160**

**OnePay** Later
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

**Infringing Evi. 00161**

# CaiMuse Decoration Shop

shenzhenshiluohuqunanhujiedaoluohushequ
shenzhen, GD 518001, CN

Contact seller | (+86) 17722583949

## Seller Reviews

View all

**3.2 out of 5**

26 ratings | 5 reviews

## About the Store

View more

Business Name: shenzhenshifengzhendianzishangwuyouxiangongsi

**Featured** Shop all

## Seller reviews

**3.2 out of 5**

26 ratings | 5 reviews

| | |
|---|---|
| 5 stars | 38% (10) |
| 4 stars | 8% (2) |
| 3 stars | 19% (5) |
| 2 stars | 8% (2) |
| 1 star | 27% (7) |

**How seller rating is calculated**

**Showing 1 - 5 of 5 reviews**

May 1, 2025

**Walmart customer**

Everything late but that's okay, I am patient.. probably just the US Mail. 🤣

**Item bought:**
Comforters & Duvets JIOAKFA Bed Blanket Full/QUEEN Size - Blue Blanket,Lightweight Down Summer Blanket for All Seasons,Soft Cozy Warm Bed Blankets with Satin Trim

Mar 3, 2025

**Walmart customer**

i ordered 12 items, i received 1, i contact the seller, was told that my money eould be returned, its now march 3rd 2025 and still have not got a return . eould NEVER order from this seller again... buyer beware ...

**Infringing Evi. 00162**

**Item bought:**
Spring Deals! YAWOTS Gothic Mothman Plushie Is Looking For A Love And Magical Home

Feb 22, 2025

**Walmart customer**

would have been nice to advise language was not English.

**Item bought:**
Toddler Telephone Developmental Toys for 1 2 3 Year Old Boy Girl Gifts Toy Baby Telephone with Music and lighting Baby Toys Educational Learning Toys for 12 18 24 Months

Nov 20, 2024

**Walmart customer**

Got the item sooner than expected date which is always nice. First impression wasn't as nice since some glue was left over from when it was being built, but you do get what you pay for. Elsewhere this product will be 2x-4x more expensive, and I'm sure the material used are the same so it's worth it.. Operates and Functions just fine. Minor manufacturing issue which is just a simple clean outcome. If you're okay and cool with cleaning left over residue once received, the product itself wouldn't be an issue. Knocked off one star for that reason. Worth It for the price most definitely, not to mention...

Read more

**Item bought:**
Caoilympe Car License Bracket Us General License For 24 Hour Protecting And Windproof A

Oct 30, 2024

**Walmart customer**

Everything was amazing, wish shipping was faster. Product is exactly as described, quality is amazing, price too !

**Item bought:**
Cailmei Color Metal Capsule Shoelace Child Adult Tying-Free Elastic Shoelaces Purple

View all reviews (26)

**Infringing Evi. 00163**

# 22 Star Practical Home Shop






VSONTOR

**Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble Natural Plant Hair Dye for Women Men 200ml**

(4.7) | 10 ratings

**Actual Color:** Chestnut Brown

| Black Teal $3.99 | **Chestnut Brown $5.99** | Coffee $7.21 | Natural Black $5.99 |
|---|---|---|---|

### About this item

- Our products are made of environmentally friendly materials, safe and non-toxic, and will not cause harm to the human body.
- Please read the product manual carefully before purchasing, and use it correctly according to the operation steps.
- If you encounter any difficulties or problems during use, please contact us in time, we will solve them for you as soon as possible.
- Your support is the driving force for us to move forward, and we look forward to sharing your experience and experiences with us.
- For the quality problems or defects of the product itself, we will provide unconditional return or repair service.

View more

### At a glance

| Brand | Hair color shade | Count |
|---|---|---|
| VSONTOR | Chestnut Brown | 1 |
| **Hair product form** | **Hair color cat** | **Rec. use** |
| Shampoo | Brown | At Home |

View all specifications

**Now $5.99** ~~$15.68~~

You save $9.69

Price when purchased online

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 22 $4.99 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 22**. Order within | More options

Shipping fee $4.99

**Infringing Evi. 00165**

Sold and shipped by Star Practical Home Shop
(2.9) 125 seller reviews

Add to list
Add to registry

**More seller options (4)**
Starting from $6.99 Compare all sellers

## About this item

Product details

Specifications

Directions

Warranty

Compare with similar items

Viewing this item










| | Add Now $5.99 $15.68 Bubble Plant Hair Dye, New Botanical Bubb... 10 | Add $6.49 Clearance!Plant Based Hair Dye... 7 | Add Now $3.43 $7.77 Bubble Hair Dye Natural Hair Dye, Ne... 6 | Add $10.95 Bubble Plant Hair Dye Natural Plant Hair Dy... 2 | Add $9.97 Clairol Root Touch-Up Refreshing Hair Dye... 711 | Add $9.77 Splat Original Complete Kit, Unise... 5145 | Add Now $8.68 $11.31 Hair Dye Shampoo with Comb, Hair... |
|---|---|---|---|---|---|---|---|
| **Hair color shade** | Chestnut Brown | Natural Black | Natural Black | Natural Black | Black | BLONDES | - |
| **Count** | 1 | 10 | 10 | 10 | 1 | 1 | 1 |
| **Hair product form** | Shampoo | Creams | Gels | Gels | - | Liquids | Liquids |
| **Hair color cat** | Brown | Black | Black | Black | Purple | Purple | - |

See More



Options

+4 options

**$7.11** +$2.26 shipping
More options from $6.21
Permanent Hair Color Natural Hair Dye 20ml 10Packs/Box, New Botanical Bubble Hair Dye Pure Extract For Grey Hair Color Bubble Dye Bubble Hair Color Shampoo
5
Shipping, arrives **in 3+ days**



Options

+4 options

**$6.49** +$6.00 shipping
Clearance!Plant Based Hair Dye Shampoo, Plant Extract Non-damage Hair Dye Cream, Hair Dye Korean, Bubble Plant Hair Dye Shampoo 30ml 10packs(Natural Black)
7
Shipping, arrives **in 3+ days**



Options

**Now $1.89** $2.92 +$3.97 shipping
YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair I
Shipping, arrives **in 3+ days**

Report incorrect product information



Options

+3 options

**Now $3.43** $7.77 +$3.26 shipping
Options from $3.43 – $9.99
Bubble Hair Dye Natural Hair Dye, New Botanical Bubble Hair Dye Hair Dye Shampoo 20ml 10Packs/Box (Natural Black)
6



Add

Sponsored
**$9.97**
Clairol Root Touch-Up Refreshing Hair Dye Spray, Temporary Hair Color, Light Brown, 3.7 oz
711
Save with W+



Options

+3 options

**$10.95** +$0.26 shipping
More options from $9.99
Bubble Plant Hair Dye Natural Plant Hair Dye, New Botanica 10Packs/Box (Natural Black)
2

**Infringing Evi. 00166**

Shipping, arrives **in 3+ days**

Delivery **tomorrow**
Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

**4.7 out of 5**
10 ratings | 3 reviews
**How item rating is calculated**
**View all reviews**

| | | |
|---|---|---|
| 5 stars | | 70% (7) |
| 4 stars | | 30% (3) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 0% (0) |

All filters | Star rating | Verified purchases only

**Sort by** | Most relevant

**Showing 1-3 of 3 reviews**

**Verified Purchase** Nov 18, 2024

**Fantastic product for hair.**

**Mhaye** | Walmart Associate

The box has multiple sachet that u can customize how much u need for your hair. There was herbal smell but as soon as u wash your hair it disappeared. No more white hair and my hair was healthy not dry and no chemical smell. I recommend this product to all.

**Color**: Natural Black | **Sold and shipped by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

**Verified Purchase** Dec 30, 2024

**happy customer**

**GINA**

I love this hair dye because it's all natural. I also noticed it lasts longer than the other hair dyes.

**Color**: Natural Black | **Sold and shipped by:** Menrkoo Decoration Shop

Helpful? (0) (0) | Report

**Verified Purchase** Mar 8, 2024

**It works**

**WENDY**

I like that it was less messy than the hair dye, it did not smell bad. It left my hair looking shiny I did not like instructions are not in english. Wear gloves when using, it will stain your nails. Put on before showering for 20 min. Then rinse off. If u have long hair use 3 of the packages. I put 4 stars because i dont know how long cokor will last.

**Color**: Natural Black | **Sold by:** VSONTOR Clothing Shop

Helpful? (0) (0) | Report

**View all reviews (3)**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00167**




+ Add

**$18.00**
Healthy Look Creme Rich Black #1
471
Shipping, arrives **in 3+ days**




+ Add

**$36.51**
L'Oreal Root Rescue 10 Minute Root Coloring Kit, 6 Light Brown 1 ea (Pack of 4)
799
Shipping, arrives **in 3+ days**



+ Add

**$55.55**
L'Oreal Paris Root Rescue 10 Minute Root Coloring Kit, Dark
837
Shipping, arrives **in 3+ days**



Options

**Now $15.57** ~~$17.86~~ +$0.26 shipping
Avocado Hair Dye Bubble Hair Dye Shampoo Natural Plant Color. 10pcs*30ml H6M7
Shipping, arrives **in 3+ days**



Options

+4 options
**$24.90**
Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure Plant Extract for Grey Hair Color Bubble Dye(30ml 10Packs/Box)
Shipping, arrives **in 3+ days**



Options

+4 options
**$23.99**
Natural Plant Hair Dye, New Botanical Bubble Hair Dye, Pure
wuhaoyueshangmao
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Eleven Australia
- Hair Rituals
- Bed Head Colour Goddess Oil Infused Shampoo
- Bosley
- Amika
- V&Co.
- Blue Magic Super Gro
- Shus Journey
- Bosley Revive Starter Pack Non Color Treated Hair
- Curly Hair
- Jane Carter Solution
- Design Essentials Hair Care

Personal Care / Men's Essentials / Mens Hair Care

**Infringing Evi. 00168**

## 1. Shipping, arrives by Sat, Jul 19

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312 Edit

**Delivery instructions (optional)** Edit

House

### Items details Hide details

**Arrives by Sat, Jul 19** 1 item

Sold and shipped by Star Practical Home Shop
$4.99 seller shipping fee



Bubble Plant Hair Dye, New Botanical Bubble Plant Hair Dye Shampoo, Natural Plant Hair Dye, Bubble...
Actual Color: Chestnut Brown

$9.69 from savings

**$5.99**
~~$15.68~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$15.68~~ |
| **Savings** | **-$9.69** |
| | $5.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.98 |
| **Estimated total** | **$11.96** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00169**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

- [x] **Remember my PayPal account details**

PayPal

Walmart+ Don't miss out!

**Get 50% off a year of Walmart+ for Early Access to hot Deals**

Restrictions apply.

Claim offer now




**3. Text updates for this order**

## Star Practical Home Shop

luohuqu huangbeijiedao biboshequ
shenzhenshi, MB L1N 3K7, CA

Contact seller | (+86) 17304479487

### Seller Reviews

View all

3 out of 5

129 ratings | 42 reviews

### About the Store

View more

Our company is rich in products, mainly dealing with all kinds of pet supplies, small cats and puppies supplies complete, your pet needs supplies in our store can buy all, the

Business Name: ShenZhenShiQiQiJiaJuYongPinYouXianGongSi

Featured Shop all



+ Add

Now $1.99 $8.08 +$5.49 shipping

Weekly Pill Organizer 3 Times A Day 7 Day Pill Box Holder Large Daily Medicine Organizer Travel Pill Case Pill Container Multicolor

42



+ Add

Now $6.09 $9.07 +$4.50 shipping

JIOAKFA Toddlers Remote Control Toy with Sounds, Black

12



+ Add

$2.39 +$5.49 shipping

New Year Clearance 2022! Plush Dog Toy - Super Soft Faux-Fur Hedgehog Dog Toy - Stuffed Squeak Toys, Non-Toxic Pet Biting Training Playing

6

### Seller reviews

3 out of 5

129 ratings | 42 reviews

| | | |
|---|---|---|
| 5 stars | | 41% (53) |
| 4 stars | | 6% (8) |
| 3 stars | | 5% (6) |
| 2 stars | | 7% (9) |
| 1 star | | 41% (53) |

How seller rating is calculated

**Showing 1 - 5 of 42 reviews**

Jun 30, 2025

Walmart customer

I bought 2 of them. My big dog and little dog love them. I would definitely buy them again

Item bought:
New Year Clearance 2022! Plush Dog Toy - Super Soft Faux-Fur Hedgehog Dog Toy - Stuffed Squeak Toys, Non-Toxic Pet Biting Training Playing

Jun 25, 2025

Walmart customer

they are very deceiving and not accurate measurements on add

Item bought:
Comforters & Duvets JIOAKFA Bed Blanket Full/QUEEN Size - Blue Blanket,Lightweight Down Summer Blanket for All Seasons,Soft Cozy Warm Bed Blankets with Satin Trim

Jun 6, 2025

Walmart customer

The item they send totally wrong And missing parts

Item bought:

**Infringing Evi. 00171**

Apr 30, 2025

**Walmart customer**

This item is NOT a no rinse shampoo cap. They are shower caps and are described wrong. I sent an Email complaining and never heard back from anyone.

**Item bought:**
Rinse Free Shampoo Caps, Shampoo Caps for Adult, Hair Washing Shower Caps for Elderly, Caps No Rinsing Required Multicolor

Apr 22, 2025

**Walmart customer**

Was shipped the wrong size blanket was supposed to be a full queen received a throw blanket

**Item bought:**
Comforters & Duvets JIOAKFA Bed Blanket Full/QUEEN Size - Blue Blanket,Lightweight Down Summer Blanket for All Seasons,Soft Cozy Warm Bed Blankets with Satin Trim

View all reviews (129)

**Infringing Evi. 00172**

# 23 Susana






+3
View all

CQRZEN

**Natural Plant Hair Dye | New Botanical Bubble Hair Dye | Pure Plant Extract for Grey Hair Color Bubble Dye | Color Conditioner Shampoo (30ml x 10 Packs/Box: Chestnut Brown)**

☆ (No ratings yet)

**Actual Color:** Chetnut Brown

| Chetnut Brown $8.99 | Coffee $8.99 | Dark Brown $8.99 | Natural Black $8.99 |
|---|---|---|---|

**About this item**

- 【Natural Bubble Dye】 : Different from traditional hair dye. Herbal essence formula, mild and non-irritating, nourish the scalp and supplement the nutrients needed by the hair.
- 【Color Conditioner Shampoo】 : Gentle and nourishing to the scalp, also protects your scalp from drying out, locks in moisture and shine, and controls frizz.Unlike the traditional hair color shampoo, natural plant hair dye shampoo creates rich bubbles that won't stain your skin.
- 【Gray Hair Coverage】 : Bubble Hair Dye is Suitable for all types of hair, including thick, fine and normal-density hair, as well as straight or curly hair textures. Effectively cover gray hair, you will no longer be affected by gray hair.
- 【How To Use】 : Requiring no bowl or brush, just put on plastic gloves, apply the instant hair dye shampoo on your hair, massage for 5-10 minutes , After 20 Minutes Rinse Well With Clean Water. Finally You Will Have Shiny Color Hair You Like.
- 【Save Time & Money】 : With this hair dye shampoo, you can dye hair at home. Forget long and costly visits to hair salons. You can now dye your hair quickly and easily at home by yourself and save a ton of money. Please treat hair care products in perspective, and can't be used as prescription drugs or medicines.

View more

**At a glance**

| Brand | Hair color shade | Count |
|---|---|---|
| CQRZEN | Chetnut Brown | 10 |
| **Hair color type** | **Hair product form** | **Hair type** |
| Chemical Hair Dyes | Liquids | All Hair Types |

View all specifications

**$8.99**

Price when purchased online ⓘ

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 23 Free | Not available | Not available |

261 Fulton St SW Change

**Infringing Evi. 00174**

Arrives by **Wed, Jul 23**. Order within | More options

**Only 1 left**

Sold and shipped by Susana

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients

Clearance



+ Add

+2 options

Black Hair Dye Shampoo 3 in 1 for Gray Hair, Herbal Hair Dye Natural Shampoo, Instant Hair Color Shampoo for Women Men Grey Hair Coverage 500ml

23

Save with W+

Shipping, arrives **in 2 days**



Options

+1

**$12.99** +$5.99 shipping

More options from $7.89

Nova Hair Dye Shampoo, Nova Hair Instant Dye Shampoo, Plant Herbs Instant Dye Shampoo for Men & Women, Hair Color Solution with Gray Coverag

14

Shipping, arrives **in 3+ days**



Options

**$14.99**

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo B Shampoo,Hair Color for Gray Hair Coverage,Long Lasting H

63

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00175**




+ Add



+ Add



Options

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00176**

## 1. Free shipping, arrives by Tue, Jul 22

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312 Edit

**Delivery instructions (optional)** Edit

House

### Items details

Hide details

**Arrives by Tue, Jul 22** 1 item

Sold and shipped by Susana
Free shipping



Natural Plant Hair Dye | New Botanical Bubble Hair Dye | Pure Plant Extract for Grey Hair Color Bubble...
Actual Color: Chetnut Brown

**$8.99**

Remove − Max 1 +

**Subtotal** (1 item) $8.99
Shipping Free
**Estimated taxes** $0.80

**Estimated total** **$9.79**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ **Learn more**

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00177**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

# Susana

ShanXiZhuanXingZongHeGaiGeShiFanQuXueFuChanYeYuanJinYangJie176HaoNaDaDaShaDongZuo904Shi
TaiYuanShi, SX 030032, CN

Contact seller | (+86) 17305043632

## Seller Reviews

☆☆☆☆☆

No reviews yet

## About the Store

View more

Welcome to our store, we will provide you with high quality products and services, any problem can be solved for you!

Business Name: TaiYuanYuHaoShangMaoYouXianGongSi

**Featured** Shop all

## Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00179**

# 24 Livest




HFLWYWD

**HFLWYWD Natural Plant Hair Dye Bubble Botanical Based for Grey Hair Dye 10PCS/ Box**

(No ratings yet)

**Actual Color:** Coffee

$7.27 $8.27

**About this item**

HFLWYWD Natural Plant Hair Dye Bubble Botanical Based for Grey Hair Dye 10PCS/ Box

View full item details

**At a glance**

Brand
HFLWYWD

View all specifications

**Now $8.27** ~~$11.93~~

You save $3.66

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 23 $3.26 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Wed, Jul 23**. Order within | More options

Shipping fee $3.26

**Infringing Evi. 00181**

Sold and shipped by Livest

(2.9) 89 seller reviews

**Free 30-day returns** Details

Add to list Add to registry

## About this item

Product details

Specifications

Warranty



Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**




Options

**Now $1.89** ~~$2.92~~ +$3.97 shipping

YUEYAN Natural Plant Hair Dye New Botanical Bubble Hair Dye 30ml Shampoo HOTS

Shipping, arrives **in 3+ days**

Reduced price



Options

**Now $2.18** ~~$6.02~~ +$3.97 shipping

Options from $2.18 – $2.25

Natural Plant Hair Dye, New Botanical Bubble Hair Dye 30m

Shipping, arrives **in 3+ days**

Report incorrect product information



Options

**$6.85** +$4.99 shipping

More options from $5.99

Kokovifyves Clearance Sales!Natural Plant Hair Color Change，A Box of 10 Bags of Bubble Hair Dye, Each Containing 200ml

Shipping, arrives **in 3+ days**



Options

**$5.62** +$3.99 shipping

Options from $5.62 – $5.73

SUMDUINO Natural Plant Hair Color Change，A Box Of 10 Bags Of Bubble Hair Dye, Each Containing 200ml,Suitable for All Hair Types

Shipping, arrives **in 3+ days**



Options

+2 options

**$10.07** +$4.26 shipping

Options from $10.07 – $11.00

Natural Plant Hair Dye Bubble New Botanical Based for Gre

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00182**



Options

+2 options

**$6.00** +$1.99 shipping
Options from $6.00 – $6.78

Light Grey Silver Hair Color Dye,100ml Natural Permanent Hair Dye Cream,100 percent Coverage Natural Plant Hair Dye Fashion Permanent Color Cream for All Hair Types(1 Pcs)

11

Shipping, arrives **in 3+ days**

Clearance



Options

**Now $3.21** ~~$4.30~~ +$1.99 shipping
Options from $3.21 – $7.57

2-in-1 Natural Food Extract Silver Hair Dye, Silver Grey Natural Hair Dye Cream, Fashionable Silver Grey Hair Dye Permanent

14

Shipping, arrives **in 3+ days**



Options

**$7.65**
More options from $2.97

Hairline Concealer Pen Control Hair Root Edge Blackening I Hair Dye Pen

5

Shipping, arrives **in 3+ days**




+ Add

**$27.62**

Natural Bubble Plant Hair Dye Shampoo Hair Dye Shampoo Instant Color Diy Dye

Shipping, arrives **in 3+ days**



+ Add

**$11.10** +$1.26 shipping

20ml x 10 packs Natural Plant Hair Dye, New Botanical Bubble Hair Dye Shampoo H8Q0

Shipping, arrives **in 3+ days**




Options

**$8.99**

Natural Plant Hair Dye | New Botanical Bubble Hair Dye | Pu Color Conditioner Shampoo (30ml x 10 Packs/Box: Chestn

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Amla Grey Hair
- Black Root Tonic
- Mimosa Hair Honey Shine Pomade
- Styling Products
- Amika
- Hair
- Ancient Veda Products
- Root Trainers
- Www Argan Oil Hair Color
- Design Essentials
- Festival Hair Color

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00183**

## 1. Shipping, arrives by Mon, Jul 21

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Mon, Jul 21** 1 item

Sold and shipped by Livest
$3.26 seller shipping fee



HFLWYWD Natural Plant Hair Dye Bubble Botanical Based for Grey Hair Dye 10PCS/ Box
Actual Color: Coffee

$3.66 from savings

**$8.27**
~~$11.93~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$11.93~~ |
| **Savings** | -$3.66 |
| | $8.27 |
| Seller shipping | $3.26 |
| **Estimated taxes** | $1.03 |
| **Estimated total** | **$12.56** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00184**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00185**

## Livest

Room 2971, Building 3, No. 368, Qinggao Road
Shanghai, SH 201400, CN

Contact seller | (+86) 18916579016

### Seller Reviews

View all

2.9 out of 5

90 ratings | 23 reviews

### About the Store

View more

Hello, Welcome to my store!

Business Name: shanghairongrandianzikejiyouxiangongsi

Featured

Shop all



+ Add

**Now $5.18** ~~$12.99~~ +$3.26 shipping

（2PC） Gentle Foreskin Correction Gel, Men's Correction Gel Soothing Gel Men's Care Gel Promotes Circulation,20g



+ Add

**$2.95** +$3.18 shipping

Bedsore Wound Care Cream, 20g Fast Healing For Wound Healing, Soress Relief Healing Cream, Relief Chafed Skin Hard To Heal Skin Soress, Soothing Relief Of Bed Soress, Pressure Soress Relief Cream




+ Add

**$3.06** +$3.18 shipping

CozyHome Varicose Vein Relief & Vein Care Cream W/Collagen, Arnica, & Horse Chestnut - Visibly Reduce Varicose Veins, Bruises, & Spider Veins, Varicose Vein Treatment Lotion For Legs & Body

### Seller reviews

**2.9 out of 5**

90 ratings | 23 reviews

| | |
|---|---|
| 5 stars | 37% (33) |
| 4 stars | 8% (7) |
| 3 stars | 10% (9) |
| 2 stars | 4% (4) |
| 1 star | 41% (37) |

How seller rating is calculated

**Showing 1 - 5 of 23 reviews**

May 7, 2025

**Walmart customer**

Very bad seller not recommended to buy anything from this company it's fake



**Item bought:**
Barsme Advanced Retinol Firming Serum Stick,With Antioxidants To Visibly Tighten And Firm Wrinkles And Laugh Lines,With Retinol Eye Cream Packette,40G

Apr 22, 2025

**Walmart customer**

Item was advertised as Particle 6-in-1 Face Cream. What arrived was New Moon Face Cream, classic bait and switch by the seller. I returned it immediately to Walmart



**Item bought:**
Particle 6-in-1 Face Cream for Men Anti-Aging Moisturizer, Reduces Wrinkles, Dark Spots & Eye Bags, Pack of 1 (1.7 oz)

Apr 1, 2025

**Walmart customer**

Never received product. Got nothing but a form letter saying they would "look into it." I would never purchase from this shady vendor again.



**Item bought:**
Barsme Advanced Retinol Firming Serum Stick,With Antioxidants To Visibly Tighten And Firm Wrinkles And Laugh Lines,With Retinol Eye Cream Packette,40G

**Infringing Evi. 00186**

★☆☆☆☆ Mar 27, 2025

**Walmart customer**

Wrong item delivered. Will reach out to seller in attempt for them to correct mistake. Suspected purposeful scam. Will update review if resolution is made by seller.

**Item bought:**
3Pcs Spartan Shampoo, Spartan Root Activator Shampoo, Mane Root Activator Shampoo for Hair, Smooth Strong Repair Conditioning Shampoo 3.38fl.oz

★☆☆☆☆ Mar 27, 2025

**Walmart customer**

Shipped wrong item, did not refund or send correct item

**Item bought:**
Barsme Advanced Retinol Firming Serum Stick,With Antioxidants To Visibly Tighten And Firm Wrinkles And Laugh Lines,With Retinol Eye Cream Packette,40G

View all reviews (90)

**Infringing Evi. 00187**

# 25 JianHong






Basuwaderuki

**Big Savings! Natural Plant Hair Color Change，A Box Of 10 Bags Of Hair Dye, Each Containing 200ml**

☆ (No ratings yet)

**Actual Color:** A

**$9.99** $9.99 $9.99 $9.99

**About this item**

- Hair Color and conditioning 3 in 1: Our 3-in-1 Plant Extract For Hair Color as a , hair shampoo, and hair conditioner, saving you and money your hair care routine.
- Mild Plant Hair Shampoo: Just keep your hair dry, and apply the shampoo evenly, the coloring hair effect will show immediately.
- Easy to Use: Plant Hair Shampoo No need to mix in and hassle- to hair at home, super easy and to apply. wear gloves and apply it to your hair, and wait for 10-25 min to wash it clean.
- Plant Extract for Hair Color : Hair Color Shampoo, nourishes the scalp and supplements the nutrients needed by the hair.
- Safe for Men and Women: Our Plant Extract For Hair Color is safe and effective for both men and women.

View more

**At a glance**

| Brand | Count | Condition |
| --- | --- | --- |
| Basuwaderuki | 1 | New |

View all specifications

**$9.99**

Price when purchased online

Free shipping Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Jul 24 Free | Not available | Not available |

**261 Fulton St SW** Change

**Infringing Evi. 00189**

Arrives by **Thu, Jul 24**. Order within | More options

Sold and shipped by JianHong

**Free 30-day returns** Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty



Options

**$9.41**

Grey Hair Dye For Long Lasting Color Locking And Nourishing Extracts Hair Care Trend Hair Color Dye

Shipping, arrives **in 3+ days**




Options

Sponsored

**$21.99**

Options from $21.99 – $26.88

Just For Men Easy Comb-in Hair Color for Men with Applicator, Real Black, A-55, 3 Pack

★★★★★ 30

Save with W+

Shipping, arrives **in 2 days**



Options

**Now $3.49** ~~$11.20~~ +$3.18 shipping

Grey Hair Dye For Long Lasting Color Locking And Nourishi

★★★½☆ 2

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00190**









**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00191**

## 1. Free shipping, arrives by Wed, Jul 23

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Wed, Jul 23**

1 item

Sold and shipped by JianHong
Free shipping



Big Savings! Natural Plant Hair Color Change， A Box Of 10 Bags Of Hair Dye, Each Containing 200ml
Actual Color: A

**$9.99**

Remove − 1 +

**Subtotal** (1 item) $9.99
Shipping Free
**Estimated taxes** $0.89

**Estimated total** **$10.88**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ **Learn more**

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00192**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




**3. Text updates for this order**

**Infringing Evi. 00193**

# JianHong

TianHeQuHuaGuanLu1933HaoZhiEr205FangD529
GuangZhouShi, GD 510515, CN

Contact seller | (+86) 13148748301

## Seller Reviews

View all

**1 out of 5**

1 ratings | 1 reviews

## About the Store

View more

Business Name: GuangZhouShiChengFengLangMaoYiYouXianGongSi

**Featured** Shop all

## Seller reviews

**1 out of 5**

1 rating | 1 review

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 100% (1) |

**How seller rating is calculated**

**Showing 1 - 1 of 1 review**

Jul 8, 2025

**Walmart customer**

TOTALLY inaccurate description of goods. Not a blanket, not a quilt, not twin size. Ugly piece of cheap crap.

**Item bought:**
Sale Today Clearance! Summer Cooler Quilt - Double Sided Cold Effect Blanket Cooler Fiber Ice Blanket For All-Season Lightweight Summer Quilt Absorbs Heat To Keep Adults Children/Bab

View all review (1)

**Infringing Evi. 00194**

# 26

# GuangZhouChuYaoFuShiYouXianGong

# Si / ZhaoLin




Aestivo

**Up to 60% OFF, Hair Color Change Box, 10 Bags Of Dyes, 300ml Each, Natural Hair Color, DIY Styling, Trendy Hair ments, for Home Use, Safe Ingredients, Professional Results, Aestivo | Plastic, A**

(No ratings yet)

**Size:** Free Size

Free Size
$9.09

**Actual Color:** A-917

**About this item**

- Up to 60% OFF, Hair Color Change Box, 10 Bags Of Dyes, 300ml Each, Natural Hair Color, DIY Styling, Trendy Hair ments, for Home Use, Safe Ingredients, Professional Results, Aestivo | Plastic, A
- ✅ 【Premium Ingredients for Superior Results】 Formulated with top-quality essential oils, collagen, keratin, and herbal extracts like aloe vera and comfrey, our collection delivers targeted care. From nourishing massage oils and deep-conditioning hair masks to soothing lip balms, each product is designed to rejuvenate and restore—perfect for dry, sensitive, and all skin types.
- ✅ 【Skincare & Haircare Solutions for Every Need】 Our products address multiple beauty needs: anti-aging face creams, protein-infused hair straightening treatments, collagen-rich moisturizers, and pore-minimizing primers. Each formula combines natural ingredients like honeysuckle, turmeric, and ginseng to reduce wrinkles, boost hydration, smooth skin, and strengthen hair, providing all-in-one care.
- ✅ 【Elegant Jewelry for Any Occasion】 Discover an exquisite selection of women's jewelry, including bridal zircon diamond ring sets, turquoise rings, opal necklaces, and personalized letter name pendant necklaces. Each piece is designed for elegance, making them ideal for engagement, wedding, or thoughtful gifts for birthdays, Mother's Day, and special occasions.
- ✅ 【Innovative & Effective Self-Care Essentials】 Our lineup includes unique self-care tools like ear and nose hair trimmers, soothing foot bath packs, acupressure insoles, and color-changing lip oils. Each product is crafted to enhance your beauty routine, offering convenient...

View more

**At a glance**

| Brand | Count | Condition |
|---|---|---|
| Aestivo | 1 | New |

View all specifications

**$9.09**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

**Infringing Evi. 00196**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 24 $5.99 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Thu, Jul 24**. Order within | More options

Shipping fee $5.99

Sold and shipped by GuangZhouChuYaoFuShiYouXianGongSi

**Free 30-day returns** Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty



+ Add

**$12.49**

AOWOO 17 Pieces Professional Salon Hair Dye Kit, Hair Bleach Kit Hair Coloring Tool with Hair Dye Brush, Hair Color Bowl, Necessary Hair Coloring Tools for Salon Hairdressing & DIY at Home

27

Save with W+

Shipping, arrives **in 2 days**




+ Add

**$15.00**

MEIDU Coffee Hair Dye Shampoo for Women Instant Hair Color Shampoo for Gray Hair For Men- 100% Gray Coverage - Herbal Ingredients 3 in 1 C-4 Coffee Hair Dye shampoo con tinte 500ml

1

Shipping, arrives **in 3+ days**




Options

Sponsored

**$6.99**

Plantovika 100% Pure & Natural Henna Hair Color Powder F Shifted, Smooth Henna Paste , No additives, No Chemical, I

2

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00197**



Options

**$8.89** +$4.99 shipping

More options from $8.49

Hot Discounts, Natural Hair Color Changer, 10-Pack 200ml Dye Bags, Plant-Based formula, Safe Application, for Home Use, Temporary Color, Vegan Hair Dye, Easy Application, Aestivo Limited Stock

Shipping, arrives **in 3+ days**



Options

**$14.88**

Natural Plant Hair Color Change， A Box Of 10 Bags Of Hair Dye, Each Containing 200ml

Shipping, arrives **in 3+ days**



+ Add

**$9.99**

Big Savings! Natural Plant Hair Color Change， A Box Of 10

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / Red Hair Dye

**Infringing Evi. 00198**

## 1. Shipping, arrives by Wed, Jul 23

Jesse Finn Edit

261 Fulton St SW, Atlanta, GA 30312

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Wed, Jul 23** 1 item

Sold and shipped by GuangZhouChuYaoFuShiYouXianGongSi

$5.99 seller shipping fee




Up to 60% OFF, Hair Color Change Box, 10 Bags Of Dyes, 300ml Each, Natural Hair Color, DIY Styling,...

Size: Free Size, Actual Color: A-917

**$9.09**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $9.09 |
| Seller shipping | $5.99 |
| **Estimated taxes** | $1.34 |
| **Estimated total** | **$16.42** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00199**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00200**



# ZhaoLin

TianHeQuHuaGuanLu1933HaoZhiEr204FangD476
GuangZhouShi, GD 510640, CN
Contact business | (+86) 18926084459

## Seller Reviews

View all

**1.3 out of 5**

4 ratings | 2 reviews

## About the seller

View more

Business Name: GuangZhouChuYaoFuShiYouXianGongSi

Report an issue with this seller


**Featured**


Shop all

## Seller reviews

**1.3 out of 5**

4 ratings | 2 reviews

| | |
|---|---|
| 5 stars | 0% (0) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 25% (1) |
| 1 star | 75% (3) |

**How seller rating is calculated**

### Showing 1 - 2 of 2 reviews

Aug 3, 2025

**Walmart customer**

False advertising. 12 count only contained one item. Customer service said "sucks for you! have a nice life!"


**Item bought:**
Stackable Collapsible Storage Box, Toy Storage Bin, Clear Plastic, 12-Count Set, For Kids Room, Home Organization, Storage Containers, Durable Plastic, For Living Room, Aestivo Value for Money

Jul 26, 2025

**Walmart customer**

Supposed to ship five pressure washer tips but only one came.


**Item bought:**
Pressure Washer Nozzle Tips, Quick-Connect Spray Tips, Multiple Degree Angles, Durable Stainless Steel, for Outdoor Cleaning, Heavy-Duty Sprayer Attachments, Versatile Garden Tool, Aestivo

**Infringing Evi. 00201**

# 27 TozuoyouZ homesupply shop




Clearance

JUPAOPON

**Beauty Clearance Under $10 Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Dyes Each Containing 300Ml A**

(No ratings yet)

**Actual Color:** A

A $3.99 | B $4.99 | C $8.99 | D $7.99

**About this item**

- New Makeup in New Arrivals
- Beauty Clearance Under $15
- Huge holiday savings
- Gift Set Clearance under 25

View full item details

**At a glance**

| Brand | Features |
|---|---|
| JUPAOPON | hai dye |

View all specifications

**Now $3.99** ~~$5.49~~

You save $1.50

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 18 $4.49 | Not available | Not available |

261 Fulton St SW Change

**Infringing Evi. 00203**

Arrives by **Fri, Jul 18**, Order within | More options

Shipping fee $4.49

Sold and shipped by TozuoyouZ homesupply shop

(2.5) 44 seller reviews

**Free 30-day returns** Details

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty




Options

Sponsored

**$9.47**

Garnier Olia Oil Powered Permanent Hair Color, 3.11 Darkest Platinum Brown

Save with W+

Shipping, arrives **in 2 days**



Options

+3 options

**$17.99** +$6.50 shipping

New Year Savings Under $10 Black Dong Ethnic Bubble Hair Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Each Containing30Ml C

Shipping, arrives **in 3+ days**




+ Add

Sponsored

**$18.00**

Bigen Permanent Powder Hair Color 3-Pack: 48 Dark Chest

Report incorrect product information

Clearance



Options

**$6.85** +$4.99 shipping

More options from $5.99

Kokovifyves Clearance Sales!Natural Plant Hair Color Change， A Box of 10 Bags of Bubble Hair Dye, Each Containing 200ml

Shipping, arrives **in 3+ days**

Best seller




+ Add

Sponsored

**$14.99**

L'Oreal Paris Excellence Triple Protection Permanent Hair Color Crème, Dark Blonde [7], 1 Each

Shipping, arrives **in 3+ days**




+ Add

Sponsored

**Now $16.99** ~~$21.07~~

Revlon Colorsilk #57 Lightest Golden Brown (Pack of 3)

★★★★★ 1

Save with W+

Shipping, arrives **in 2 days**

### Customer ratings & reviews

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00204**

Clearance



Options

**Now $1.29** ~~$1.49~~ +$5.90 shipping

Clearance!DHALL Hair Care Hairline Powder Hair Root Dye Instant Hair Dye Shadow Cover Gray Hair Root Hair Touching Up Paint Thin Hair Powder To Modify The Forehead

★★★★★ 1

Shipping, arrives **in 3+ days**

Clearance



Options

**Now $4.15** ~~$10.12~~ +$3.00 shipping

Barsme Semi Permanent Hair Color - Vegan And Cruelty-Free Silver Hair Dye, Long-Lasting Color Locking And Nourishing Plant Extracts Hair Care Trend Hair Color

Shipping, arrives **in 3+ days**

Reduced price



Options

**Now $3.57** ~~$4.80~~ +$5.49 shipping

Salon Reusable Hair Colouring Highlighting Dye Cap Hat H Extension Care Products Organic Hair Color Hair Wax Color

Shipping, arrives **in 3+ days**



Options

**$8.89** +$4.99 shipping

More options from $8.49

Hot Discounts, Natural Hair Color Changer, 10-Pack 200ml Dye Bags, Plant-Based formula, Safe Application, for Home Use, Temporary Color, Vegan Hair Dye, Easy Application, Aestivo Limited Stock

Shipping, arrives **in 3+ days**




Options

**$14.88**

Natural Plant Hair Color Change， A Box Of 10 Bags Of Hair Dye, Each Containing 200ml

Shipping, arrives **in 3+ days**




Options

**$8.89** +$5.99 shipping

More options from $8.29

Liquidation & Promo, Hair Color Change Box, 10 Bags Of Dy Trendy Hair ments, for Home Use, Safe Ingredients, Profes

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00205**

## 1. Shipping, arrives by Thu, Jul 17

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)**
Edit

House

### Items details
Hide details

**Arrives by Thu, Jul 17**
1 item

Sold and shipped by TozuoyouZ homesupply shop
$4.49 seller shipping fee



Beauty Clearance Under $10 Natural Plant Hair Color Change A Box Of 10 Bags Of Bubble Hair Dyes Each...
Actual Color: A

$1.50 from savings

**$3.99**
~~$5.49~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$5.49~~ |
| **Savings** | **-$1.50** |
| | $3.99 |
| Seller shipping | $4.49 |
| **Estimated taxes** | $0.75 |
| **Estimated total** | **$9.23** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ **Learn more**

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00206**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




**3. Text updates for this order**

**Infringing Evi. 00207**

# TozuoyouZ homesupply shop

Room H802, 5th Floor, Jinxing Building 1 Hanjing Road, Tianhe District, Guangzhou guangzho, GD 510630, CN

Contact business | (+86) 13352982152

**Seller Reviews**

View all

2.6 out of 5

60 ratings | 12 reviews

**About the seller**

View more

Business Name: guangzhou honghewei maoyi Co., Ltd

Report an issue with this seller

Featured

Shop all

## Top picks from seller



+ Add

**Now $17.69** ~~$35.22~~ +$2.99 shipping

2-Pack Solar Small Christmas Trees for Outdoor Decorations, 20 LED Artificial Prelit Christmas Tree, Solar Powered Mini Xmas Tree with Lights for Outside Pathway Porch Yard Christmas Decor

148



+ Add

**Now $12.49** ~~$15.38~~ +$2.99 shipping

Pre-Lighted Christmas Swag with Ribbon Bow Red Berries for Mailbox,Front Door,Window,Outdoor Stair Decoration

11



+ Add

**Now $7.98** ~~$16.96~~ +$1.99 shipping

GlobaShun Consensuts Multi Function Spoon, 2-in-1 Multi-function Spatula Spoon, Cooking Spoon for Nonstick Cookwares, Silicone Cooking Utensils for Kitchen, Multifunction Spoon for Mixing

5

**Seller reviews**

2.6 out of 5

60 ratings | 12 reviews

| | |
|---|---|
| 5 stars | 30% (18) |
| 4 stars | 8% (5) |
| 3 stars | 5% (3) |
| 2 stars | 2% (1) |
| 1 star | 55% (33) |

How seller rating is calculated

**Showing 1 - 5 of 12 reviews**

Dec 24, 2025

Walmart customer

Came as expected and merchandise was in good shape.

**Item bought:**
RABBITH Fishing Pliers Gripper Metal Fish Control Clamp Claw Tong Grip Tackle Tool Control Forceps for Catch Fish Fishing Accessories

Dec 22, 2025

Walmart customer

I did not receive my tree it was a gift for my neighbor I would like to speak to a representative the tree was supposed to be hear today and I got no call or picture sent

**Item bought:**
Mini Christmas Tree with Lights, 2ft Tabletop Christmas Tree, Small Artificial Xmas Tree with Star Treetopper, LED String Light & Hanging Ornaments, for Holiday Indoor DIY Christmas Decor

Dec 2, 2025

Walmart customer

Misleading pictures and description. item does not appear to be as small as it is in the picture.

**Item bought:**
Umbrella holder for entryway | umbrella stands for entryway | Keep Your Floors Dry and Tidy with our Indoor Umbrella Stand | Stylish Umbrella Rack | Convenient Umbrella Storage Solution Brown

**Infringing Evi. 00208**

Jun 24, 2025

**Walmart customer**

buyer beware. i ordered jean overalls and they sent me pink one. i would not order from them. they cant get the order right.

**Item bought:**
Fashion Women Casual Cold Shoulder Jumpsuit Solid Suspender Jumpsuits Wide Pocket Leg Pant

Feb 15, 2025

**Walmart customer**

very poor ,,got here late..service and quality..very bad .

**Item bought:**
Bdfzl Flannel Shirts for Women & Girls Long Sleeve Buffalo Plaid Tops Womens Button Down Shirts Western Plaid Shirts for Women

View all reviews (60)

# 28 YOFOKO Shop






DEUUZHENQI

**10-Pack Natural Plant Hair Dye, 200ml Each, 3-in-1 Hair Color, Shampoo, and Conditioner for Easy and Gentle Hair Coloring at Home**

(No ratings yet)

**Actual Color:** 1Box

| 1Box $6.99 | 2box $8.99 | 3box $9.99 |
|---|---|---|

**About this item**

- Hair Color and conditioning 3 in 1: Our 3-in-1 Plant Extract For Hair Color as a , hair shampoo, and hair conditioner, saving you and money your hair care routine.
- Mild Plant Hair Shampoo: Just keep your hair dry, and apply the shampoo evenly, the coloring hair effect will show immediately.
- Easy to Use: Plant Hair Shampoo No need to mix in and hassle- to hair at home, super easy and to apply. wear gloves and apply it to your hair, and wait for 10-25 min to wash it clean.
- Plant Extract for Hair Color : Hair Color Shampoo, nourishes the scalp and supplements the nutrients needed by the hair.
- Safe for Men and Women: Our Plant Extract For Hair Color is safe and effective for both men and women.

View more

**At a glance**

| Brand | Count |
|---|---|
| DEUUZHENQI | 1 |

View all specifications

**$6.99**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 18 $3.99 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 18**. Order within | More options

**Infringing Evi. 00211**

Shipping fee $3.99

Sold and shipped by YOFOKO Shop
(2.7) 14 seller reviews

**Free 30-day returns** Details

Add to list | Add to registry

## About this item

Product details

Specifications

Warranty

Warnings



+ Add

**$12.49**

AOWOO 17 Pieces Professional Salon Hair Dye Kit, Hair Bleach Kit Hair Coloring Tool with Hair Dye Brush, Hair Color Bowl, Necessary Hair Coloring Tools for Salon Hairdressing & DIY at Home

27

**Save with** W+

Shipping, arrives **in 2 days**

Clearance



+ Add

+2 options

Black Hair Dye Shampoo 3 in 1 for Gray Hair, Herbal Hair Dye Natural Shampoo, Instant Hair Color Shampoo for Women Men Grey Hair Coverage 500ml

23

**Save with** W+

Shipping, arrives **in 2 days**



Options

**$7.99** +$6.99 shipping

Options from $7.99 – $8.99

Natural Plant Hair Dyeing Cream Gentle Scalp Treatment w Pack,Safe for Men and Women,Easy to Use Home Hair Colo

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00212**



Options

**$15.39** +$4.99 shipping

Plantt Hair Dye Natural Plantt Hair Dye Plantt Hair Dye Shampoo Pure Extract for Hair Color Dye Natural




Options

**$14.88**

Natural Plant Hair Color Change，A Box Of 10 Bags Of Hair Dye, Each Containing 200ml



Options

**$11.99**

Qihua Bubble Plantt Hair Dye Natural Plantt Hair Dye Plantt

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- 5t Argan Oil Hair Color
- Hair Ethnic
- Lavender Hair
- Clairol
- Styling Products
- All Klorane
- Blue Lavender Hair
- Corinto Color
- Oops Hair
- Creme of Nature Hair Care
- Hair Coloring Wax
- Styling

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00213**

## 1. Shipping, arrives by Thu, Jul 17

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Thu, Jul 17** 1 item

Sold and shipped by YOFOKO Shop
$3.99 seller shipping fee



10-Pack Natural Plant Hair Dye, 200ml Each, 3-in-1 Hair Color, Shampoo, and Conditioner for Easy and...
Actual Color: 1Box

**$6.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $6.99 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.98 |
| **Estimated total** | **$11.96** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

ⓘ One or more items in your cart are not eligible for OnePay Later.

**Infringing Evi. 00214**

**OnePay Later**
Powered by Klarna

No credit impact to apply

Apply Now

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

Infringing Evi. 00215

## YOFOKO Shop

guangzhoushitianhequxiancunlu11hao1310fang
guangzhoushi, GD 510623, CN

Contact seller | (+86) 15567970957

### Seller Reviews

View all

2.7 out of 5

14 ratings | 6 reviews

### About the Store

View more

Business Name: guangzhouwangkaiyuemaoyiyouxiangongsi

Featured

Shop all



+ Add

**$3.80** +$2.89 shipping

Wide Jaw Opening Anti-Splash Slanted Nail Clipper, Wide Jaw Opening Anti-Splash Slanted Nail Clipper, Slanted Nail Clippers, Long Handle Curved Blade for Seniors Adult

7



+ Add

**Now $8.99** ~~$9.99~~ +$4.99 shipping

Eye Steam Therapy Device with Hot/Cold Modes - Relieve Dry Eyes & Puffiness - Portable Moisturizing Tool



+ Add

**$7.99** +$1.99 shipping

Multifunction Car Anti-Slip Mat Auto Universal Phone Holder, Rotatable Anti Skid Car Dashboard Pad with Temporary Parking Numbe and Large Pad for Phones Sunglasses Keys Gadgets

### Seller reviews

2.7 out of 5

14 ratings | 6 reviews

| | | |
|---|---|---|
| 5 stars | | 29% (4) |
| 4 stars | | 14% (2) |
| 3 stars | | 7% (1) |
| 2 stars | | 0% (0) |
| 1 star | | 50% (7) |

How seller rating is calculated

**Showing 1 - 5 of 6 reviews**

Jun 11, 2025

Walmart customer

My apologies I thought that my items never arrived and I was a bit confused because I ordered the same product from two different people but I did receive it and thank you

**Item bought:**
Goli Ashwagandha & Vitamin D Gummy - Mixed Berry, KSM-66, Vegan, Plant Based, Non-GMO, Gluten-Free & Gelatin Free. America's #1 Ashwagandha Brand

Apr 28, 2025

Walmart customer

WOULD GIVE ZERO STARS WAITED close to a month fo one tablet (NOT 12 AS ADVERTISED) DO NOT ORDER FROM THIS VENDOR_ A JOKE AND DECEPTIVE

**Item bought:**

Apr 6, 2025

Walmart customer

I've written to the company 3 times and they haven't sent the instructions on how to sew the pieces together. I'm disappointed with that and I need the instructions. Thank you.

**Item bought:**
Memory Bear Template Ruler Set with Instructions, Memory Bear Sewing Patterns Template, Acrylic Template Quilting Cutting Set for Sewing Bear

**Infringing Evi. 00216**

Apr 3, 2025

**Walmart customer**

have sent email asking about instructions. no reply. have tried calling and can not get through. this was a waste of money

**Item bought:**
Memory Bear Template Ruler Set with Instructions, Memory Bear Sewing Patterns Template, Acrylic Template Quilting Cutting Set for Sewing Bear

Mar 19, 2025

**Walmart customer**

Seller needs to follow their description of their product. Sad. Failure to produce what they are selling

**Item bought:**
Memory Bear Template Ruler Set with Instructions, Memory Bear Sewing Patterns Template, Acrylic Template Quilting Cutting Set for Sewing Bear

View all reviews (14)

**Infringing Evi. 00217**

# 29 Yun's Shop




Niceme

**Cheap and Cheerful! Niceme Hair Care Hair Dye Gentle and Non Irritating Plant Based Bubble Hair Dye for Lazy Household Hair Available In Four Colors 150ml**

(No ratings yet)

**Actual Color:** Coffee

Black $4.24 | Brown $5.09 | **Coffee** **See more seller options**

**About this item**

- [Natural Ingredients] - The new natural plant hair dye uses a natural plant formula to ensure no irritation to the scalp, a natural , and no harm to the hair.
- Fast black hair dye - a new type of natural plant hair dye that is easy to use and allows you to dye your hair at home. Just wear gloves and use it like regular shampoo, just wait 15-30 minutes to achieve the desired hair colo
- [Suitable for all hair types] - The new natural plant hair dye is suitable for all hair types, providing effective coverage for dense, sparse, straight or wavy hair textures. Use with confidence.
- 【User friendly】 - No need for a bowl or brush, just wear plastic gloves, apply instant hair color shampoo to your hair, massage for 5-10 minutes, and rinse thoroughly with water after 15 minutes.
- Plant Bubble Hair Color Shampoo - Unlike traditional hair dye shampoos, the new natural plant hair dye will produce sufficient bubbles and will not cause discoloration of your skin.

View more

**At a glance**

| | |
|---|---|
| **Brand** Niceme | **Hair product form** Shampoo |
| **Hair color cat** Black | **Rec. use** Health and Beauty |

View all specifications

See more seller options

Add to list | Add to regist

**More seller options (1)**

Starting from $5.09 Compare all sellers

## About this item

Product details

Specifications

Indications

**More seller options**

**Currently viewing**
Cheap and Cheerful! Niceme Hair Care Hair Dye Gentle and Non Irritating Plant Based Bubble Hair Dye for Lazy Household Hair Available In Four Colors 150ml

Shipping to Atlanta, 30312

**$5.09**

Shipping ($9.90), **arrives by Thu, Jul 10** to 261 Fulton St SW

Sold and shipped by Yun's Shop

**Free 30-day returns** Details

Add to cart

**Infringing Evi. 00219**

Directions

Warranty

Warnings

Clearance



Options

+6 options

**$4.62** +$3.99 shipping
Options from $4.62 – $5.44

Color Hair Wax Temporary Hair Dye Cream for All Hair Types | Long-Lasting Vibrant Color & Strong Hold | Easy Wash Out | Nourishing Natural Formula | 100g | Non-Damaging Hair Styling Solution

Shipping, arrives **in 3+ days**



Options

**$7.90**
More options from $7.74

Hunyinhhh Temporary Instant Unisex Natural Hair Color Wax Mud Washable Tintes De Pelo Para Mujer Goo Dye Young Hair Dye Organic Hair Color Brunette Hair Dye Keratin Natural Instincts Hair Color

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Options

**$20.99** +$5.90 shipping

Hair Dye, Gentle and Non Irritating Plant Based Bubble Hair Dye for Lazy Household Hair Available in Four Colors 150ML, 1Xeelhoe Hair Dye Set (Including 10 Packs of Hair Dye) Clearance

Shipping, arrives **in 3+ days**



+ Add

**$20.99** +$5.90 shipping

Hair Dye off Promotions! Gentle and Non Irritating Plant Based Bubble Hair Dye for Lazy Household Hair Available in Four Colors 150ML, Deals!

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

Cassia Hair
Naked By Essations
Btz Beyond The Zone
Design Essentials
Styling
Scalp Masks
Fountain Mighty Root
Ivy Hair
Blue Silk Agent Provocateur
Styling
Black Owned Edge Gel
Premium Hair Masks

Beauty / Hair Care / Hair Color / All Hair Color

**More seller options**



**Currently viewing**
Cheap and Cheerful! Niceme Hair Care Hair Dye Gentle and Non Irritating Plant Based Bubble Hair Dye for Lazy Household Hair Available In Four Colors 150ml

Shipping to Atlanta, 30312

**$5.09**

Shipping ($9.90), **arrives by Thu, Jul 10** to 261 Fulton St SW

Sold and shipped by Yun's Shop

**Free 30-day returns**

**Infringing Evi. 00220**

## 1. Shipping, arrives by Thu, Jul 10

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives by Thu, Jul 10** 1 item

Sold and shipped by Yun's Shop
$9.90 seller shipping fee



Cheap and Cheerful! Niceme Hair Care Hair Dye Gentle and Non Irritating Plant Based Bubble Hair...
Actual Color: Coffee

**$5.09**

Remove − 1 +

**Subtotal** (1 item) $5.09
Seller shipping $9.90
**Estimated taxes** $1.33

**Estimated total** **$16.32**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00221**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

Infringing Evi. 00222

# Yun's Shop

guangzhoushitianhequcencunshengtangdajie14hao
guangzhoushi, GD 510630, CN

Contact seller | (+86) 13043490753

## Seller Reviews

View all

3 out of 5

4 ratings | 0 reviews

## About the Store

View more

Business Name: guangzhoushihengjiangqidianzishangwuyouxiangongsi

Featured Shop all

## Seller reviews

3 out of 5

4 ratings | 0 review

| | | |
|---|---|---|
| 5 stars | | 50% (2) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 50% (2) |

How seller rating is calculated

View all reviews (4)

Infringing Evi. 00223

# 30 QingHongZeng




Unbranded

**Qihua Bubble Plantt Hair Dye Natural Plantt Hair Dye Plantt Bubble Hair Dye Shampoo Pure Extract for Hair Color Bubble Dye Natural Black Chestnut Brown Coffee Black Teal Hair Color 200ml**

(No ratings yet)

1
$11.99

**About this item**

- Overtone Hair Color Color Depositing Conditioner Hair Gloss Keratin Hair Color Hair Fibers for Thinning Hair Foam Hair Color Coloring Shampoo Color Shampoo Beard Tint Hair Lightener Hair Color Spray Color Depositing Shampoo 30 Volume Developer Color Conditioner for Hair Hair Wax Color Cleansing Conditioner Hair Hair Fiber Natural Instincts Hair Color Hair Color Wax Overtone Hair Color Conditioner Color Remover for Dyed Hair Temporary Hair Color for Kids Hair Color Natural 4n Hair Fibers Hair Chalk for Girls Foam Hair Color for Dark Hair 40 Volume Developer Hair Color Shampoo Hair Color Lot Mens Hair Color Womens Hair Color Kits Salon Care 40 Organic Hair Color Temporary Hair Color Spray Glaze Hair Gloss Matrix Total Results Natural Color for Hair Hair Glaze Beauty Products Hair Color Hair Toner for Hair Satin Hair Color 5ng Hair Lightener for Dark Hair Rose Shampoo Chestnut Hair Color 5 Hair Building Fibers Caramel Hair Color Color Depositing Shampoo And
- Cost-effective And Economical: With Its Generous Quantity And Multiple-use Capability, The Plantt Hair Dye Offers Excellent Value For . You Can Achieve Multiple Hair Color Applications From Just One , Making It A Cost-effective Choice For Those Who Want To Experiment With Different Looks Or Maintain Their Color Over . as I Am Curl Color Hair Fiber Spray Hair And Developer Color for Hair Wiglets Hairpieces for Thinning Hair Womens Hair Coloring No Limits Hair Color Boreal Hair Coloring Developer 40 Take 5 Hair Color Hair Chalk for Kids
- Natural Ingredients: The Plantt Hair Dye Is Made From Pure Extracts, Ensuring A Natural And Gentle Hair Coloring Experience. By Avoiding Harsh Chemicals, This Dye Helps To Minimize Damage And Maintain The Health Of Your Hair.
- Long-lasting And Colors: The Plantt Hair Dye Is A Natural -based Hair Dye That Provides Long-lasting And Colors. With Each Containing 10 Packets, Each Packet Has 20ml Of Dye, Ensuring You Have Plenty Of Product For Multiple Uses....

View more

**At a glance**

| Brand | Condition |
|---|---|
| Unbranded | New |

View all specifications

**$12.99**

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 16<br>Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Wed, Jul 16**, Order within | More options

**Infringing Evi. 00225**

Sold and shipped by QingHongZeng

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients




+ Add

Sponsored

**$12.73**

Zenia 100% Pure Indigo Powder and Henna Powder Hair Color Combo Kit | for Coloring Hair and Beard Black | 100 Grams Each | All Natural, Chemical Free, PPD-free, Ammonia-free

18

Shipping, arrives **in 3+ days**



Options

**$7.90**

More options from $7.74

Hunyinhhh Temporary Instant Unisex Natural Hair Color Wax Mud Washable Tintes De Pelo Para Mujer Good Dye Young Hair Dye Organic Hair Color Brunette Hair Dye Keratin Natural Instincts Hair Color

Shipping, arrives **in 3+ days**



Options

**$11.53**

Youyingggg Gray Violet Transformative Hair Color Shampo For Dark Hair Platinum Blonde Hair Dye Nice And Easy Hair

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash




+ Add



+ Add




+ Add

**Infringing Evi. 00226**

**$48.97**
Natural Plant Hair Dye"New_Botanical Bubble Hair Dye 20Ml -Shampoo-Black ?2024
Shipping, arrives **in 3+ days**

**$11.76**
Natural Black Plant Bubble Hair Dye Hair You Can Make Your Own Happy Hair Dyeing Cream Miao Dong Unisex
Shipping, arrives **in 3+ days**

**$27.62**
Natural Bubble Plant Hair Dye Shampoo Hair Dye Shampoc
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00227**

## 1. Free shipping, arrives by Tue, Jul 15

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Tue, Jul 15** 1 item

Sold and shipped by QingHongZeng
Free shipping



Qihua Bubble Plantt Hair Dye Natural Plantt Hair Dye Plantt Bubble Hair Dye Shampoo Pure Extract for...
Count Per Pack: 1

**$12.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $12.99 |
| Shipping | Free |
| **Estimated taxes** | $1.16 |
| **Estimated total** | **$14.15** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00228**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00229**

# QingHongZeng

GuangZhouShiZengChengQuXinTangZhenDongKengSanHengLu40Hao301ShiA440Hao
GuangZhouShi, GD 511340, CN

Contact seller | (+86) 19129356713

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: guangzhoushiqihuamaoyiyouxiangongsi

Featured Shop all

## Seller reviews

This seller doesn't have any reviews yet.

Infringing Evi. 00230

# 31 FanShiMao






Ashosteey

**Ashosteey Bubble Plant Hair Dye Natural,New Botanical Bubble Hair Dye ,Hair Dye for Gray Hair Coverage,Fruitcolor Hair Dyeing Cream Natural Plant Hair Dye Shampoo for Women Men**

(No ratings yet)

**Actual Color:** D

A See more seller options | C $13.20 | D $13.60

### About this item

- [Instant Black Hair Dye] This Plant Bubble Hair Dye Shampoo is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 10 minutes, you will get the hair color you want.
- [Color Conditioner Shampoo] Gentle and nourishing to the scalp, also protects your scalp from drying out, locks in moisture and shine, and controls frizz.Unlike the traditional hair color shampoo, natural plant hair dye shampoo creates rich bubbles that won't stain your skin.
- [Gentle & Safe] Different from traditional hair dye. Herbal essence formula, mild and non-irritating, nourish the scalp and supplement the nutrients needed by the hair.
- [Gray Hair Coverage] Bubble Hair Dye is Suitable for all types of hair, including thick, fine and normal-density hair, as well as straight or curly hair textures. Effectively cover gray hair, you will no longer be affected by gray hair.
- [Easy To Use] Requiring no bowl or brush, just put on plastic gloves, apply the instant hair dye shampoo on your hair, massage for 5- 10 minutes , After 20 Minutes Rinse Well With Clean Water. Finally You Will Have Shiny Color Hair You Like.

View more

### At a glance

| | | |
|---|---|---|
| **Brand** Ashosteey | **Hair color shade** Black | **Count** 1 |
| **Hair product form** Creams | **Hair type** All Hair Types | **Hair color cat** Black |

View all specifications

**$13.60**

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping** Arrives Jul 11 $4.99 | Pickup Not available | Delivery Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 11**. Order within | More options

Shipping fee $4.99

**Infringing Evi. 00232**

Sold and shipped by FanShiMao

(2.2) 13 seller reviews

Free 30-day returns Details

Add to list

Add to registry

## About this item

Product details

Specifications

Indications

Directions

Warranty

Warnings




Options

+3 options

**$6.49** +$3.99 shipping

BGZLEU Natural Plant Hair Dye, Pure Plant Extract for Hair Color Bubble Dye, New Botanical Bubble Hair Dye-Set of 10 bags（10*30ml）

1

Shipping, arrives **in 3+ days**

Reduced price



Options

**$7.28** +$5.97 shipping

Options from $7.28 – $8.17

Natural Plant Hair Dye Bubble New Botanical.Based-for Bubble Grey Dye Color C3K5

Shipping, arrives **in 3+ days**



Options

**Now $7.21** ~~$8.24~~ +$3.26 shipping

Options from $7.21 – $7.93

Natural Plant Hair Dye, 2024 New Botanical Bubble Hair Dye Natural Plant Hair Dye Shampoo for Women & Men (Coffee)

4

Shipping, arrives **in 3+ days**

Report incorrect product information



Options

+2 options

**$10.07** +$4.26 shipping

Options from $10.07 – $11.00

Natural Plant Hair Dye Bubble New Botanical Based for Grey-Hair Color Bubble-Dye Q5F8

Shipping, arrives **in 3+ days**



Options

**$13.81** +$1.26 shipping

More options from $13.44

PESSLOK Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml x 10 packs Shampoo

Shipping, arrives **in 3+ days**



Options

**$8.29** +$5.18 shipping

More options from $6.02

Penkiiy Bubble Plant Hair Dye Natural,New Botanical Bubbl Hair Coverage,Fruitcolor Hair Dyeing Cream Natural Plant H

Shipping, arrives **in 3+ days**

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00233**




+ Add

**$32.45**

Garnier Olia Oil Powered Permanent Haircolor, Medium Blonde 8.0, 1 Kit, 2 Pack

568

Shipping, arrives **in 3+ days**



+ Add

**$15.34**

Clairol Professional Creme Permanente Hair Color (9V - Lavender Sugar)

162

Shipping, arrives **in 3+ days**



+ Add

**$17.65**

Clairol Balsam Color Haircolor, Level 3, Medium Dark Brown

Shipping, arrives **in 3+ days**




+ Add

**$48.97**

Natural Plant Hair Dye"New_Botanical Bubble Hair Dye 20Ml -Shampoo-Black ?2024

Shipping, arrives **in 3+ days**



+ Add

**$11.76**

Natural Black Plant Bubble Hair Dye Hair You Can Make Your Own Happy Hair Dyeing Cream Miao Dong Unisex

Shipping, arrives **in 3+ days**



Options

**$12.99**

More options from $11.99

Qihua Bubble Plantt Hair Dye Natural Plantt Hair Dye Plantt Color Bubble Dye Natural Black Chestnut Brown Coffee Bla

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Urban Alchemy Hair
- Design Essentials Honey Creme Shampoo
- Shikakai Powder Hair
- Design Essentials
- Hair
- Black Owned Edge Gel
- Eden Organic Collection
- Taraji P Henson Hair Products
- Hair Japan
- Uncle Funky's Daughter
- Amika
- Black Owned Hair Care

Beauty / Hair Care / Hair Color / Conditioning Hair Color

**Infringing Evi. 00234**

## 1. Shipping, arrives by Thu, Jul 10

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Thu, Jul 10** 1 item

Sold and shipped by FanShiMao
$4.99 seller shipping fee



Ashosteey Bubble Plant Hair Dye Natural,New Botanical Bubble Hair Dye ,Hair Dye for Gray Hair...
Actual Color: D

**$13.60**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $13.60 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $1.65 |
| **Estimated total** | **$20.24** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00235**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

## FanShiMao

TianHeQuTangDongDongLu11Hao4LouB1181
GuangZhouShi, GD 510665, CN

Contact seller | (+86) 18923712950

### Seller Reviews

View all

2.2 out of 5

17 ratings | 5 reviews

### About the Store

View more

Business Name: GuangZhouFanShiMaoYiYouXianGongSi

Featured Shop all



+ Add

Now $2.58 ~~$16.78~~ +$4.99 shipping

Lenkho Foldable 10 Bottle Wooden Stackable Wine Cellar Racks Storage Racks Countertop

2



+ Add

$10.88 +$4.99 shipping

Ashosteey Air Conditioner Duster Remover,Dusting Cleaner and Air Vent Cleaner,SBlinds Air Conditioner Keyboard Fan Duster Dirt Housekeeping Cleaner



+ Add

Now $10.94 ~~$25.21~~ +$4.99 shipping

Lenkho Gorgeous Peacock Wreath Eye-catching Peacock Wreath Decoration Peacock Opening Screen

1

### Seller reviews

**2.2 out of 5**

17 ratings | 5 reviews

| | | |
|---|---|---|
| 5 stars | | 24% (4) |
| 4 stars | | 6% (1) |
| 3 stars | | 0% (0) |
| 2 stars | | 6% (1) |
| 1 star | | 65% (11) |

How seller rating is calculated

**Showing 1 - 5 of 5 reviews**

Jul 3, 2025

Walmart customer

this is a tiny desk fan that ran one day and stopped. piece of crap



**Item bought:**
Bilqis Tower Fan for Bedroom – Oscillating Tower Fan with Remote Control – Indoor Quiet Fan, 24-Hour Timer Tower Fan Led Bladeless Fan Tower Electric Fan Mini Vertical Conditioner

Feb 23, 2025

Walmart customer

Item is not as shown/advertised Also the package numbers Do Not Match for sellers item. False advertisement as serial numbers are not a match.



**Item bought:**
Beccgirl Sales Clearance Luxury Domineering Exaggerated Gold Full Diamond Round Men's Jewelry

Dec 7, 2024

Walmart customer

did not receive item and seller has not contacted me



**Item bought:**
Beccgirl Chemical Fiber Wig Black Long Hair Small Curly Head Cover Matte High-Temperature Silk

**Infringing Evi. 00237**

★★★★★ Oct 1, 2024

**Walmart customer**

it's cute it looks comfortable I said they're description for the side of the dog this was not good

**Item bought:**
Ashosteey Waterproof Donut Dog Bed,Plush Anti-Anxiety Donut Dog Bed for Small Medium Large Dogs, Warming Cozy Soft Cute Round Washable, Marshmallow Cuddler Nest Pet Bed

★☆☆☆☆ Sep 18, 2024

**Walmart customer**

Not as pictured. Ridiculously thin. Not a cushion at all. No wonder it's on clearance. Don't purchase

**Item bought:**
Ashosteey Home Collection Rocking Chair Cushion Premium Tufted Pads Non Skid Slip Backed,Back Chair Cushion Indoor Outdoor Back Chair Cushions for Outdoor Furniture Chairs

View all reviews (17)

**Infringing Evi. 00238**

# 32 yueqingbaihuo / BrightBurst




Yueqing

**YUEQING Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream**

(No ratings yet)



$23.99

### About this item

- This HUANG YI Bubble Plant Hair Dye is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 40 minutes, you will get the hair color.
- Say goodbye to gray hair troubles! Our hair color shampoo works wonders on all hair types, providing comprehensive coverage for thick, fine, straight, or curly hair, ensuring a consistent and vibrant result.
- Our plant-based hair dye is derived from natural sources, ensuring that you avoid damage your hair. Say goodbye to grey hair with our plant-based hair dye.
- No need to mix in advance and hassle-free to dye hair at home, super easy and quick to apply. Wear the gloves an evenly application to your hair. Wait for 40 min to wash it clean. Save time and effort, very convenient to use.

View more

### At a glance

| Brand | Hair color shade | Hair color cat |
|---|---|---|
| Yueqing | Black | Black |

| Condition |
|---|
| New |

View all specifications

**$23.99**

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 8 Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 8**. Order within | More options

**Infringing Evi. 00240**

Sold and shipped by yueqingbaihuo

Add to list | Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients

Best seller



Options

$14.99

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo Black Hair Dye Shampoo,Natural Plant Hair Dye Shampoo,Hair Color for Gray Hair Coverage,Long Lasting Hair Color Shampoo for Men & Women

63

Save with W+

Shipping, arrives **in 2 days**



Options

+2 options

$16.50

Options from $16.50 – $17.59

Meidu Dark Brown Hair Dye Shampoo 3 in 1 for Grey Hair Shampoo Para Canas Mujer Hair Color Shampoo for Women & Men - Herbal Ingredients Natural Plant Hair Dye in Minutes 500ML

12

Shipping, arrives **in 3+ days**



Options

$12.99 +$5.99 shipping

More options from $7.89

Nova Hair Dye Shampoo, Nova Hair Instant Dye Shampoo, F Women, Hair Color Solution with Gray Coverag

13

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



+ Add

$32.99



+ Add

Infringing Evi. 00241



+ Add

$32.99

YZL Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

QIUDUI Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble H
Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00242**

## 1. Free shipping, arrives by Mon, Jul 7

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Mon, Jul 7** 1 item

Sold and shipped by yueqingbaihuo
Free shipping



YUEQING Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Househol...
Size: 1pcs

**$23.99**

Remove − 1 +

**Subtotal** (1 item) $23.99
Shipping Free
**Estimated taxes** $2.14

**Estimated total** **$26.13**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

OnePay Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00243**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00244**



# BrightBurst

guangzhoushizengchengquxintangzhendonghuacunyulingshanyilu8hao202fang
guangzhoushi, GD 511340, CN

Contact business | (+86) 19821922571

## Seller Reviews

View all

**1 out of 5**

1 ratings | 0 reviews

## About the seller

View more

Business Name: guangzhouyueqingbaihuoyouxiangongsi

Report an issue with this seller

**Featured** Shop all

## Seller reviews

**1 out of 5**

1 rating | 0 review

| | | |
|---|---|---|
| 5 stars | | 0% (0) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 100% (1) |

**How seller rating is calculated**

**View all review (1)**

**Infringing Evi. 00245**

# 33 Keri




FHK

**FHK Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream,1pcs**

(No ratings yet)

$23.99

**About this item**

- This HUANG YI Bubble Plant Hair Dye is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 40 minutes, you will get the hair color.
- Say goodbye to gray hair troubles! Our hair color shampoo works wonders on all hair types, providing comprehensive coverage for thick, fine, straight, or curly hair, ensuring a consistent and vibrant result.
- Our plant-based hair dye is derived from natural sources, ensuring that you avoid damage your hair. Say goodbye to grey hair with our plant-based hair dye.
- No need to mix in advance and hassle-free to dye hair at home, super easy and quick to apply. Wear the gloves an evenly application to your hair. Wait for 40 min to wash it clean. Save time and effort, very convenient to use.

View more

**At a glance**

| Brand | Hair color shade | Hair color cat |
|---|---|---|
| FHK | Black | Black |
| **Condition** | | |
| New | | |

View all specifications

**$23.99**

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 8 Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 8**. Order within | More options

**Infringing Evi. 00247**

Sold and shipped by Keri

Add to list

Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients

Clearance



Options

+2

**Now $3.49** ~~$5.49~~ +$4.90 shipping

More options from $1.29

Cosmug Hair Wax Temporary Instant Unisex Natural Hair Color Wax Mud Washable Moisturizing Modelling Fashion Colorful Hair Color Wax Disposable Natural Hairstyle Hair Color Pomade Dye

3

Shipping, arrives **in 3+ days**

Clearance



Options

+6 options

**$4.62** +$3.99 shipping

Options from $4.62 – $5.44

Color Hair Wax Temporary Hair Dye Cream for All Hair Types | Long-Lasting Vibrant Color & Strong Hold | Easy Wash Out | Nourishing Natural Formula | 100g | Non-Damaging Hair Styling Solution

Shipping, arrives **in 3+ days**



Options

**$8.74**

More options from $8.56

Hunyinhhh Temporary Instant Unisex Natural Hair Color Wa Dye Young Hair Dye Organic Hair Color Brunette Hair Dye K

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Add

**$32.99**



Add

**Infringing Evi. 00248**



Options

**$23.99**

YZL Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

QIUDUI Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

YUEQING Botanical Bubble Hair Dye, Natural Hair Dye, Lazy To-Wash Hair Washing Color Cream
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00249**

## 1. Free shipping, arrives by Mon, Jul 7

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312
Edit

**Delivery instructions (optional)** Edit

House

### Items details

Hide details

**Arrives by Mon, Jul 7** 1 item

Sold and shipped by Keri
Free shipping



FHK Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Eas...
Size: 1pcs

**$23.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $23.99 |
| Shipping | Free |
| **Estimated taxes** | $2.14 |
| **Estimated total** | **$26.13** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00250**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

# Keri

guangzhoushibaiyunquyinxingbeilu8hao202fang
guangzhoushi, GD 510430, CN

Contact seller | (+86) 15238638251

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: guangzhoufanhankangmaoyiyouxiangongsi

**Featured** Shop all




**$14.99**

4 Pairs White Cotton Fingerless Gloves Moisturizing Night, Uv Sun Protection Gloves For Driving,One Size,white




**$19.99**

Lock Sheet Holders Set Of 4, 2025 Upgrade Bed Sheet Holder Fitted Sheet Straps, Heavy Duty Bed Sheet Holder Corner Fitted Sheet Straps Fit All Mattress Size




**$13.99**

3 Pairs Cotton Gloves, White Cotton Moisturizing Gloves For Dry Hands, Fingerless Touchscreen Design For Sleeping Eczema Spa Treatment Overnight Hydration Unisex Size,On...

## Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00252**

# 34 W waga life






jileijar

**10pcs Plant Bubble Hair Dye Natural Plant Hair Dye Lazy People Bubble Dye Hair ~ H5V8**

(No ratings yet)

**Actual Color:** Natural Black



$8.36

**About this item**

10pcs Plant Bubble Hair Dye Natural Plant Hair Dye Lazy People Bubble Dye Hair ~ H5V8

View full item details

**At a glance**

Brand
jileijar

View all specifications

**$8.36**

Price when purchased online

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 11 $4.26 | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Fri, Jul 11**, Order within | More options

Shipping fee $4.26

Sold and shipped by W waga life

(3.8) 80 seller reviews

**Infringing Evi. 00254**

Add to list
Add to registry

## About this item

Product details

Specifications

Warranty

Report incorrect product information




+ Add

Sponsored

**$24.00**

Temporary Hair Color Spray for Kids and Adults Hair Coloring Tool Kit Easy to Apply Hair Dye Spray 6 Colors Crazy Hair Neon Hair Dye Spray , 6 Cans 4oz

14

Shipping, arrives **in 3+ days**

Best seller



Options

**$14.99**

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo Black Hair Dye Shampoo,Natural Plant Hair Dye Shampoo,Hair Color for Gray Hair Coverage,Long Lasting Hair Color Shampoo for Men & Women

63

Save with W+

Shipping, arrives **in 2 days**



+ Add

**$9.53**

Nourishing Hair Dye Spray, Unisex Temporary Hair Colour, F

3

Save with W+

Shipping, arrives **in 2 days**

### Customer ratings & reviews

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00255**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- It Was A Long Time Ago
- Blacklight Hair Products
- Pink Shortlooks
- Design Essentials
- Ive Got Roots
- Fanci Full Rinse White Minx
- Washable Colored Hair Spray
- Black Owned Mousse & Styling
- Festival Hair Accessories
- TPH by Taraji Hair
- Hair Styling
- Festival Hair Styling

Beauty / Hair Care / Hair Color / Temporary Hair Color

**Infringing Evi. 00256**

## 1. Shipping, arrives by Thu, Jul 10

Jesse Finn
Edit

261 Fulton St SW, Atlanta, GA 30312

**Delivery instructions (optional)**
Edit

House

### Items details
Hide details

**Arrives by Thu, Jul 10**
1 item

Sold and shipped by W waga life

$4.26 seller shipping fee



10pcs Plant Bubble Hair Dye Natural Plant Hair Dye Lazy People Bubble Dye Hair ~ H5V8

Actual Color: Natural Black

**$8.36**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $8.36 |
| Seller shipping | $4.26 |
| **Estimated taxes** | $1.12 |
| **Estimated total** | **$13.74** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00257**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

**Infringing Evi. 00258**

# W waga life

songjiangqusijingzhenfangsigonglu18hao2chuang1ceng
shanghai, SH 201601, CN

Contact seller | (+86) 15317080657

## Seller Reviews

View all

3.7 out of 5

83 ratings | 23 reviews

## About the Store

View more

Business Name: shanghairongyuansuixiandianzishangwuyouxiangongsi

Featured

Shop all

## Seller reviews

3.7 out of 5

83 ratings | 23 reviews

| | | |
|---|---|---|
| 5 stars | | 60% (50) |
| 4 stars | | 4% (3) |
| 3 stars | | 7% (6) |
| 2 stars | | 4% (3) |
| 1 star | | 25% (21) |

How seller rating is calculated

### Showing 1 - 5 of 23 reviews

Jul 4, 2025

**Walmart customer**

Very bad experience with this seller. I submitted a cancellation request on 6/25/2025. They still shipped my order on 6/28/2025. My order contains a set of two items but they only shipped one. Refund requested. Will not buy from the seller again.

**Item bought:**

May 27, 2025

**Walmart customer**

It's a very good training tool it would be nice to offer in sets of 4

**Infringing Evi. 00259**



**Item bought:**
2 Pack Dog Whistle to Stop Barking Professional Adjustable Ultrasonic Dog Training Whistle

May 5, 2025

**Walmart customer**

The picture looks like a 3 dimensional figurine. The description says statue but the product is just the picture of the statue covered in acrylic and a bad photo copy of it. The whole piece fits in the palm of my hand. Would not recommend to buy this item. It seems like false advertising with the pictures, but if you read everything it does say acrylic piece and color variations. Even so I still feel like I was deceived.



**Item bought:**
Easter Bunny Table Decor Happy Easter Bunny Eggs Tabletop Ornaments Cute Spring Rabbit Statue Centerpieces Decor for Party Home Holiday Decoration

Apr 23, 2025

**Walmart customer**

Sellers description is vague you think you're getting a small kit but you're only getting four pieces .rather dishonest don't you think



**Item bought:**
No Sewing Snap Fastener Button Leather Bag Clothes Rivet Buttons Coat I7G0

Apr 21, 2025

**Walmart customer**

I have messaged the seller twice ... With no response back to me , at all ... This order was never received by us ...



**Item bought:**
Chicken Wrapped Jerky Beef Twists - snacks, chews, rawhide delicious U9K9 R0H2

**View all reviews (83)**

**Infringing Evi. 00260**

# 35 WWEENN







JQQA

**JQQA Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs**

(No ratings yet)

### About this item

- 【New Botanical Bubble Hair Dye】 This HUANG YI Bubble Plant Hair Dye is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 40 minutes, you will get the hair color.
- 【Effective Gray Hair Coverage】 Say goodbye to gray hair troubles! Our hair color shampoo works wonders on all hair types, providing comprehensive coverage for thick, fine, straight, or curly hair, ensuring a consistent and vibrant result.
- 【Natural】 Our plant-based hair dye is derived from natural sources, ensuring that you avoid damage your hair. Say goodbye to grey hair with our plant-based hair dye.
- 【Easy to Use】 No need to mix in advance and hassle-free to dye hair at home, super easy and quick to apply. Wear the gloves an evenly application to your hair. Wait for 40 min to wash it clean. Save time and effort, very convenient to use. [Warm Tip] -- Our products are made with natural ingredients. Please test on your arm before use and wait for a allergic reaction.

View more

### At a glance

| Brand | Hair color shade | Hair color type |
|---|---|---|
| JQQA | Dark color | Hair Color Toners |
| **Hair color cat** | **Condition** | |
| Black | New | |

View all specifications

## $32.99

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 8 | Not available | Not available |
| Free | | |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 8**, Order within | More options

Sold and shipped by WWEENN

Add to list Add to registry

**Infringing Evi. 00262**

## About this item

Product details

Specifications

Warranty

Ingredients




+ Add

Sponsored

Now $9.29 ~~$12.41~~

Zenia 100% Pure Indigo Powder and Henna Powder Hair Color Combo Kit | for Coloring Hair and Beard Black | 100 Grams Each | All Natural, Chemical Free, PPD-free, Ammonia-free

★★★★☆ 18

Shipping, arrives **in 3+ days**



+ Add

Sponsored

$21.99

Herbishh Black PPD-Free Shampoo for Gray Hair, Travel-friendly Hair Dye Shampoo 3 in 1, 100% Gray Coverage, Permanent Hair Color for Men & Women, Ammonia-free, 30 ml

★★★★★ 268

Save with W+

Shipping, arrives **in 2 days**

Best seller



Options

$14.99

Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo B Shampoo,Hair Color for Gray Hair Coverage,Long Lasting H

★★★★☆ 63

Save with W+

Shipping, arrives **in 2 days**

Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Options

$23.99

HHFZG Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream,1pcs

Shipping, arrives **in 3+ days**



Options

$23.99

WENMENG Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream,1pcs

Shipping, arrives **in 3+ days**



+ Add

$32.90

QIUDUI Botanical Bubble Hair Dye, Natural Hair Dye, Lazy B Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs

Shipping, arrives **in 3+ days**

**Infringing Evi. 00263**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00264**

## 1. Free shipping, arrives by Mon, Jul 7

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Mon, Jul 7** 1 item

Sold and shipped by WWEENN
Free shipping



JQQA Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Eas...

**$32.99**

Remove − 1 +

**Subtotal** (1 item) $32.99
Shipping Free
**Estimated taxes** $2.94

**Estimated total $35.93**

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00265**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




3. Text updates for this order

# WWEENN

guangzhoushibaiyunquxialianggaoqiaoxilu50hao301fang
guangzhoushi, GD 510475, CN

Contact seller | (+86) 15736969811

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: guangzhouwuhongjiamaoyiyouxiangongsi

**Featured** Shop all

## Seller reviews

This seller doesn't have any reviews yet.

# 36 jieke






HHFZG

**HHFZG Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream,1pcs**

(No ratings yet)

**Size:** 1pcs

$23.99

**About this item**

- This HUANG YI Bubble Plant Hair Dye is simple and convenient to use, you can dye hair at home, just need to put on gloves, and use it the same as normal shampoo, wait for only 40 minutes, you will get the hair color.
- Say goodbye to gray hair troubles! Our hair color shampoo works wonders on all hair types, providing comprehensive coverage for thick, fine, straight, or curly hair, ensuring a consistent and vibrant result.
- Our plant-based hair dye is derived from natural sources, ensuring that you avoid damage your hair. Say goodbye to grey hair with our plant-based hair dye.
- No need to mix in advance and hassle-free to dye hair at home, super easy and quick to apply. Wear the gloves an evenly application to your hair. Wait for 40 min to wash it clean. Save time and effort, very convenient to use.

View more

**At a glance**

| Brand | Hair color shade | Hair color cat |
|---|---|---|
| HHFZG | Black | Black |

| Condition |
|---|
| New |

View all specifications

**$23.99**

Price when purchased online

Free shipping

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Jul 15 Free | Not available | Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 15**. Order within | More options

**Infringing Evi. 00269**

Sold and shipped by jieke

Add to list | Add to registry

## About this item

Product details

Specifications

Warranty

Ingredients



Options

+6 options

**$4.30** +$4.99 shipping

More options from $4.09

DONGGWTS Temporary Instant Unisex Natural Hair Color Wax Mud Washable Moisturizing Modelling Fashion Purple Hair Dye Ash Blonde Wig Human Hair Natural Hair Dye Hally Hair Color Silver Hair Dye Hairdye

Shipping, arrives **in 3+ days**



Options

+2

**$9.36**

Youyingggg Temporary Instant Unisex Natural Hair Color Wax Mud Washable Rose Gold Hair Dye Good Dye Young Hair Dye Gray Coverage Hair Dye Hair Coloring Products Highlights Hair Color Kit Hair Due

1

Shipping, arrives **in 3+ days**

Clearance



Options

+6 options

**$4.62** +$3.99 shipping

Options from $4.62 – $5.44

Color Hair Wax Temporary Hair Dye Cream for All Hair Type Easy Wash Out | Nourishing Natural Formula | 100g | Non-D

Shipping, arrives **in 3+ days**

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**



**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash



Options



+ Add



+ Add

**Infringing Evi. 00270**

**$23.99**
WENMENG Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream,1pcs
Shipping, arrives **in 3+ days**

**$32.90**
QIUDUI Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

**$32.99**
JQQA Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bul
Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs
Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00271**

## 1. Free shipping, arrives by Mon, Jul 14

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Mon, Jul 14**

1 item

Sold and shipped by jieke
Free shipping



HHFZG Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Eas...
Size: 1pcs

**$23.99**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $23.99 |
| Shipping | Free |
| **Estimated taxes** | $2.14 |
| **Estimated total** | **$26.13** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $15 when you spend $15+

Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 00272**

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days




**3. Text updates for this order**

**Infringing Evi. 00273**

# jieke

guangzhoushizengchengqupaitanzhengaotancunsanyingsanjie5hao301fang
guangzhoushi, GD 511385, CN

Contact seller | (+86) 17530700515

## Seller Reviews

No reviews yet

## About the Store

View more

Business Name: guangzhouhaohuanfengmaoyiyouxiangongsi

**Featured** Shop all

## Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 00274**

# 37 QIANHONG






Reduced price

HFINGAQEX

# Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml x 10 packs Shampo/ Q5E4

☆ (No ratings yet)

**Actual Color:** Black

Black
$6.53

## About this item

- 【Eco-Friendly and Sustainable】 Made with environmentally conscious practices, this product is eco-friendly and contributes to sustainability efforts. It is designed to minimize waste and reduce environmental impact.
- 【Versatile Functionality】 This product is multifunctional and can be used for a variety of tasks, providing you with the flexibility and convenience needed to handle multiple uses with a single tool.
- 【High-Quality Materials】 Crafted from premium, durable materials to ensure longevity and superior performance. Each product is meticulously tested to meet high standards of quality and safety.
- 【User-Friendly Design】 Ergonomically designed for ease of use, this product offers intuitive controls and a comfortable grip, making it perfect for both beginners and experienced users.
- 【Exceptional Performance】 Engineered for high efficiency and effectiveness, this product delivers outstanding results every time. Its advanced features ensure consistent performance, making it a reliable choice for your needs

View more

## At a glance

| | | |
|---|---|---|
| **Brand** HFINGAQEX | **Hair color shade** Natural Black | **Hair color cat** Black |
| **Condition** New | **Hair length** All Hair Lengths | |

View all specifications

**Now $6.53** ~~$7.69~~

You save $1.16

Price when purchased online

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| | | |
|---|---|---|
| **Shipping** Arrives Jul 8 $5.97 | Pickup Not available | Delivery Not available |

**261 Fulton St SW** Change

Arrives by **Tue, Jul 8** | More options

**Infringing Evi. 00276**

Shipping fee $5.97

Sold and shipped by QIANHONG

(3.7) 166 seller reviews

Free 30-day returns Details

Add to list Add to registry

**More seller options (1)**

Starting from $17.80 Compare all sellers




Add

Sponsored

**Now $10.01** ~~$12.41~~

Zenia 100% Pure Indigo Powder and Henna Powder Hair Color Combo Kit | for Coloring Hair and Beard Black | 100 Grams Each | All Natural, Chemical Free, PPD-free, Ammonia-free

18

Shipping, arrives **in 3+ days**




Add

Sponsored

**$24.98**

2 Pack First Botany Cosmeceuticals Tea Tree Mint Shampoo & Conditioner 16oz e...

24

Save with W+

Shipping, arrives **in 2 days**



Options

**$14.99**

More options from $10.41

No Fade Fresh Color Depositing Conditioner with BondHea Free 6.4 oz - Icy Silver Platinum Hair Color Mask

67

Shipping, arrives **in 3+ days**

## About this item

Product details

Specifications

Warranty

Warnings

Report incorrect product information

**Customer ratings & reviews**

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

**Infringing Evi. 00277**




+ Add

**$31.47**

New Natural Plant Hair Dye"New Botanical Bubble Hair Dye 20Ml X10 Packs -Shampoo

Shipping, arrives **in 3+ days**



+ Add

**$32.99**

YZL Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bubble Hair Dye, Pure Extract, Household Easy-To-Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs

Shipping, arrives **in 3+ days**



+ Add

**$32.90**

GZXH Botanical Bubble Hair Dye, Natural Hair Dye, Lazy Bu
Wash Hair Washing Color Cream (Natural Black)2pcs,2pcs

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

**Related pages**

- Www Argan Oil Hair Color
- Lemon Hair Lightening
- Da Roots
- Styling Products
- Festival Hair Color
- Blonde Collection
- Ancient Veda Products
- Argan Oil Intensity Color
- Color Balancing Hair
- Amika
- Creme of Nature Hair Care
- Black Owned Edge Gel

Beauty / Hair Care / Hair Color / All Hair Color

**Infringing Evi. 00278**

## 1. Shipping, arrives by Mon, Jul 7

Jesse Finn
261 Fulton St SW, Atlanta, GA 30312

Edit

**Delivery instructions (optional)**

Edit

House

### Items details

Hide details

**Arrives by Mon, Jul 7** 1 item

Sold and shipped by QIANHONG
$5.97 seller shipping fee



Natural Plant Hair Dye, New Botanical Bubble Hair Dye 20ml x 10 packs Shampo/ Q5E4
Actual Color: Black

$1.16 from savings

**$6.53**
~~$7.69~~

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | ~~$7.69~~ |
| **Savings** | -$1.16 |
| | $6.53 |
| Seller shipping | $5.97 |
| **Estimated taxes** | $1.11 |
| **Estimated total** | **$13.61** |

Have a promo code?

## 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

**OnePay** Wallet Welcome bonus: $15 when you spend $15+ Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Infringing Evi. 00279**

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days





3. Text updates for this order

## QIANHONG

14th Floor, Building 1, No. 339, Jiuxin Road, Jiuting Town, Songjiang District
Shanghai, SH 201615, CN

Contact seller | (+86) 13020207061

### Seller Reviews

View all

3.7 out of 5

172 ratings | 28 reviews

### About the Store

View more

We are a company selling toys, home and health product. We will provide you with the best service and look forward to your coming

Business Name: Shanghai QIanhong Electronic Commerce Co., Ltd

Featured

Shop all



+ Add

**Now $3.31** ~~$6.11~~ +$2.97 shipping

EZLIFE pulunto 10cm Artificial Flower Floating Fake Plant Lifelike Water Lily For Pond Garden Decoration M8I5 Micro Landscape E8E5



+ Add

**$2.53** +$4.97 shipping

Augper Clearance Garden Hose Repair Kit Fittings Mender 3/4 Male and Female Water Hose End Replacement Set Connector with Zinc Clamp

25



+ Add

**Now $9.13** ~~$15.00~~ +$2.97 shipping

50 Sets Mini Jesus Figures Bulk Little Jesus Figurines with 50 Prayer Card 50 Bags Miniature Tiny Jesus Figurine Toys for Religious Party Favors Hide Sunday School Baptism Gifts(Card No.2)

29

### Seller reviews

**3.7 out of 5**

172 ratings | 28 reviews

| | | |
|---|---|---|
| 5 stars | | 56% (97) |
| 4 stars | | 8% (14) |
| 3 stars | | 7% (12) |
| 2 stars | | 3% (6) |
| 1 star | | 25% (43) |

How seller rating is calculated

**Showing 1 - 5 of 28 reviews**

Jul 2, 2025

**Walmart customer**

I ordered 5 boxes of 100 balls. When my ordered arrived I only received 5 individual ball. What a joke!

**Item bought:**

May 21, 2025

**Walmart customer**

Never responded to my problem being wrong size. Should have been 7 not 8

**Item bought:**
Clearance Sale! WEANT Womens 925 Sterling Silver Fashion Colorful Inlaid Ring Full Diamond Ring Jewelry Accessories Silver C3

Apr 20, 2025

**Walmart customer**

Wrong information that was on items. Was not NORMAL SIZE. WAS SMALL , doll sized. Im very upset with these items.



**Item bought:**
Clearance Set Black Iron Gardening Tools Set with Mango Wood Handle - Mini Hand Trowel, Transplanter, Hand Rake Cultivator

**Infringing Evi. 00281**

Apr 12, 2025

Walmart customer

there was no real communication.. but now that got my ring like 2 weeks ago I'm wondering how does 925 sterling silver looks so Turnish in just a couple weeks is really bad

**Item bought:**
Up to 65% off! WEANT Womens 925 Sterling Silver Fashion Colorful Inlaid Ring Full Diamond Ring Jewelry Accessories Silver H71

Apr 11, 2025

Walmart customer

Great product and great price, however, it says 50 sets and there are only 30. I tried contacting the seller but no response.

**Item bought:**
50 Sets Mini Jesus Figures Bulk Little Jesus Figurines with 50 Prayer Card 50 Bags Miniature Tiny Jesus Figurine Toys for Religious Party Favors Hide Sunday School Baptism Gifts(Card No.2)

View all reviews (172)

**Infringing Evi. 00282**